United States District Court
Southern District of Texas
**ENTERED**
January 31, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES B. LAFRENTZ and ILA LAFRENTZ, | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. H-18-4229 |
| LOCKHEED MARTIN CORPORATION, ET AL., | § § § | |
| Defendants. | § | |

ORDER OF DISMISSAL AS TO DEFENDANT LOCKHEED MARTIN CORPORATION

The Court is in receipt of Plaintiff's Notice of Dismissal Without Prejudice as to Defendant Lockheed Martin Corporation, pursuant to Rule 41(a)(1)(A)(i). Accordingly, it is

ORDERED that this matter is DISMISSED without prejudice against Defendant Lockheed Martin Corporation, with each party to bear its own costs.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on January 30, 2019.

Ewing Werlein, Jr.
United States District Judge