# Exhibit F

# Tim D. Oury, MD, PhD

tdopath1@mac.com

Pittsburgh, PA 15261

August 5, 2020

Michael Ramirez
Gordon Rees Scully Mansukhani

**Subject:   James Lafrentz**

Dear Mr. Ramirez:

I have completed my review of the materials I received regarding Mr. Lafrentz and the findings and conclusions are summarized below.

The first specimen, labeled NT18-86, consists of 34 slides from multiple lymph node needle biopsies. Rare atypical epitheliod cells were seen in sections labeled C and F. There is no definitive evidence of malignancy in this specimen. The second specimen, labeled NT18-481, consists of 23 slides from a needle biopsy specimen from the right upper lobe of the lung. These show atypical epithelial cells that are suspicious for malignancy adjacent to alveolar lung tissue. Immunostains show that atypical cells are positive for calretinin and WT-1. There is focal positive MOC-31 staining in the atypical cells. There is some positive staining for NapsinA in some atypical cells, but it is possible these may represent reactive type 2 cells near the other atypical cells that are suspicious for malignancy. The atypical cells are negative for D2-40, TTF-1, CK5/6, BerEp4, CEA, and p40. No asbestos bodies are seen in the very small amount of alveolar lung tissue.

In summary, the needle biopsy obtained from the right upper lobe of lung tissue contains a focus of atypical cells that are suspicious for malignancy. The immunochemical profile of these atypical cells is consistent with these cells being mesothelial in origin, however, the gross distribution of the tumor as described in radiology reports is not consistent with a diagnosis of a malignant mesothelioma. The radiology reports indicate there is a PET positive tumor in the right upper lobe of the lung and no tumor or increased FDG activity in the pleura. Notably, the diagnosis of a malignant mesothelioma based solely on cytology specimens or very small biopsies such as obtained for Mr. Lafrentz is fraught with hazards. Thus, I am unable to determine what the process is that is involving Mr. Lafrentz's right lung with the materials provided. It is important to note that Mr. Lafrentz did have a renal cell carcinoma and the lung is a frequent site of metastasis from renal cell carcinoma. I am not able to rule out a metastatic renal cell carcinoma as the cause of the right lung mass seen on radiology reports based on the small biopsy obtained. While the immunochemical profile of what was biopsied is not consistent with a renal cell carcinoma, it is possible the needle biopsy did not sample the actual tumor, but may have sampled a reactive mesothelial response in the pleura prior to entering the lung tissue.

Notably, radiology studies demonstrate that Mr. Lafrentz has bilateral parietal pleural plaques. These findings indicate that Mr. Lafrentz had prior exposure to asbestos. Importantly, the best evidence available to date does not support a role for asbestos in the pathogenesis of renal cell carcinomas. Thus, it is my opinion that asbestos exposure did not contribute to the pathogenesis of his renal cell carcinoma.

If it is at some point proven that Mr. Lafrentz did have a mesothelioma, the presence of bilateral parietal pleural plaques would indicate that prior asbestos exposure contributed to the pathogenesis of the a presumed mesothelioma. I received an industrial hygienist report dated 6/12/2020 from Kenneth Garza. This report calculated an asbestos dose for Mr. Lafrentz from his work at General Dynamics where Mr. Lafrentz worked drilling panels. It is my understanding these panels contained chrysotile asbestos. Mr.

Garza calculated that Mr. Lafrentz would have had 0.96 fiber/cc years of asbestos exposure from his work at General Dynamics doing this work. I also saw an industrial hygiene report from Dr. Anderson dated July 31, 2020. This report indicates that Mr. LaFrentz's potential exposure to General Dynamics panels would not have increased his risk for developing an asbestos-related disease. Dr. Anderson calculated a hypothetical cumulative dose of chrysotile of 0.475 fiber/cc years for Mr. LaFrentz's work at General Dynamics. I have been asked if these potential levels of exposure to chrysotile would have contributed to the pathogenesis of the tumor involving his right lung if it is at some point actually proven that this tumor is a mesothelioma. Notably, prior studies have found that individuals working with automotive friction products have between 2.0 and 5.7 fiber/cc years of exposure to chrysotile asbestos. Epidemiologic studies indicate that individuals working with friction products do not have an elevated risk of developing mesothelioma or any other asbestos related diseases. Thus, a 0.96 fiber/cc year exposure to chrysotile asbestos from his work at General Dynamics would not have contributed to the pathogenesis of the tumor involving Mr. Lafrentz's right lung, even if it is at some point proven to be a mesothelioma.

It is my understanding that Mr. Lafrentz worked on pipe insulation for an 8-10 week period in 1960. This work involved removing thermal insulation from pipes. If the thermal insulation Mr. Lefrentz was working with contained amphibole asbestos, it is my opinion that this type of work would have contributed to the pathogenesis of Mr. Lafrentz's right lung tumor, assuming it is at some point proven to be a mesothelioma.

All opinions are to a reasonable degree of medical certainty.

Thank you for referring this case for consultation.

Sincerely,

Tim D. Oury, MD, PhD

**List of Deposition and Trial testimony for Dr. Oury:**

**2001:**

| | | |
|---|---|---|
| Andrew Paccione (Daniel O'Connel) | Trial | May 30, 2001 |

**2002:**

| | | |
|---|---|---|
| Edward Fuller (Daniel O'Connel) | Deposition | February 6, 2002 |
| Howard Lynch (Church & Houff) | Deposition | February 11, 2002 |
| Donald Wright (Tydings and Rosenberg) | Deposition | February 11, 2002 |

**2003:**

| | | |
|---|---|---|
| Christine Songy (Duplass Zwain Bourgeois Morton) | Deposition | January 2003 |

**2004:**

| | | |
|---|---|---|
| Kenneth Hicks (Dickinson Wright) | Deposition | August 9, 2004 |
| Samuel Lewin (Thompson Hine) | Deposition | August 16, 2004 |
| Tommy Thompson (Kasowitz Torres et. al.) | Deposition | August 23, 2004 |
| Albert Douglas (Swanson Martin Bell) | Deposition (?video) | August 30, 2004 |

**2005:**

| | | |
|---|---|---|
| Robert Johnson (Polsinelli) | Deposition | March 21, 2005 |
| Kelvin Sandel (DeHay & Elliston) | Deposition | May 16, 2005 |
| Elmer McDaniel (Kirkpatrick & Lockhart) | Deposition | June 3, 2005 |
| Richard Reivitt (DeHay & Elliston) | Deposition | July 18, 2005 |
| Bobby Glenn (Germer Gertz) | Deposition | November 30, 2005 |
| Kelvin Sandel (DeHay & Elliston) | Video test. | December 12, 2005 |

**2006:**

| | | |
|---|---|---|
| Bobby Glen (Germer Gertz) | Video Deposition | January 20, 2006 |
| Earl Johnson (Germer Gertz) | Deposition | April 2006 |
| William Pitts (Dickinson Wright) | Deposition | July 10, 2006 |
| Alfred D'Ulisse (Dehay & Elliston, Baltimore) | Deposition | August 28, 2006 |
| Alfred D'Ulisse (Dehay & Elliston, Baltimore) | Trial | November 14, 2006 |
| Robert Cashman (Dickinson Wright) | Deposition | November 22, 2006 |

**2007:**

| | | |
|---|---|---|
| Richard Manning (Hawkins and Parnell) | Deposition | May 7, 2007 |
| Kathy Peake (Bailey Crowe Cuglar) | Deposition | July 16, 2007 |
| Lessie Lewis (Powers and Frost) | Deposition | December 17, 2007 |

**2008:**

| | | |
|---|---|---|
| Edward Guerra (Thelen Reid Brown et. al.) | Deposition | January 11, 2008 |
| Spencer Watson (Duane Morris) | Deposition | April 7, 2008 |
| Janice Gloudemans (Christie Parabue et. al.) | Deposition | August 4, 2008 |
| George Abbay (Gardner Bond Trabolsi) | Deposition | August 4, 2008 |
| Christine Wilson (Polsinelli, Shalton et. al.) | Deposition | September 15, 2008 |

| | | |
|---|---|---|
| Alton Phelps (Thelen Reid & Priest LLP) | Deposition | September 24, 2008 |
| Curtis Wade (Jenkins & Martin) | Deposition | October 27, 2008 |
| Marvin Schlotfeldt (Forsberg & Umlauf) | Deposition | November 17, 2008 |

**2009:**

| | | |
|---|---|---|
| Louis Gonzalez (Gordon & Rees) | Deposition | January 26, 2009 |
| Anthony Smith (Nixon Peabody, Ford, GM) | Deposition | February 23, 2009 |
| Jerry Hickman (Haynsworth Sinkler Boyd) | Deposition | March 2, 2009 |
| Gary Lenz (Haynsworth Sinkler Boyd) | Video Deposition | April 27, 2009 |
| Carlton Daly (Beason Willingham) | Deposition | May 12, 2009 |
| Roland Wilson (Polsinelli, Shalton et. al.) | Deposition | July 13, 2009 |
| Danny Puckett (Powers and Frost) | Deposition | August 3, 2009 |
| Walter Butler (Hawkins and Parnell) | Deposition | August 31, 2009 |
| Danny Puckett (Powers and Frost) | Trial | September 29, 2009 |
| Robert Compton (Polsinelli, Shalton et. al.) | Deposition | November 17, 2009 |

**2010:**

| | | |
|---|---|---|
| Darwin Simpson (Polsinelli, Shalton et. al.) | Deposition | January 18, 2010 |
| Irving Hoff (Kysiak) (McGuire Woods, Ford) | Deposition | February 22, 2010 |
| Thomas Polk (Haynsworth Sinkler Boyd) | Deposition | April 19, 2010 |
| Fay Denzer (Wilcox and Savage) | Deposition | May 24, 2010 |
| Ronald Rountree (Haynsworth Sinkler Boyd) | Deposition | June 22, 2010 |
| John King (Thompson Hine) | Deposition | July 15, 2010 |
| Michael Endres (Polsinelli, Shalton et. al.) | Deposition | August 23, 2010 |
| Colon Cancer (Smith Moore Leatherwood) | Video Dep. | September 13, 2010 |
| James Arrington (Brooks Stevens Pope) | Deposition | September 20, 2010 |
| Frank Sylvassy (Tucker Ellis West) | Deposition | October 8, 2010 |
| Michael Brown (Tucker Ellis West) | Deposition | October 8, 2010 |
| Philip Herion (Haynsworth Sinkler Boyd) | Deposition | October 18, 2010 |
| Richard Hevener (Hawkins and Parnell) | Deposition | October 25, 2010 |

**2011:**

| | | |
|---|---|---|
| Peter Bumgardner (Nelson Mullins/Hawkins Parnell) | Deposition | January 24, 2011 |
| Martha Johnson (Nelson Mullins) | Deposition | January 31, 2011 |
| Michael Brown (Tucker Ellis West) | Trial (Cleveland, OH) | May 11, 2011 |
| Craig Bishop (McGuire Woods) | Trial (Albany, NY) | May 26, 2011 |
| Bradley Adkisson (Polsinelli, Shalton et. al.) | Deposition | July 11, 2011 |
| James Grondahl (Forsberg & Umlauf) | Video Dep. | August 9, 2011 |
| Paul Cheney (Haynesworth Sinkler Boyd) | Deposition | September 6, 2011 |
| Roger Hammett (Thompson Hine) | Video Dep. | October 17, 2011 |
| Raymond Richard (Tucker EllisWest) | Phone Dep. | October 24, 2011 |
| Barbara Capetillo and Opie Chism (Polsinelli, Shalton et. al.) | Video Dep. | October 25, 2011 |
| George Abbay (Bullivant Houser Bailey) | Deposition | November 14, 2011 |
| Roger Hammett (Thompson Hine) | Video trial test. | November 28, 2011 |
| Roger Hammett (Thompson Hine) | Phone trial test. | December 12, 2011 |

**2012**

| | | |
|---|---|---|
| Robert Wiand (Coplan & Crane) | Deposition | April 9, 2012 |
| Donald Dabney (Polsinelli, Shalton et. al.) | Deposition | April 24, 2012 |
| Ruth Decker  (Polsinelli, Shalton et. al.) | Deposition | April 24, 2012 |
| Insurance time of injury Plant case (Musick Peeler) | Deposition | May 7, 2012 |
| Richard Cook (Polsinelli, Shalton et. al.) | Deposition | June 4, 2012 |
| Insurance time of injury Thorpe case (Grippo and Elden) | Deposition | June 26, 2012 |
| Insurance time of injury Plant case (Carroll Burdick McDonough) | Trial | August 2, 2012 |
| Robert Cook (Thompson Hine) | Deposition | August 3, 2012 |
| Brenda Millsaps (Hawkins & Parnell) | Deposition | August 27, 2012 |
| Eric Phillips (Leath Bouch Seekings) | Deposition | September 10, 2012 |
| James Morgan (Gordon Thomas Honeywell) | Deposition | October 22, 2012 |
| Time to injury case (Gordon Reese) | Deposition | November 6, 2012 |

**2013**

| | | |
|---|---|---|
| William Ziegler (Polsinelli, Shalton et. al.) | Deposition | January 14, 2013 |
| Bryan Cook (Polsinelli, Shalton et. al.) | Deposition | February 25, 2013 |
| James Katcher (Polsinelli, Shalton et. al.) | Deposition | March 4, 2013 |
| Thomas Parnell (Haynsworth Sinkler Boyd) | Deposition | April 1, 2013 |
| Silas Minton (Hunton & Williams) | Deposition | April 22, 2013 |
| Kristi Lescalleet (Quinn Emanuel) | Deposition | May 29, 2013 |
| William Lewinstein (McGuire Woods) | Deposition | July 10, 2013 |
| Theodore Butler (McGuire Woods) | Deposition | August 26, 2013 |
| Anthony DeGidio (Tucker Ellis) | Deposition | August 28, 2013 |
| Leonard Proctor (Haynsworth et. al.) | Deposition | October 31, 2013 |
| Maurice Lindsey (Haynsworth et. al.) | Deposition | October 31, 2013 |
| Christopher Sliwonik (Haynsworth et. al.) | Deposition | October 31, 2013 |
| Leonard Proctor (Haynsworth et. al.) | Video testimony | October 31, 2013 |
| Maurice Lindsey (Haynsworth et. al.) | Video testimony | October 31, 2013 |
| Christopher Sliwonik (Haynsworth et. al.) | Video testimony | October 31, 2013 |
| John Panza (Tucker Ellis) | Deposition | November 25, 2013 |
| John Panza (Tucker Ellis) | Trial testimony (Cleveland, OH) | Dec. 16, 2013 |

**2014**

| | | |
|---|---|---|
| Loretta Henderson (Hawkins Parnell et. al.) | Deposition | January 6, 2014 |
| Wesley Allen (Forsberg & Umlauf) | Deposition | January 13,2014 |
| Thomas E. Hudgins (Wilcox and Savage) | Deposition | January 27, 2014 |
| Darrell Beal (Nelson Mullins, K&L Gates, Wallace Graham) | Deposition | April 7, 2014 |
| Andrew Crawford (Thompson Hine) | Deposition | May 5, 2014 |
| Harrold Koepke (Foley & Mansfield) | Deposition | June 3, 2014 |
| E. Huffmaster (Hawkins Parnell) | Deposition | July 28, 2014 |
| Billy Harris (Wilcox & Savage) | Deposition | July 30, 2014 |
| John Kalahar (Hawkins & Parnell) | Deposition | August 20, 2014 |
| Steve Allen  (Polsinelli, Shalton et. al.) | Deposition | August 25, 2014 |
| James Andrews (Haynsworth et. al.) | Deposition | September 8, 2014 |
| Gary Schmidt (DeHay & Elliston) | Deposition | November 6, 2014 |

**2015**

| | | |
|---|---|---|
| James Andrews (Haynsworth et. al.) | Video Depo | January 5, 2015 |
| Cox, Gibson, Hinson, Hunt (Smith Moore et. al.) | Deposition | January 27, 2015 |
| Richard Chisholm (DeHay & Ellistion) | Deposition | January 30, 2015 |
| Russell Starkey (Heyl, Royster, Voelker & Allen) | Deposition | February 27, 2015 |
| Marilyn Bullington (Bice Cole LLP) | Deposition | March 16, 2015 |
| Matthew Kutscherousky (DeHay & Ellistion) | Deposition | June 1, 2015 |
| Xenophon Sarratt (Haynesworth Sinkler Boyd) | Deposition | June 8, 2015 |
| Lescalleet and Wolf (Quinn Emanuel) | Deposition | June 16,2015 & July 14,2015 |
| Ronald Supanich (Wilcox Savage) | Deposition | June 22, 2015 |
| Larry Cardinale (Tucker Ellis) | Deposition | July 8,9,10, & 14, 2015 |
| Ron Terven (Polsinelli) | Deposition | July 13, 2015 |
| Goodrich vs. AG Securitas, et al | Deposition | July 27, 2015 |
| Jesus Castaneda (Bice Cole LLP) | Deposition | August 4, 2015 |
| Wolfgang Nestlen (Haynsworth et. al.) | Deposition | August 31, 2015 |
| Eric Phillips (Leath Bouch Seekings) | Trial (Ashville, NC) | September 9, 2015 |
| Noel Fraser (Hunton & Williams) | Deposition | September 11, 2015 |
| Winston Higgins (Bice Cole LLP) | Deposition | September 14, 2015 |
| Arthur Kroeger (Lewis Rice) | Deposition | September 21, 2015 |
| Richard Russel (Bice Cole LLP) | Deposition | October 5, 2015 |
| Virginia Sagona (Foley & Mansfield) | Deposition | October 19, 2015 |
| Marian Gabrielli (Gordon Rees) | Deposition | October 20, 2015 |
| Noel Fraser (Hunton & Williams) | Trial (Los Angelos, CA) | December 3, 2015 |
| Goodrich vs. AG Securitas, et al | Deposition | December 16, 2015 |
| Marian Gabrielli (Gordon & Rees LLP) | Trial (Seattle, WA) | December 17, 2015 |

**2016**

| | | |
|---|---|---|
| Steven Stewart (Hawkins Parnell) | Deposition | January 25, 2016 |
| Arlene Velasco (Bice Cole LLP) | Deposition | February 22, 2016 |
| Goodrich vs. AG Securitas, et al | Deposition | February 29, 2016 |
| Jacqueline Goodson (Bice Cole LLP) | Deposition | March 11, 2016 |
| Eleizabeth Alfaro (Foley & Mansfield) | Deposition | April 4, 2016 |
| Pedro Azzolini (DeHay & Elliston) | Deposition | April 11, 2016 |
| James Lee (Haynsworth Sinkler Boyd) | Deposition | April 25, 2016 |
| Thomas Wyatt (Polsinelli) | Deposition | May 2, 2016 |
| Larry Milligan (Polsinelli) | Deposition | May 2, 2016 |
| Gene Simmons (Polsinelli) | Deposition | May 23, 2016 |
| Donna Harrison (McGuire Woods) | Deposition | June 7. 2016 |
| Richard Hoffmeister (McGuire Woods) | Deposition | July 12. 2016 |
| Rudolph Lasich Trial (Gordon Thomas Honeywell) | Trial (Seattle, WA) | July 25, 2016 |
| Marsh Newnam (McCarter English) | Deposition | August 30, 2016 |
| Joseph Raines (Wilcox & Savage) | Deposition | August 31, 2016 |
| Donna Harrison (McGuire Woods) | Trial (St. Louis, MO) | September 1, 2016 |
| Clyde Haefele (Schnader Harrison Segal Lewis) | Deposition | September 6, 2016 |
| David Elsea (Polsinelli) | Deposition | September 22, 2016 |

| | | |
|---|---|---|
| Timothy Sunderland (Segal McCambridge) | Deposition | September 26, 2016 |
| David Jones (Polsinelli) | Deposition | September 26, 2016 |
| Anna Blount (Foley & Mansfield) | Deposition | October 5, 2016 |
| Keith Barket (Huntin & Williams) | Deposition | October 17,2016 |
| Mary Lyons (Foley & Mansfield) | Deposition | November 14, 2016 |
| Larry Salvator (Polsinelli) | Deposition | November 15, 2016 |
| Charles Nelson (Polsinelli) | Deposition | November 15, 2016 |
| Sebastian Paterniti (Haynsworth Sinkler Boyd) | Deposition | November 22, 2016 |
| Robert Castorina (Clyde & Co.) | Trial (NY, NY) | December 9, 2016 |

**2017**

| | | |
|---|---|---|
| Jesica Blackford-Cleeton (King Spalding) | Deposition | February 27, 2017 |
| Mark Lopez (Swanson Martin Bell) | Deposition | March 6, 2017 |
| Reeves, Humphries, Paulson (Polsinelli) | Deposition | April 3, 2017 |
| Claude Downs (Wilcox & Savage) | Deposition | April 4, 2017 |
| Donald Laningham (Evert Weathersby Houff) | Deposition | April 17, 2017 |
| David Taylor (Haynsworth Sinkler Boyd) | Deposition | April 18, 2017 |
| Albert Gerrelts (Polsinelli) | Deposition | May 1, 2017 |
| Grace Anderson (Polsinelli) | Deposition | May 1, 2017 |
| Glen Davis (Polsinelli) | Deposition | May 1, 2017 |
| Donald Laningham (Evert Weathersby Houff) | Trial (Kansas City, MO) | May 10, 2017 |
| Sharon Hanson (Hawkins & Parnell) | Deposition | June 26, 2017 |
| Beverly Dale Jolly (Haynsworth Sinkler Boyd) | Deposition | June 27, 2017 |
| Beverly Dale Jolly (Haynsworth Sinkler Boyd) | Video Testimony | July 20, 2017 |
| Dansby Sanders (DeHay & Elliston) | Deposition | July 25, 2017 |
| Varon Philyaw (Haynsworth Sinkler Boyd) | Deposition | August 7, 2017 |
| Kenneth Risen (Polsinelli) | Deposition | August 8, 2017 |
| Iva May (Polsinelli) | Deposition | August 8, 2017 |
| Richard Booker (DeHay & Elliston) | Deposition | August 23, Sept 19, Oct 9, 2017 |
| Tina Herford (King & Spalding) | Deposition | August 29, 2017 |
| Eugene O'Neill (DeHay & Elliston) | Deposition | September 26, 2017 |
| Donald Snowdale (Clyde & Co) | Trial (New York) | October 5-6, 2017 |
| Rafael Jalsovec (Fowler White Burnett) | Deposition | October, 10, 2017 |
| Steven Lafever (Polsinelli) | Deposition | November 13, 2017 |
| Diane Phillips (McGuire Woods) | Deposition | November 13, 2017 |
| Herman Leischner (Polsinelli) | Deposition | November 13, 2017 |
| Robert Lord (DeHay & Elliston) | Deposition | November 13, 2017 |

**2018**

| | | |
|---|---|---|
| Wayne Howe (Nelson Mullins) | Deposition | February 6, 2018 |
| Steven Stewart (Hawkins Parnell Thackston Young) | Trial (York, SC) | February 7, 2018 |
| William Fox (Hawkins Parnell Thackston Young) | Deposition | March 6, 2018 |
| Carlos Cifuentes (Clyde & Co.) | Trial (Long Island, NY) | March 7-8, 2018 |
| Wayne Howe (Womble Bond Dickinson/Jessica Dean) | Video for Trial (Rock Hill, SC) | March 11, 2018 (P) |
| William Treadwell (Hitgen & Brewer) | Deposition | March 12, 2018 |
| Hayden Rosser (Cabaniss Johnston Gardner Dumas O'Neal) | Video for Trial | March 15, 2018 |

| | | |
|---|---|---|
| Steven Lafever (Donohue Brown Mathewson & Smyth) | Trial (Moline, IL) | May 1, 2018 |
| Julian Smith (Haynsworth Sinkler Boyd) | Deposition | June 11, 2018 |
| Jack Whitmire (Haynsworth Sinkler Boyd) | Deposition | June 18, 2018 |
| Charles Connor (Haynsworth Sinkler Boyd) | Deposition | July 3, 2018 |
| Gerald Kessinger (DeHay & Elliston) | Deposition | August 7, 2018 |
| Percy Cox (Proffitt & Cox) | Deposition | August 27, 2018 |
| Veronica Wylie (Haynsworth Sinkler Boyd) | Deposition | August 29, 2018 |
| James Stock (Clyde & Co.) | Trial (Buffalo, NY) | September 5, 2018 |
| Steven Bolin (Fowler White) | Deposition | September 6, 2018 |
| Diane Edwards (Ledbetter Cogbill Arnold Harrison) | Deposition | September 17, 2018 |
| Malcolm Baxley (Hawkins Parnell) | Deposition | October 1, 2018 |
| Denis Bowron (Polsinelli) | Deposition | October 10, 2018 |
| James Bookout (Polsinelli) | Deposition | October 10, 2018 |
| John Thomas (Kaleo Legal) | Deposition | October 11, 2018 |
| Michael Jung (Hunton & Williams) | Deposition | October 15, 2018 |
| Brian Brown (Hugo Parker) | Deposition | October 22, 2018 |
| Gary Isenhour (Cabaniss Johnston) | Video for Trial | October 30, 2018 |
| Benjamin Whitted (Polsinelli) | Deposition | November 19, 2018 |
| Joan Rogers (Polsinelli) | Deposition | November 19, 2018 |

**2019**

| | | |
|---|---|---|
| Thomas Glenn (Bouch McLeod LLP) | Deposition | January 8, 2019 |
| Thurman Hester (Lytle Soule & Curlee) | Deposition | January 14, 2019 |
| David Hart (Tanenbaum Keale LLP) | Deposition | January 16, 2019 |
| Denver Taylor (Nelson Mullins) | Deposition | March 5, 2019 |
| James Hill (Haynsworth Sinkler Boyd) | Deposition | March 5, 2019 |
| Joe Rucker (Fowler White Burnett) | Deposition | April 15, 2019 |
| James Sizemore (Bouch McLeod LLC) | Deposition | April 22, 2019 |
| Charles Thornton (Shapiro Blasi Wasserman Hermann) | Deposition | May 13, 2019 |
| Matthew Werfel (Holman Webb) | Trial (Australia, Webcast) | May 20, 2019 |
| Charles Thornton (Shapiro Blasi Wasserman Hermann) | Video, trial | May 21, 2019 |
| Ernest Holder (Phipps Deacon Purnell) | Video, Trial | May 28, 2019 |
| Hussain Saleh (Gordon & Rees) | Deposition | May 30, 2019 |
| Tom Montoya (Dorsey & Williams) | Deposition | July 2, 2019 |
| Gilbert Blue (Haynsworth Sinkler Boyd) | Deposition | July 8, 2019 |
| Jeremy Smith (Haynsworth Sinkler Boyd) | Deposition | July 18, 2019 |
| Bruce Johnson (DeHay & Elliston) | Deposition | September 10, 2019 |
| Larry Cole (Polsinelli) | Deposition | September 17, 2019 |
| Jean Roy (DeHay & Elliston) | Deposition | October 22, 2019 |

**2020**

| | | |
|---|---|---|
| Anneka Foushee (DeHay & Elliston) | Deposition | January 9, 2020 |
| Paul Fankhauser (DeHay & Elliston) | Deposition | January 21, 2020 |
| Johnny Pinkston (Bice Cole) | Video Deposition | January 28, 2020 |
| Alberto Carranza (DeHay & Elliston) | Deposition | February 11, 2020 |
| Edward Chapman (Fowler White) | Deposition | February 13, 2020 |

| | | |
|---|---|---|
| David Rollins (Haynsworth Sinkler Boyd) | Deposition | March 4, 2020 |
| Paul Cruise (Haynsworth Sinkler Boyd) | Deposition | March 9, 2020 |
| Charles Brammer (DeHay & Elliston) | Deposition | March 11, 2020 |
| Kerry Kenyon (DeHay & Elliston) | Deposition | March 11, 2020 |
| Deborah McDaniel (Haynsworth Sinkler Boyd) | Deposition | April 16, 2020 |
| Melvin Butler (Fowler White Burnett) | Deposition | April 21, 2020 |
| George Sweikhart (Pond North) | Deposition | June 8, 2020 |
| Kerry Vinson (Haynsworth Sinkler Boyd) | Deposition | June 9, 2020 |
| Ronald Greth (Bice Cole) | Deposition | June 11, 2020 |
| James Smith (Gordon Rees) | Deposition | July 7, 2020 |
| Lubert White (Nelson Mullins) | Deposition | July 14, 2020 |

Rev July 2020

# CURRICULUM VITAE
## BIOGRAPHICAL

**Name:**  Tim D. Oury          **Birth Year:** 1965

**Birth Place:** USA          **Citizenship:** USA

**Business Address:**  S-785 Scaife Hall          **Business Phone:** (412) 648-9659
3550 Terrace Street
Pittsburgh, PA  15261          **E-mail:**          tdoury@pitt.edu

## EDUCATION and TRAINING

**UNDERGRADUATE:**

| Dates Attended | Name and Location of Institution | Degree Received and Year | Major Subject |
|---|---|---|---|
| 1983–87 | Purdue University, West Lafayette, IN | B.S. 1987 | Biochemistry |

**GRADUATE/ PROFESSIONAL:**

| Dates Attended | Name and Location of Institution | Degree Received and Year | Major Advisor and Discipline |
|---|---|---|---|
| 1989–1993 | Duke University, Durham, NC | Ph.D., 1993 | James D. Crapo Pathology-Biochemistry |
| 1987–1994 | Duke University, Durham, NC | M.D., 1994 | Medicine |

**POST-GRADUATE:**

| Dates Attended | Name and Location of Institution | Name of Program Director and Discipline |
|---|---|---|
| 1994–1998 | Duke University, Durham, NC | William D. Bradford, Anatomic Pathology |
| 1994-1996 | Duke University, Durham, NC | James D. Crapo; Jan J. Enghild Pulmonary Research Fellowship |
| 1996-1997 | Duke University, Durham, NC | Victor L. Roggli Pulmonary Pathology Fellowship |

## APPOINTMENTS

| Dates | Location | Title |
|---|---|---|
| 2010- present | University of Pittsburgh Department of Pathology | Professor |
| 2004-2010 | University of Pittsburgh Department of Pathology | Associate Professor |
| 1998-2004 | University of Pittsburgh Department of Pathology | Assistant Professor |
| 1998- Present | University of Pittsburgh Department of Pathology | Molecular and Genomic Pathology Faculty |
| 1998-Present | University of Pittsburgh | Graduate Faculty |
| 2002-Present | University of Pittsburgh Simmons Center for Interstitial Lung Disease | Member |
| 2003-Present | University of Pittsburgh Center for the Environmental Basis of Human Disease | Member |
| 2004- Present | University of Pittsburgh Pathologist Investigator Residency-Research Training Program | Co-Director |

# CERTIFICATION and LICENSURE

## SPECIALTY CERTIFICATION:

| Certifying Board | Year |
|---|---|
| American Board of Pathology (Anatomic Pathology) | Diplomate, 1999 |

## MEDICAL or OTHER PROFESSIONAL LICENSURE:

| Licensing Board/State | Year |
|---|---|
| North Carolina Medical Board | 1997-present |
| Commonwealth of Pennsylvania | 1998-present |

# MEMBERSHIPS in PROFESSIONAL and SCIENTIFIC SOCIETIES

| Organization | Year |
|---|---|
| Society for Free Radical Biology and Medicine (The Oxygen Society) | 1994-present |
| International Society for Free Radical Research | 1994-present |
| American Thoracic Society | 2000-present |
|       Pulmonary Circulation Assembly Member | 2001-present |
|       Respiratory Cell and Molecular Biology Assembly Member | 2001-present |
| Pulmonary Pathology Society | 1998-present |
| American Society for Investigative Pathology | 2001-present |
| American Society for Biochemistry and Molecular Biology | 2004-present |

# HONORS

| Title of Award | Year |
|---|---|
| Phi Beta Kappa National Honor Society | 1986 |
| Most Outstanding Student, School of Science, Purdue University | 1987 |
| Honors for undergraduate thesis | 1987 |
| Summa cum laude, with B.S. degree | 1987 |
| Medical Scientist Training Program Fellowship | 1987-94 |
| Best Departmental Abstract: Annual Duke Graduate Student Research Symposium | 1993 |
| Honors Ph.D. degree | 1993 |
| Association of Pathology Chairs Honor Society (national) | 1994 |
| North Carolina Society of Pathologists Wiley Forbus Resident Research Award | 1996 |
| Dolph O. Adams Research Award (best departmental research paper) | 1997 |
| Dalsemer Research Scholar Award for research in interstitial lung disease (American Lung Association) | 1999 |
| Nominated for Outstanding Clinical Pathology Faculty Teaching Award, by Pathology Residents | 2001 |
| Member, Special Emphasis Panel, National Institute of Environmental Health Sciences Study Section, Mechanisms of Oxidative Stress and Dietary Modulation | 2001 |
| Invited Opponent for Thesis Defense, Essi Lakari (Laboratory of Professor Vuokko Kinula), University of Oulu, Finaland, April 19, 2002 | 2002 |
| Invited Opponent for Thesis Defense, Mia Stentman (Laboratory of Professor Stefan Marklund), Umeå University, Sweden, May 24, 2002 | 2002 |
| Established Investigator Award, American Heart Association | 2003 |
| Invited speaker on pulmonary fibrosis for a Meet the Professor seminar, American Thoracic Society Meeting | 2006 |
| Finalist (runner-up), University of Pittsburgh Distinguished Mentor Award | 2006 |
| Nominated, University of Pittsburgh Outstanding MD-PhD student Mentor Award | 2007 |
| William E. Brown Outstanding MSTP (MD-PhD student) Mentor Award | 2008 |
| Finalist, University of Pittsburgh Distinguished Mentor Award | 2009 |

Selected as one of "America's Top Pathologists" in *Guide to America's Top Physicians* published by
   Consumers' Research Council of America, Washington DC      2009
Invited Opponent for Thesis Defense, Kasper Runager (Laboratory of Professor
   Jan Enghild), Aarhus University, January 7, 2010.      2010
Society for Free Radical Biology and Medicine Senior Scientist Award      2011
Committee for Tenured Faculty Promotions and Appointments (TFPA) (Elected to committee
   November 2013)
Finalist, University of Pittsburgh 2016, 2017, 2018 Provost's Award for Excellence in Mentoring
     2016-2018
University of Pittsburgh Innovator Award      2017

## PUBLICATIONS

**Refereed articles (*h* index: 44).**

1. **Oury TD**, Ho YS, Piantadosi CA, Crapo JD. (1992) Extracellular superoxide dismutase, nitric oxide and central nervous system $O_2$ toxicity. *Proc Natl Acad Sci USA* **89**, 9715-9719. PMC50203
2. Crapo JD, **Oury TD**, Rabouille C, Slot JW, Chang LY. (1992) Copper, zinc superoxide dismutase is primarily a cytosolic protein in human cells. *Proc Natl Acad Sci USA* **89**, 10405-10409
3. Zhang J, Su Y, **Oury TD**, Piantadosi CA. (1993) Cerebral amino acid, norepinephrine and nitric oxide metabolism in CNS oxygen toxicity. *Brain Research* **606**, 56-62
4. **Oury TD**, Piantadosi CA, Crapo JD. (1993) Cold-induced brain edema in mice: Involvement of extracellular superoxide dismutase and nitric oxide. *J Biol Chem* **268**, 15394-15398
5. Chu CT, **Oury TD**, Enghild JJ, Pizzo SV. (1994) Adjuvant-free *in vivo* targeting: Antigen delivery by $\alpha_2$-macroglobulin enhances antibody formation. *J Immunol* **152**, 1538-1545
6. **Oury TD**, Chang L, Marklund SL, Crapo JD (1994) Immunocytochemical localization of extracellular superoxide dismutase in human lung. *Lab Invest* **70**, 889-898
7. **Oury TD**, Tatro L, Ghio AJ, Piantadosi CA. (1995) Nitration of tyrosine by hydrogen peroxide and nitrite. *Free Rad Res* **23**, 537-547
8. **Oury TD**, Day BJ, Crapo JD. (1995) Extracellular superoxide dismutase in pulmonary vessels and airways of humans and baboons. *Free Rad Biol Med* **20**, 957-965
9. **Oury TD**, Crapo JD, Valnickova Z, Enghild JJ (1996) Human extracellular superoxide dismutase is a tetramer composed of two disulfide linked dimers: A simplified high yield purification of EC-SOD. *Biochem J* **317**, 51-57. PMC1217485
10. Gottfredsson M, **Oury TD**, Bernstein CB, Carpenter C, and Bartlett JA. (1996) Lymphoma of the pituitary gland: An unusual presentation of CNS lymphoma in AIDS. *Am J Med* **5**, 563-564
11. **Oury TD**, Day BJ, Crapo JD (1996) Extracellular superoxide dismutase: A regulator of nitric oxide bioavailability. *Lab Invest* **75**, 617-636.
12. Folz RJ, Guan J, Seldin MF, **Oury TD**, Enghild JJ, Crapo JD. (1997) Mouse extracellular superoxide dismutase: Primary structure, tissue-specific gene expression, chromosomal localization and lung *in situ* hybridization *Am J Resp Cell Mol Biol* **17**, 393-403
13. Palmer SP, Layish DT, Kussin PS, **Oury TD**, Davis RD, Tapson VF. (1998) Lung transplantation for Williams-Campbell Syndrome: A case report *Chest* **113**, 534-537
14. Berggård T, **Oury TD**, Thøgersen IB, Åkerström B, Enghild, JJ (1998) The tissue distribution of $\alpha$1-microglobulin: Immunochemical and biochemical studies. *J. Histochem Cytochem* **46**, 887-893
15. Boggess KA, **Oury TD**, Kay HH, Crapo JD (1998) Analysis of extracellular superoxide dismutase in normal and preeclamptic placentas. *Placenta* **19**, 417-422
16. Howell DN, Valnickova Z, **Oury TD**, Miller SE, Sanfilippo FP, Enghild JJ (1998) Expression of a copper-containing amine oxidase by human ciliary body. *Molecular Vision* **4**: 15 *http://www.molvis.org/molvis/v4/p15*

17. **Oury TD**, Hammar SP, Roggli VL (1998) Ultrastructural characterization of mesotheliomas. *Human Pathology* **29**, 1382-1392

18. Levine ED, Hochrein EC, Brady T, **Oury TD**, Carlsson LM, Marklund SL, Crapo JD (1998) Molecular manipulations of extracellular superoxide dismutase: Functional importance for learning and memory. *Behavior Genetics* **28**, 381-390

19. Mooney EE, Dodd LG, **Oury TD**, Burchette J, Layfield LJ, Scher RL (1999) Middle ear carcinoid: An indolent tumor with metastatic potential. *Head & Neck* **21**, 72-77

20. Sheng H, Bart R, **Oury TD**, Pearlstein RD, Day BJ, Crapo JD, Warner DS (1999) Mice overexpressing extracellular superoxide dismutase have increased resistance to focal cerebral ischemia. *Neurosci* **88**, 185-191

21. Enghild JJ. Thogersen IB. **Oury TD**. Valnickova Z. Højrup P. Crapo JD. (1999) The heparin-binding domain of extracellular superoxide dismutase is proteolytically processed intracellularly during biosynthesis. *J Biol Chem* **274**, 14818-22.

22. **Oury TD**, Card JP, Klann E (1999) Localization of extracellular superoxide dismutase in adult mouse brain. *Brain Research*, **850**, 96-103.

23. Boggess KA, Kay HH, Crapo JD, Suliman H, Moore WF, Suliman HB, **Oury TD**. (2000) Differential localization of placental extracellular superoxide dismutase as pregnancy progresses: relationship to placental vascular development. *Am J Obstet Gynecol*, **183**, 199-205.

24. Fattman CL, Enghild JJ, Crapo JD, Schaefer LM, Valnickova Z, **Oury TD** (2000) Purification and characteriztion of extracellular superoxide dismutase in mouse lung. *Bchm Bphys Res Comm* **275**, 542-548. PMID10964700.

25. Thiels E, Urban NN, Gonzalez-Burgos GR, Kanterewicz BI, Barrionuevo G, Chu CT, **Oury TD**, Klann E. (2000) Impairment of long-term potentiation and associative memory in mice that overexpress extracellular superoxide dismutase. *J Neurosci*, **20**, 7631-9.

26. Nozik-Grayck E, Dieterle C, Piantadosi CA, Enghild JJ, **Oury TD**. (2000) Secretion of extracellular superoxide dismutase in neonatal lungs. *Am J Physiol (Lung Cell Mol Physiol)* **279**, L977-84.

27. **Oury TD**, Thakker K, Menache M, Chang LY, Crapo JD , Day BJ. (2001) Attenuation of bleomycin-induced pulmonary fibrosis by a catalytic antioxidant metalloporphyrin. *Am. J. Resp. Cell Molec. Biol.* **25**, 164-69. PMID11509325.

28. Fattman CL, Chu CT, Kulich SM, Enghild JJ, **Oury TD**. (2001) Altered expression of extracellular superoxide dismutase in mouse lung after bleomycin treatment. *Free Rad Biol Med* **31**, 1198-1207. PMID11705698.

29. Giles BL, Suliman H, Mamo LB, Piantadosi CA, **Oury TD**, Nozik-Grayck E. (2002) Prenatal hypoxia decreases lung extracellular superoxide dismutase expression and activity. *Am J Physiol (Lung Cell Mol Physiol)* **283**, L549-54

30. McGirt MJ, Parra A, Sheng H, Higuchi Y, **Oury TD**, Laskowitz DT, Pearlstein RD, Warner DS. (2002) Attenuation of cerebral vasospasm after subarachnoid hemorrhage in mice overexpressing extracellular superoxide dismutase. *Stroke* **33**, 2317-23.

31. **Oury TD**, Schaefer LM, Fattman CL, Choi A, Weck KE, Watkins SC. (2002) Depletion of pulmonary EC-SOD following exposure to hyperoxia. *Am J Physiol (Lung Cell Mol Physiol)* **283**, L777-84. PMID12225954.

32. Zhu JH, Kulich SM, **Oury TD**, Chu CT. (2002) Cytoplasmic aggregates of phosphorylated extracellular signal regulated kinases in lewy body diseases. *Am J. Pathol.* **161**, 2087-2098. PMC1850911.

33. Demchenko IT, **Oury TD**, Crapo JD, Piantadosi CA. (2002) Regulation of the brain's vascular responses to oxygen. *Circ Res* **91**,1031-1037. PMID12456489.

34. Fattman CL, Schaefer LM, **Oury TD** (2003) Extracellular superoxide dismutase in biology and medicine. *Free Rad Biol Med* **35**, 236-256. PMID12885586.

35. Song R, Kubo M, Morse D, Zhou Z, Zhang X, Dauber JH, Fabisiak J, Alber SM, Watkins SC, Zuckerbraun BS, Otterbein LE, Ning W, **Oury TD**, Lee PJ, McCurry KR, Choi AMK. (2003) Carbon Monoxide Induces Cytoprotection in Rat Orthotopic Lung Transplantation via Anti-Inflammatory and Anti-Apoptotic Effects. *Am J. Pathol.* **163**. 231-242. PMC1868152.

36. Fattman CL, Chang LY, Termin TA, Petersen LO, Enghild JJ, **Oury TD.** (2003) Enhanced bleomycin-induced pulmonary damage in mice lacking extracellular superoxide dismutase. *Free Rad Biol Med.* **35,** 763-771. PMID14583340.

37. Hanford LE, Fattman CL, Schaefer LM, Enghild JJ, Valnickova Z, **Oury TD** (2003) Regulation of receptor for advanced glycation end products during bleomycin-induced lung injury. *Am. J. Resp. Cell Molec. Biol,* **29,** S77-81. PMID14503560.

38. Petersen SV, **Oury TD**, Valnickova Z, Thøgersen IB, Højrup P, Crapo JD, Enghild JJ. (2003) The dual nature of human extracellular superoxide dismutase: one sequence and two structures. *Proc Natl Acad Sci USA* **100**:13875-80. PMC283514.

39. Sun D, Huang A, Yan EH,Wu Z, Yan C, Kaminski PM, **Oury TD**, Wolin MS, Kaley G. (2004) Reduced release of nitric oxide to shear stress in mesenteric arteries of aged rats. *Am J Physiol Heart Circ Physiol,* **286:** H2249-2256

40. Petersen SV, **Oury TD**, Ostergaard L, Valnickova Z, Wegrzyn J, Thogersen IB, Jacobsen C, Bowler RP, Fattman CL, Crapo JD, Enghild JJ: (2004) Extracellular Superoxide Dismutase (EC-SOD) Binds to Type I Collagen and Protects Against Oxidative Fragmentation. *J Biol Chem.* 279:13705-13710. PMID14736885.

41. Olsen DA, Petersen SV, **Oury TD**, Valnickova Z, Thøgersen IB, Kristensen T, Bowler RP, Crapo JD, Enghild JJ. (2004) The Intracellular Proteolytic Processing of Extracellular Superoxide Dismutase (EC-SOD) is a Two Step Event. *J Biol Chem.* **279:** 22152-22157. PMID15044467.

42. Harju T, Kaarteenaho-Wiik R, Sirviö R, Pääkkö P, Crapo JD, **Oury TD**, Soini Y, Kinnula VL (2004) Manganese superoxide dismutase is increased in the airways of smoker's lung. *Eur Resp J* **24:** 765-71.

43. Tan RJ, Fattman CL, Watkins S, **Oury TD** (2004) Redistribution of pulmonary EC-SOD after exposure to asbestos. *J Appl Physiol,* **97:** 2006-13. PMID15298984.

44. Petersen SV, Due, AV, Valnickova Z, **Oury TD**, Crapo JD, Enghild JJ. (2004) The structure of rabbit extracellular superoxide dismutase differs from the human protein. *Biochemistry* 44: 14275-81.

45. Hanford LE, Valnickova Z, Petersen SV, Schaefer LM, Schaefer TM, Reinhart TA, Enghild JJ, **Oury TD**. (2004) Purification and characterization of mouse soluble receptor for advanced glycation end products (SRAGE). *J Biol Chem.* **279:** 50019-24. PMC1868562.

46. Zhou Z, Song R, Fattman CL, Feghali-Bostwick C, **Oury TD**, Benezra R, Choi AMK, Morse D. (2005) Carbon Monoxide Suppresses Bleomycin-Induced Lung Fibrosis via Anti-Proliferative and Anti-Fibrotic Effects. *Am. J. Pathol.* **166:** 27-37. PMC1602308.

47. Petersen SV, Olsen DA, Kenney JM, **Oury TD**, Valnickova Z, Thogersen IB, Crapo JD, Enghild JJ. (2005) The high concentration of Arg(213)-->Gly extracellular superoxide dismutase (EC-SOD) in plasma is caused by a reduction of both heparin and collagen affinities. *Biochem J,* **385:** 427-432. PMC1134713.

48. Callio J, **Oury TD**, Chu CT. (2005) Manganese superoxide dismutase protects against 6-hydroxydopamine injury in mouse brains. *J Biol Chem.* **280:** 18536-42. PMC1885201

49. Kinnula VL, Fattman CL, Tan RJ, **Oury TD**. (2005) Oxidative stress in pulmonary fibrosis: A possible role for redox-modulatory therapy *Am J. Resp. Crit. Care Med.* **172:** 417-422. PMC15894605.

50. Auten RL, O'Reilly MA, **Oury TD**, Nozik-Gracyk E, Whorton MH. (2006) Transgenic extracellular superoxide dismsutase (ec-sod) protects post-natal alveolar epithelial development during hyperoxia. *Am J Physiol (Lung Cell Mol Physiol).* **290:** L32-40. PMID: 16100289

51. Tan RJ, Lee JS, Manni ML, Fattman CL, Tobolewski JM, Zheng M, Kolls JK, Martin TR, **Oury TD**. (2006) Inflammatory cells as a source of airspace extracellular superoxide dismutase after pulmonary injury. *Am. J. Resp. Cell Molec. Biol.* **34:** 226-232. PMID16224105

52. Fattman CL, Tan RJ, Tobolewski JM, **Oury TD**. (2006) Increased sensitivity to asbestos-induced lung injury in mice lacking extracellular superoxide dismutase. *Free Rad Biol Med.* **40:** 601-607. PMC2431170.

53. Due AV, Petersen SV, Valnickova Z, Ostergaard L, **Oury TD**, Crapo JD, Enghild JJ. (2006) Extracellular superoxide dismutase exists as an octamer. FEBS letters. **580:** 1485-89. PMID: 16469315

54. Hu D, Serrano F, **Oury TD**, Klann E. (2006) Aging-dependent alterations in synaptic plasticity and memory in mice that overexpress extracellular superoxide dismutase. *J. Neurosci.* **26:** 3933-41.

55. Kinnula VL, Hodgson UA, Lakari EK, Tan RJ, Sormunen RT, Soini YM, Kakko SJ, Laitinen TH, **Oury TD**, Pääkkö PK. (2006) Extracellular superoxide dismutase has highly specific localization in idiopathic pulmonary fibrosis/usual interstitial pneumonia. *Histopathology.* **49:** 66-74. PMC1847412

56. Tan RJ, Fattman CL, Niehouse LM, Tobolewski JM, Hanford LE, Monzon FA, Li Q, Parks WC, **Oury TD**. (2006) Matrix Metalloproteinases Promote Inflammation and Fibrosis in Asbestos-induced Lung Injury in Mice. *Am. J. Resp. Cell Molec. Biol.* **35:** 289-97. PMC1820635

57. Yasuoka H, Zhou Z, Pilewski JM, **Oury TD**, Choi AMK, Feghali-Bostwick CA (2006) IGFBP-5 induces pulmonary fibrosis and triggers mononuclear cellular infiltration. *Am. J. Pathol.* **169:** 1633-42. PMC1780193

58. Wang XM, Feghali-Bostwick CA, Kaminski N, Zhang Y, Ifedigbo E, Zhou J, Lui F, **Oury TD**, Choi AMK. (2006) Caveolin-1: A critical regulator of lung fibrosis in idiopathic pulmonary fibrosis. *J. Exp Med.* **203:** 2895-906. PMC1850940

59. Hu D, Cao P, Thiels E, Chu CT, Wu G, **Oury TD**, Klann E. (2007) Hippocampal long-term potentiation, memory and longevity in mice that overexpress mitochondrial superoxide dismutase. *Neurobiol. Learning Mem.* **87:** 372-84. PMC1847321

60. Lizotte PP, Hanford LE, Enghild JJ, Nozik-Grayck E, Giles BL, **Oury TD**. (2007) Developmental regulation of the receptor for advanced glycation end-products (RAGE) and its response to hyperoxia in the neonatal rat lung. *BMC Dev Biol.* **7:**15 (http://www.biomedcentral.com/1471-213X/7/15) PMC1828052

61. Shvedova AA, Kisin ER, Murray A, Gorelik O, Arepalli S, Castranova V, Young S-H, Gao F, Tyurina YY, **Oury TD**, Kagan VE. (2007) Vitamin E Deficiency Enhances Pulmonary Inflammatory Response and Oxidative Stress Induced by Single Walled Carbon Nanotubes in C57BL/6 Mice. *Toxicol Appl Pharm.* **221:** 339-48. PMC2266092

62. Katsumata Y, Ridgway WM, Oriss T, Gu X, Chin D, Wu Y, Fertig N, **Oury TD**, Vandersteen D, Clemens P, Camacho CJ, Weinberg A, Ascherman DP. (2007) Species-specific immune responses generated by histidyl-tRNA synthetase immunization are associated with muscle and lung inflammation. *J Autoimmun.* **29:** 174-186. PMID: 17826948

63. Vuorinen K, Gao F, **Oury TD**, Kinnula V, Myllarniemi M. (2007) Imatinib inhibits fibrogenesis in asbestos-induced interstitial pneumonia with no effect on the inflammatory response. *Exp Lung Res.* **33:** 357-73. PMID: 17849262; NIHMSID # 90900

64. Petersen SV, Valnickova Z, **Oury TD**, Crapo JD, Nielsen NC, Enghild JJ. (2007) The subunit composition of human extracellular superoxide dismutase (EC-SOD) regulates enzymatic activity. *BMC Biochm.* **8:** 19. PMC2100054

65. Kliment, CR, Tobolewski, JM, Manni, ML, Tan, RJ, Enghild, JJ, **Oury, TD**. (2008) Extracellular superoxide dismutase protects against matrix degradation of heparan sulfate in the lung. *Antioxid Redox Signa.* **10:** 261-68. PMC2289772

66. Gao F, Kinnula VL, Myllärniemi M, **Oury TD**. (2008) Extracellular superoxide dismutase in pulmonary fibrosis. *Antioxid Redox Signa.* **10:** 343-54. PMC2290736

67. Myllärniemi M, Lindholm P, Ryynänen MJ, Kliment CR, Salmenkivi K, Keski-Oja J, Kinnula VL, **Oury TD**, Koli K. (2008) Gremlin-mediated decrease in BMP signaling promotes pulmonary fibrosis - reversal by BMP-7. *Am. J. Resp. Crit. Care Med.* **177**: 321-29. PMC2218851

68. Carraway MS, Suliman HB, Kliment C, **Oury TD**, Welty-Wolf KE, Piantadosi CA. (2008) Mitochondrial biogenesis in the pulmonary vasculature during inhalational lung injury and fibrosis. *Antioxid Redox Signa.* **10**: 269-276. PMC2268979

69. Lu Z, Xu X, Hu X, Zhu G, Zhang P, van Deel ED, French JP, Fassett JT, **Oury TD**, Bache RJ, Chen Y: (2008) Extracellular superoxide dismutase deficiency exacerbates pressure overload-induced left ventricular hypertrophy and dysfunction, *Hypertension*, 51:19-25. PMCID: PMC2429959

70. Mangoush O, Athanasiou T, Nakamura K, Johnson P, Smoienski R, Sarathchandra P, **Oury TD**, Chester AH, Amrani M: (2008) Antioxidant Properties of the Internal Thoracic Artery and the Radial Artery. *Heart Lung Circ.* **17**: 40-47. PMID: 17604222.

71. Englert JM, Hanford LE, Kaminski N, Tan RJ, Fattman CL, Tobolewski JM, Richards TJ, Loutaev I, Nawroth PP, Kasper M, Bierhaus A, **Oury TD**. (2008) A role for the receptor for advanced glycation end products in idiopathic pulmonary fibrosis. *Am. J. Pathol.* **172**: 583-91. PMC2258251

72. van Deel ED, Lu Z, Xu X, Zhu G, Hu X, **Oury TD**, Bache RJ, Duncker DJ, Chen Y (2008) Extracellular SOD protects the heart against oxidative stress and hypertrophy after myocardial infarction. *Free Rad Biol Med.* **44**: 1305-1313. PMC2386859 [Available on 04/01/09]

73. Gao F, Koenitzer JR, Tobolewski JM, Jiang D, Liang J, Noble PW, **Oury TD**. (2008) Extracellular superoxide dismutase inhibits inflammation by preventing oxidative fragmentation of hyaluronan. *J. Biol. Chem.* **283**: 6058-66. PMC2268976

74. Petersen SV, Kristensen T, Petersen JS, Ramsgaard L, **Oury TD**, Crapo JD, Nielsen NC, Enghild JJ. (2008) The folding of human aEC-SOD and iEC-SOD is an intracellular event. *J. Biol. Chem.* **283**: 15031-36. PMC2268976.

75. Englert JM, Ramsgaard L, Valnickova Z, Enghild JJ, **Oury TD**. (2008) Large scale isolation and purification of soluble RAGE from lung tissue. *Protein Expr. Purif.* **61**: 99-101. PMC2547992 [Available on 2009/09/01]

76. Kliment CR, Clemens K, **Oury TD**. (2009) North American erionite-associated mesothelioma with pleural plaques and pulmonary fibrosis. A case report. *Int. J. Clin. Exper. Path.* **2**: 407-410. PMC2615598.

77. Kliment CR, Englert JM, Gochuico B, Yu G, Kaminski N, Rosas I, **Oury TD**. (2009) Oxidative Stress Alters Syndecan-1 Distribution in the Lung During Pulmonary Fibrosis. *J. Biol. Chem.* **284**: 3537-45. PMC2635035 [Available on 2010/02/06]

78. Ganguly K, Depner M, Fattman C, Bein K, **Oury TD**, Wesselkamper SC, Borchers MT, Schreiber M, Gao F, von Mutius E, Kabesch M, Leikauf GD, Schulz H. (2009) Superoxide dismutase 3, extracellular (SOD3) variants and lung function, *Physiol Genomics.* **37**:260-267

79. Voeghtly L, Thogersen I, Chu C, **Oury TD**, Enghild J. (2009) Biosynthesis and plasma elimination of mature prostate specific antigen and its activation peptide. *Int. J. Clin. Exper. Path.* **2**: 588-98.

80. Ghio AJ, Tan RT, Ghio K, Fattman CL, **Oury TD**. (2009) Iron accumulation and expression of iron-related proteins following *in vivo* exposure to crocidolite. *J. Env. Path. Tox. Onc.* **28**: 153-62

81. Kliment CR, Suliman HB, Tobolewski JM, Reynolds CM, McTiernan CF, McGaffin KR, Piantadosi CA, **Oury TD**. (2009) Extracellular Superoxide Dismutase Regulates Cardiac Function and Fibrosis. *J. Mol. Cell. Cardiol.* **47**: 730-742. PMC2774793

82. Ramsgaard L, Englert JM, Tobolewski J, Tomai L, Fattman CL, Leme AS, Kaynar MA, Shapiro SD, Enghild JJ, **Oury TD**. (2010) The role of the receptor for advanced glycation end-products in a murine model of silicosis. *PLoS ONE* 5(3): e9604. doi:10.1371/journal.pone.0009604. PMC2841632

83. Kliment CR and **Oury TD**. (2010) Oxidative Stress, Extracellular Matrix Targets and Idiopathic Pulmonary Fibrosis. *Free Rad Biol Med.* **49**: 707-17. PMID: 20452419

84. Petersen SV, Thogersen IB, Valnickova Z, Nielsen MS, Petersen JS, Poulsen ET, Jacobsen C, **Oury TD**, Moestrup SK, Crapo JD, Nielsen NC, Kristensen T, Enghild JJ. (2010) The concentration of extracellular superoxide dismutase in plasma is maintained by LRP-mediated endocytosis, Free Radic Biol Med **49:** 894-899. PMID: 20600835

85. Pociask DA, **Oury TD**, Steele C, Kolls JK. (2011) Gamma Delta T Cells Attenuate Bleomycin Induced Fibrosis Through the Production of CXCL10. *Am. J. Pathol.* **178:** 1167-76. PMCID: PMC3070585

86. Manni ML, Tomai LP, Norris CA, Thomas M, Kelley EE, Salter RD, Crapo JD, Chang LY, Watkins SC, Piganelli JD, **Oury TD.** (2011) Extracellular superoxide dismutase attenuates bacterial pneumonia by modulating phagocytosis. *Am. J. Pathol.* **178:** 2752-9. PMC3124355

87. Kliment CR and **Oury TD.** (2011) Extracellular superoxide dismutase protects cardiovascular syndecan-1 from oxidative shedding. *Free Rad Biol Med.* **50:** 1075-80. PMC3070856 [Available on 2012/5/1]

88. Brown B, Price I, Toapanta FR, DeAlmeida DR, Wiley CA, Ross TM, Oury TD, Vodovotz Y. (2011) An agent-based model of inflammation and fibrosis following particulate exposure in the lung. *Mathematical Biosciences.* **231:** 186-96. PMC3088650

89. Englert JM, Kliment CR, Ramsgaard L, Tobolewski JM, **Oury TD.** (2011) Paradoxical function for the receptor for advanced glycation endproducts in models of pulmonary fibrosis. *Int. J. Clin. Exper. Path.* **4**(3): 241-54. PMC3071657

90. Kliment CR, Englert JM, Crum LP, **Oury TD.** (2011) A novel method for accurate collagen and biochemical assessment of pulmonary tissue utilizing one animal. *Int. J. Clin. Exper. Path.* **4**(4): 349-55. PMID: 21577320.

91. Ramsgaard L, Englert JM, Manni ML, Milutinovic PS, Gefter J, Tobolewski J, Tomai L, Coudriet GM, Piganelli J, Zamora R, Vodovotz Y, Enghild JJ, **Oury TD.** (2011) Lack of the receptor for advanced glycation end-products attenuates *E. coli* pneumonia in mice. *PLoS ONE.* **6**(5): e20132. doi:10.1371/journal.pone.0020132

92. Manni ML, Czajka C, **Oury TD,** Gilbert T. (2011) Extracellular matrix powder protects against bleomycin induced pulmonary fibrosis. *Tissue Engineering.* **17:** 2795-804. PMID: 21797754 [PubMed - in process] PMCID: PMC3204203 [Available on 2012/11/1]

93. Manni ML, Epperly MW, Han W, Blackwell TS, Duncan SR, Piganelli JD, **Oury TD.** (2012) Leukocyte-derived extracellular superoxide dismutase does not contribute to airspace EC-SOD after interstitial pulmonary injury. *Am J Physiol (Lung Cell Mol Physiol).* **302:** L160-6. PMID: 22003088 [PubMed - in process]

94. Kawakami T, Puri N, Sodhi K, Bellner L, Takahashi T, Morita K, **Oury TD**, Abraham NG. (2012) Reciprocal Effects of Oxidative Stress on Heme Oxygenase Expression and Activity Contributes to Reno-Vascular Abnormalities in EC-SOD Knockout Mice. *Int. J. of Hypertension.* **2012:** Article ID: 740203 (11 pages).

95. Li HH, Li Q, Liu P, Liu Y, Li J, Wasserloos K, Chao W, You M, **Oury TD**, Chhinder S, Hackam DJ, Billiar TR, Leikauf GD, Pitt BR, Zhang LM. (2012) WNT1 inducible signaling pathway protein 1 (WISP1) contributes to ventilator-induced lung injury. *Am. J. Resp. Cell Molec. Biol.* **In Press.**

96. Empey KM, Orend JG, Peebles RS, Egana L, Norris KA, **Oury TD,** Kolls JK. (2012) Stimulation of immature lung macrophages with intranasal interferon gamma in a novel neonatal mouse model of respiratory syncytial virus infection. *PLoS ONE.* **7**(7): e40499

97. Milutinovic PS, Alcorn JF, Englert JM, Crum LT, **Oury TD.** (2012) The receptor for advanced glycation end-products is a central mediator of asthma pathogenesis. *Am. J. Pathol.* **181**(4): 1215-25.

98. Oczypok E, **Oury TD,** Chu CT. (2013) It's a cell eat cell world: A century of research in phagocytosis and autophagy. *Am. J. Pathol.* **182** (3): 612-22.

99. Lee SM, McLaughlin J, Frederick D, Zhu L, Thambiayya K, Wasserloss K, Kaminski I, Pearce L, Peterson J, Li J, Latoche J, Peck-Palmer O, Beer-Stolz D, Fattman C, Alcorn J, **Oury TD**, Angus

D, Pitt B, Kaynar AM. (2013) Metallothionein-induced zinc partitioning exacerbates hyperoxic acute lung injury. *Am J Physiol (Lung Cell Mol Physiol)* **304(5):** L350-60.

100. Moore B, Lawson WE, **Oury TD**, Sisson TH, Raghavendran K, Hogaboam CM. (2013) Animal models of fibrotic lung disease. *Am. J. Resp. Cell Molec. Biol.* **49(2):** 167-179.

101. Scavenius C, Petersen J, Thomsen L, Poulsen E, Hansen Z, Bowler RP, **Oury TD**, Petersen S, Enghild J. (2013) Murine extracellular superoxide dismutase is converted in to the inactive fold by the Ser195Cys mutation. *Biochemistry.* **52(19):** 3369-3375.

102. Slight S, Avery L, Davis M, Yeh S, Gopal R, Cleveland H, Monin L, **Oury TD**, Rangel-Moreno J, Khader SA. (2013) Interleukin-10 restrains Interleukin-17 to limit lung pathology following pulmonary infection with Francisella tularensis LVS. *Am. J. Pathol.* **183(5):** 1397-1404.

103. Iannitti RG, Casagrande A, De Luca A, Cunha C, Guglielmo S, Riuzzi F, Borghi M, Galosi C, Massi-Benedetti C, **Oury TD**, Defilippi G, Russo M, Porcaro L, Colombo F, Majo F, Lucidi V, Fiscarelli E, Lass-Flörl C, Ratclif L, De Benedictis FM, Donato R, Carvalho A, Romani L. (2013) Hypoxia promotes danger-mediated inflammation via RAGE in cystic fibrosis. *Am. J. Resp. Crit. Care Med.* **188(11):** 1338-50.

104. Pavlisko EN, Roggli VL, Sporn TA, **Oury TD.** Relationship between pulmonary emphysema and renal function in smokers. *Chest.* **143(5):** 1516-17.

105. Blackwell TS, Tager AM, Borok Z, Moore BB, Schwartz DA, Anstrom KJ, Bar-Joseph Z, Bitterman P, Blackburn MR, Bradford W, Brown KK, Chapman HA, Collard HR, Cosgrove GP, Deterding R, Doyle R, Flaherty KJ, Garcia CK, Hagood JS, Henke CA, Herzog E, Hogaboam CM, Horowitz JC, King TE, Loyd JE, Lawson WE, Marsh CB, Noble PW, Noth I, Sheppard D, Olsson J, Ortiz LA, O'Riordan TG, **Oury TD**, Sisson TH, Raghu G, Roman J, Sime PJ, Tschumperlin D, Violette SM, WeaverTE, Wells RG, White ES, Kaminski N, Martinez FJ, Wynn TA, Thannickall VJ, and Eu JP (2014) NHLBI Workshop Summary. Future directions in idiopathic pulmonary fibrosis research. An NHLBI workshop report. *Am. J. Resp. Crit. Care Med.* **189(2):** 214-22.

106. Hartman A, Powell D, Bethel L, Caroline A, Schmid R, **Oury TD**, and Reed D (2014) Aerosolized Rift Valley Fever virus causes fatal encephalitis in African green monkeys and common marmosets. *J. Virol.* **88(4):** 2235-45.

107. Milutinovic PS, Englert JM, Crum LT, Mason NS, Rasgaard L, Enghild JJ, Sparvero LJ, Lotze MT, **Oury TD**. (2014) Clearance Kinetics and Matrix Binding Partners of the Receptor for Advanced Glycation End Products. *PLoS ONE.* **9(3):** e88259

108. Caroline AL, Powell DS, Bethel LM, **Oury TD**, Reed DS, Hartman AL. (2014) Broad spectrum antiviral activity of Favipiravir (T-705): Protection from highly lethal inhalational Rift Valley Fever. *PLoS ONE.* **8(4):** e2790.

109. Oczypok EA, **Oury TD.** (2015) Electron microscopy remains the gold standard for the diagnosis of epithelial malignant mesothelioma: A case study. *Ultrastruct Pathol.* **39:** 153-8

110. Tan RJ, Zhou D, Xiao L, Li Y, Bastacky SI, **Oury TD**, Liu Y. (2015) Extracellular superoxide dismutase protects against proteinuric kidney disease. *J. Am. Soc. Nephrol.* **26:** 2447-59.

111. Sambamurthy N, Leme AS, **Oury TD**, Shapiro SD. (2015) The receptor for advanced glycation end products (RAGE) contributes to the progression of emphysema in mice. *PLoS ONE.* **10 (3):** e0118979

112. Gregory AD, Kliment CR, Metz HE, Kim KH, Kargl J, Agostini BA, Crum LT, Oczypok EA, **Oury TD**, Houghton AM (2015) Neutrophil Elastase Promotes Myofibroblast Differentiation in Lung Fibrosis. J. Leukoc. Biol. **98:** 143-52.

113. Oczypok EA, Milutinovic PS, Alcorn J, Khare A, Crum LT, Manni ML, Epperly MW, Pawluk AM, Ray A, **Oury TD.** (2015) Pulmonary receptor for advanced glycation endproducts promotes asthma pathogenesis via IL-33 and accumulation of group 2 innate lymphoid cells. *J. Allergy Clin. Immun.* **136:** 747-756.

114. Caroline AL, Kujawa MR, **Oury TD**, Reed DS, Hartman AL. (2016) Inflammatory biomarkers associated with lethal Rift Valley fever encephalitis in the Lewis rat model. *Frontiers in Microbiology.* **6:** 1-15.

115. Oczypok EA, Sanchez MS, Van Orden DR, Berry GJ, Pourtabib K, Gunter ME, Roggli VL, Kraynie, AM, **Oury TD.** (2016) Erionite-associated malignant pleural mesothelioma in Mexico. *Int J Clin Exp Pathol* 9(5): 5722-5732. (www.ijcep.com /ISSN:1936-2625/IJCEP0027993)

116. de Ridder GG, Kraynie A, Pavlisko EN, Oury TD, Roggli VL. (2016) Asbestos content of lung tissue in patients with malignant peritoneal mesothelioma: A study of 42 cases. *Ultrastructural Pathology*, **40**:134-41.

117. Oczypok EA, Perkins TN, **Oury TD.** (2017) Alveolar Epithelial Cell-Derived Mediators: Potential Direct Regulators of Large Airway and Vascular Responses. *Am. J. Resp. Cell Molec. Biol,* **56:** 694-699.

118. Oczypok EA, Perkins TN, **Oury TD.** (2017) All the "RAGE" in lung disease: The receptor for advanced glycation endproducts (RAGE) is a major mediator of pulmonary inflammatory responses. *Paed Resp Rev.* **23:** 40-49.

119. Khader S, Monin L, Mehta S, Elsegeiny W, Gopal R, McAleer J, **Oury TD**, Kolls J. 2018 Aspergillus fumigatus pre-exposure worsens pathology and improves control of Mycobacterium abscessus pulmonary infection in mice. *Infection and Immunity,* **86:** .

120. Mira E, Carmona L, González-Martín A, Tardáguila M, Azcoitia I, Almonacid L, Casas J, Fabriás G, **Oury TD**, Manes S. (2018) SOD3 improves the tumor response to chemotherapy by stabilizing endothelial HIF-2α. *Nature Commun,* **9:** 575

121. Khambu B, Huda N, Chen X, Li Y, Dai G, Dong Z, Zong WX, Waguri S, Kohler U, **Oury TD**, Yin XM (2018) HMGB1 promotes ductular reaction and tumorigenesis in autophagy-deficient livers. J Clin Invest. *J Clin. Invest.* **128:** 2419-2435.

122. Rogers M, **Oury TD,** Williams J. (2018) CD4$^+$ regulatory T cells exert differential functions during early and late stages of the immune response to respiratory viruses. *J Immunol.* **201:**1253-1266.

123. Perkins TN, Oczypok EA, Dutz RE, **Oury TD.** (2019) RAGE-dependent VCAM-1 expression in the lung endothelium mediates IL-33 induced allergic airway inflammation. *Allergy.* **74:** 89-99.

124. Perkins TN, Oczypok EA, Dutz RE, Donnell ML, Myerburg M, **Oury TD,** (2019) The Receptor for Advanced glycation endproducts is a critical mediator of type 2 cytokine signaling in the lungs. *J. Allergy Clin. Immun.* **144:**796-808 e12.

125. Perkins TN, Donnell ML, **Oury TD,** (2020) The axis of RAGE signaling in allergic airway disease. *Allergy.* Provisionally accepted with revision.

126. Eichinger KM, Kosanovich JL, Lipp MA, Yondola MA, Perkins TN, **Oury TD**, Petrovsky N, Empey KM. (2020) When advuanted with a Th1/Th2-balanced adjuvant, perfusion RSV F protein elicits protective antibody and RSF-specific CD8+ T cell responses without Th2-mediated lung pathology. *Front. Immunol.* **In Press**.

127. Rogers MC, Miranda-Katz M, Zhang Y, **Oury TD,** Garcia-Sastre A, Williams, JV. (2020) STAT2 limits host species specificity of human metapneumovirus. *Viruses.* **In Press.**

**Proceedings of conference and symposia, editorials, monographs, books, and book chapters.**

1   **Oury TD**, Crapo JD, Piantadosi CA  (1994) The nitric oxide synthesis inhibitor N-ω-nitro-L-arginine decreases mortality, and delays seizure onset in mice exposed to hyperbaric oxygen, in *Basic and Applied High Pressure Biology* (Bennett PB, Marquis, RE, Ed) Vol 1, pp 437-444, University of Rochester Press, Rochester

2   Zhang J, **Oury TD**, Tatro L, Piantadosi CA  (1994) Cerebral amino acids and acute hyperbaric oxygen toxicity, in *Basic and Applied High Pressure Biology* (Bennett, PB and Marquis, RE, Ed) Vol 1, pp 431-436, University of Rochester Press, Rochester

3   **Oury TD**, Chang L-Y, Day BJ, Slot J, Crapo JD  (1995) Compartmentalization of radical reactions, in *The Oxygen Paradox*  (Davies KJA, Ursini, F, Ed) pp 195-207, CLEUP University Press, Padova, Italy

4   Day B, **Oury TD**, Crapo JD  (1996) Interactions of superoxide dismutases with nitric oxide, in *Vascular Endothelium:  Responses to Injury*  (Catravas JD, Callow AD, Ryan US, Ed) pp 23-30

5   Roggli VL, **Oury TD**, Moffatt JD  (1997)  Malignant mesothelioma in women, in *Anatomic Pathology 1997* (Fechner RE, Rosen PP, Ed) Vol 2, pp 147-163,  ASCP Press, Chicago

6.   **Oury TD**, LeFurgey A, Roggli VL (1999) Microprobe analysis of renal stones, in Biomedical Applications of Microbrobe Analysis (Ingram P, Shelburne JD, Roggli VL, LeFurgey A, Ed). Academic Press, San Diego pp 291-313

7.   **Oury TD**, Roggli VL  (2000) Interstitial fibrosis, predominantly mature,  Chapter 5, in *Diagnostic Pulmonary Pathology* (Cagle, PT, Ed).  Marcell Dekker, NY.  pp 77-101.

8.   Roggli VL, **Oury TD,** Sporn TA. (2004) *Pathology of Asbestos-Associated Diseases 2nd ed.* Springer, NY.

9.   **Oury TD** (2004) Benign asbestos-related pleural diseases, Chapter 6, in *Pathology of Asbestos-Associated Diseases 2nd ed.*  (Roggli VL, Oury TD, Sporn TA, , Eds) Springer, NY. pp 169-192.

10.   Rolston R, **Oury TD** (2004) Other neoplasia, Chapter 8, in *Pathology of Asbestos-Associated Diseases 2nd ed.* (Roggli VL, Oury TD, Sporn TA, Eds) Springer, NY. pp 217-230.

11.   Fattman CL, Chu CT, **Oury TD** (2004) Experimental models of asbestos-related diseases, Chapter 10, in *Pathology of Asbestos-Associated Diseases 2nd ed.*  (Roggli VL, Oury TD, Sporn TA, Eds) Springer, NY. pp 256-308.

12.   Manni ML, **Oury TD**. (2007) Commentary on "Copper Chaperone for Cu, Zn-SOD supplement potentates the Cu, Zn- SOD function of neuroprotective effects against ischemic neuronal damage in the gerbil hippocampus." *Free Rad Biol Med.* **43:** 899-900. PMC1992741

13.   Manni ML, **Oury TD**. (2010) Significance of Polymorphisms in the Superoxide Dismutase-3 Gene in COPD: It's all about Location! *J. Chron. Obstrct Pulmon Dis.* **7:** 237-239. PMID: 20673031

14.   Pavlisko EN, Roggli VL, Sporn TA, Oury TD. (2013) The Relationship Between Pulmonary Emphysema and Kidney Function in Smokers. *Chest.* **143(5):** 1516-1517.

15.   Manni ML, **Oury TD**. (2014) Oxidative stress in pulmonary fibrosis, Chapter 71, in *Systems Biology of Free Radicals and Antioxidants, Part IV Pulmonary.* (Laher I Ed.) Springer, Heidelberg, NY. pp 1611-1632.

16.   **Oury TD,** Sporn TA, Roggli VL. (2014) *Pathology of Asbestos-Associated Diseases 3rd ed.* Springer Heidelberg, NY.

17.   Manni ML, **Oury TD** (2014) Benign asbestos-related pleural diseases, Chapter 6, in *Pathology of Asbestos-Associated Diseases 3rd ed.*  (**Oury TD,** Sporn TA, Roggli VL, Eds) Springer Heidelberg, NY. pp 141-156.

18.   Gao F, **Oury TD** (2014) Other neoplasia, Chapter 8, in *Pathology of Asbestos-Associated Diseases 3rd ed.* (**Oury TD,** Sporn TA, Roggli VL, Eds) Springer Heidelberg, NY. pp 177-192.

19.   Englert JM, Kliment CR, **Oury TD** (2014) Experimental models of asbestos-related diseases, Chapter 10, in *Pathology of Asbestos-Associated Diseases 3rd ed.*  (**Oury TD,** Sporn TA, Roggli VL, Eds) Springer Heidelberg, NY. pp. 215-252.

20.   Kliment CR, **Oury TD**. (2015) Oxidative stress in pulmonary fibrosis, in *Oxidative Stress in Respiratory Disorders*. Springer, NY. **In Press.**

**Published abstracts.**

1.   **Oury TD**, Ho YS, Crapo JD  (1991) Establishment of transgenic mice expressing human extracellular superoxide dismutase.  *Am Rev Respir Dis* **143(2)**, A515

2.   **Oury TD**, Piantadosi CA, Crapo JD  (1992) Transgenic mice superexpressing human extracellular superoxide dismutase show increased resistance to cold-induced brain edema, but are more susceptible to hyperbaric oxygen. *Am Rev Respir Dis* **145,** A713

3. **Oury TD**, Crapo JD, Piantadosi CA  (1992) The nitric oxide synthesis inhibitor N-ω-nitro-L-arginine decreases mortality, and delays seizure onset in mice exposed to hyperbaric oxygen. *Undersea Biomed Res* **S19**, 158

4. Zhang J, **Oury TD**, Tatro L, Piantadosi CA  (1992) Cerebral amino acids and acute hyperbaric oxygen toxicity. *Undersea Biomed Res* **S19**, 158

5. **Oury TD**, Chang L, Marklund SL, Crapo JD  (1993) Immunocytochemical localization of extracellular superoxide dismutase in human lung. *Am Rev Respir Dis* **147**, A444

6. Chu CT, **Oury TD**, Pizzo SV  (1993) Antigens bound to α₂-macroglobulin undergo enhanced processing.  *in vitro* and *in vivo J Cell Biochem Suppl* **17C**, 66

7. Crapo JD, Chang L-Y, **Oury TD**  (1993) Compartmentalization of radical reactions and antioxidants. *Free Rad Biol Med* **15**, 536

8. **Oury TD**, Chang L, Marklund SL, Crapo JD  (1993)  Association of extracellular superoxide dismutase with type I collagen: An immunolocalization study,  *Free Rad Biol Med* **15**, 537

9. Chu CT, Oury TD, Enghild JJ, Pizzo SV (1994) Alpha-2-Macroglobulin - A proteinase-activated antigen capture and delivery system. *J Cell Biochem Suppl* **18D**, 142

10. Nguyen Q, Guy J, Marklund S, **Oury TD**, Crapo JD  (1995)  Immunolocalization of EC-SOD in the optic nerve of the transgenic mouse. *Invest Ophth Vis Sci* **36**, S64

11. Gottfredsson M, Bernstein C, **Oury TD**, Carpenter, C, Bartlett, JA  (1995)  Pituitary Mass: An unusual presentation of primary central nervous system lymphoma.

12. **Oury TD**, Crapo JD, Valnickova Z, Enghild J  (1995) Human extracellular superoxide dismutase is a tetramer composed of two disulfide linked dimers.  Abstract Book, Oxygen Society Meeting, 60

13. Chu CT, Howard GC, **Oury TD**, Enghild JJ, Roberts B, Epstein D, Pizzo SV  (1997) Expression of inflammatory mediators by human trabecular meshwork cells.  *Invest Ophthalmol Visual Sci* **38**: S1077.

14. Howard GC, Chu CT, Roberts BC, **Oury TD**, Epstein DL, Pizzo SV  (1997) Cultured human trabecular meshwork cells express α₂-macroglobulin and the low density lipoprotein receptor-related protein/α₂-macroglobulin receptor. *Invest Ophthalmol Visual Sci* **38**: S817

15. Sheng H, **Oury TD**, Bart RD, Pearlstein RD, Crapo JD, Warner DS (1997)  Transgenic mice expressing extracellular superoxide dismutase exhibit partial resistance to focal cerebral ischemia.

16. **Oury TD**, Roggli VL, Feldman JM (1997) The spectrum of pulmonary carcinoid tumors:  A clinical-pathological correlation of 102 cases. *Lab Invest* **76**, A993

17. Caruso JL, **Oury TD**, Crapo JD, Marklund SL, Carlsson LM, Piantadosi CA (1997)  Extracellular superoxide dismutase knockout mice are more sensitive to central nervous system oxygen toxicity. *Undersea & Hyperbaric Med Suppl*  **24**, 8

18. **Oury TD**, Caruso JL, Piantadosi CA, Marklund SL, Carlsson LM, Crapo JD (1997)  Extracellular superoxide dismutase, nitric oxide, and diethyldithiocarbamate: Mechanisms of injury in central nervous system oxygen toxicity.  *Undersea & Hyperbaric Med Suppl*  **24**, 9

19. Hammar SP, Roggli VL, **Oury TD**, Moffatt EJ  (1997) Malignant mesothelioma in women. *Lung Cancer Suppl* **18**, 924

20. **Oury TD**, Hammar SP, Roggli VL (1997) Asbestos content of lung tissue in patients with malignant peritoneal mesothelioma: A study of 40 cases. *Lung Cancer Suppl* **18**, 923

21. Nozik-Grayck E, Dieterle CS, Piantadosi CA, **Oury TD.** (1999)  Extracellular superoxide dismutase secretion and activity during development. *Pediatric Research,* **45**, 44A

22. Klann E, **Oury TD**, Kanterewicz BI, Thiels E. (2000) Impaired hippocampal long-term potentiation and memory acquisition in mice that overexpress extracellular superoxide dismutase. *Eur J Neurosci,* **12**, S460

23. Giles BL, Dieterle CS, **Oury TD**, Piantadosi CA, Nozik-Grayck E. (2000) Prenatal oxygen tension regulates the expression and localization of extracellular superoxide dismutase in neonatal rabbit lungs. *Ped. Res.* **47**, S2820.

24. Giles BL, Dieterle CS, **Oury TD**, Piantadosi CA, Nozik-Grayck E (2000) Prenatal oxygen tension regulates the expression of extracellular superoxide dismutase in neonatal rabbit lungs. *Am J Respir Critical Care Med* **161**, A737

25. Bowler RP, Crapo JD, **Oury TD**, Thogersen I, Valnickova Z, Enghild J. (2000) Extracellular superoxide dismutase forms high molecular weight polymers which do not depend on heparin interactions. *Am J Respir Critical Care Med* **161**, A737

26. Bowler RP, Nicks M, **Oury TD**, Thogersen I, Valnickova Z, Enghild J. Crapo JD (2000) Proteolytic cleavage of extracellular superoxide dismutase occurs intracellularly at the moment of secretion. *Am J Respir Critical Care Med* **161**, A737

27. Fattman CL, Chu CT, **Oury TD** (2000) Immunohistochemical analysis of EC-SOD in bleomycin treated mice. *Am J Respir Critical Care Med* **161**, A750

28. Fattman CL, Termin TA, and **Oury TD** (2000) The role of superoxide dismutase in superoxide-mediated collagen degradation. *Free Rad. Biol. Med.* **29**, S47

29. Fattman CL, Enghild JJ, Termin TA, **Oury TD** (2001) Reactive oxygen species mediate collagen degradation via proline oxidation. *Am J Respir Critical Care Med* **163**, A531.

30. Klann E, Kanterewicz BI, Kolluri N, **Oury TD**, Thiels E. (2001) A critical role for superoxide as a signaling molecule in hippocampal LTP and associative memory. *J. Neurochem.* **78**, S117.

31. **Oury TD**, Schaefer LM (2001) Hyperglycemia results in a loss of vascular EC-SOD in humans and mice: Implications for diabetic vascular disease. *Free Rad. Biol. Med.* **31**, S49.

32. Demchenko I, **Oury TD**, Crapo JD, Piantadosi CA. (2001) Extracellular superoxide dismutase modulates balance between nitric oxide and superoxide during cerebrovascular responses to hyperoxia. *Free Rad. Biol. Med.* **31**, S68.

33. Fattman CL, Johnson K, Chu CT, **Oury TD** (2001) Oxidative regulation of dopamine-induced apoptosis: implications for Parkinson's disease. *Free Rad. Biol. Med.* **31**, S132.

34. Morse D, Feghali C, Fattman C, **Oury TD**, Sime P, Choi AMK. (2002) Heme oxygenase-1 (HO-1) is overexpressed in fibroblasts from patients with idiopathic pulmonary fibrosis by microarray analysis: inhibition of HO-1 leads to greater hydroxyproline accumulation in a TGF-β induced murine model of pulmonary fibrosis. *Am J Respir Critical Care Med* **165**, A171.

35. Hanford L, Fattman C, Schaefer L, **Oury TD**. (2002) Decreased levels of the soluble receptor for advanced glycation end products in lungs after treatment with bleomycin. *Am J Respir Critical Care Med* **165**, A170.

36. Sanggaard K, Ostergaard L, Regan E, Valnikowa Z, Thogersen I, Bowler R, **Oury TD**, Crapo JD, Enghild JJ. (2002) The role of free radicals in the pathology of osteoarthritis and pulmonary fibrosis. *Free Rad. Biol. Med.* **33**, S436.

37. Olsen DA, Thorup K, Oury TD, Petersen SV, Bowler R, Thogersen IB, Valnickova Z, Kristensen T, Crapo JD, Enghild JJ (2002) Heparin binding properties and C-terminal protease cleavage of extracellular superoxide dismutase. *Free Rad. Biol. Med.* **33**, S585

38. Chu CT, Kulich SM, Oury TD, Zhu J (2002) Altered subcellular localization of ERK/MAP kinase signaling proteins in Lewy body diseases. *J. Neuropath. Exp. Neurol.* **61** (5): 171

39. Tan RJ, Fattman CL, Chang L-Y, Hanford LE, **Oury TD**, (2002). EC-SOD Inhibits MMP-9 Activation in a Bleomycin Model of Pulmonary Fibrosis. *Free Rad. Biol. Med.* **33** (suppl. 2): S316

40. Fattman CL, Chang LY, Enghild JJ, Termin T, **Oury TD** (2002) Enhanced bleomycin –induced pulmonary injury in mice lacking EC-SOD. *Free Rad. Biol. Med.* **33** (suppl. 2): S398

41. Tan RJ, Fattman CL, Hanford LE, Enghild JJ, Valnickova Z, Chang LY, **Oury TD** (2003) Extracellular superoxide dismutase enhances elastase inhibitory capacity in the bleomycin model of pulmonary fibrosis. *Am J Respir Critical Care Med* **167**, A128.

42. Hanford LE, Fattman CL, Schaefer LM, Enghild JJ, **Oury TD** (2003) Isolation and characterization of soluble receptor for advanced glycation end products (sRAGE) in mouse tissues. *Am J Respir Critical Care Med* **167**, A625.

43. Fattman CL, Tan R, **Oury TD** (2003) Bleomycin-induced lung injury in mice lacking inducible nitric oxide synthase (iNOS). *Am J Respir Critical Care Med* **167**, A648.

44. Song R, Kubo M, Zhang X, Zhou Z, Zuckerbraun BS, Otterbein LE, Ning W, Morse D, **Oury TD**, Lee P, McCurry KR, Choi AMK. (2003) Carbon monoxide induced-cytoprotection in rat lung transplantation. *Am J Respir Critical Care Med* **167**, A940.

45. Tan R, Fattman C, Peterson E, Hanford L, Piantadosi C, Chang LY, Enghild J, **Oury TD.** (2003) The role of extracellular superoxide dismutase in matrix metalloproteinase activation in bleomycin-induced pulmonary fibrosis. *Free Rad. Biol. Med.* **35** (suppl. 1): S22

46. Fattman CL, Tan RJ, Zemke AC, **Oury TD.** (2003) Decreased bleomycin-induced pulmonary damage in iNOS knockout mice. *Free Rad. Biol. Med.* **35** (suppl. 1): S83

47. Tan RJ, Hanford LE , Fattman CL, Kinnula VL, **Oury TD** (2004) Distribution of extracellular superoxide dismutase in lungs from patients with usual interstitial pneumonia. *Am. J. Resp. Crit. Care Med.* **169**: A113

48. Hanford LE, Fattman CL, Chu CT, **Oury TD** (2004) Advanced glycation end products downregulate α-smooth muscle actin expression in lung fibroblasts. *Am. J. Resp. Crit. Care Med.* **169**: A777

49. Tan R, Fattman CL, Hanford LE, **Oury TD** (2004) The role of EC-SOD in matrix metalloproteinase activation in lung injury models. *Free Rad. Biol. Med.* **37** (suppl. 1): S120

50. Fattman CL, Tan R, **Oury TD** (2004) Asbestos-induced lung injury in EC-SOD KO mice. *Free Rad. Biol. Med.* **37** (suppl. 1): S141

51. Callio J, **Oury TD**, Chu CT (2004) Compartmentalization of superoxide injury in the mouse 6-hydroxydopamine model. *Free Rad. Biol. Med.* **37** (suppl. 1): S158

52. Fattman CL, Tan RJ, **Oury TD** (2005) Asbestos-induced lung injury in mice lacking ECSOD. *FASEB J.* **19**: 865.3

53. Hsu E, Morse D, Zhou Z, Fattman C, **Oury TD**, Rincon M, Hemneway DR, Davis GS, Kaminski N. (2005) Global gene expression in a murine lung model of silicosis. *Proc. Am. Thoracic Soc.* **2**: A921

54. Tan R, Lee J, Manni M, Fattman C, Martin T, **Oury TD.** (2005) Inflammatory cells as a source of airspace extracellular superoxide dismutase after pulmonary injury. *Free Rad. Biol. Med.* **39** (suppl. 1): S42

55. Tobolewski J, Tan R, Fattman C, Petersen S, Enghild J, **Oury TD.** (2005) EC-SOD inhibits PMN chemotaxis by preventing oxidative fragmentation of collagen *in vitro*. *Free Rad. Biol. Med.* **39** (suppl. 1): S43

56. Fattman CL, Tobloewski JM, Tan RJ, Petersen SV, Enghild JJ, **Oury TD**, (2006) ECSOD inhibits PMN chemotaxis by preventing oxidative fragmentation of collagen. *FASEB J.* **20**: 737.7

57. **Oury TD**, Hanford LE, Kaminski N, Tan RJ, Fattman CL, Tobolewski JM, Kasper M, Bierhaus A. (2006) RAGE: A beneficial role in pulmonary fibrosis. *FASEB J.* **20**: 151.17

58. Gao F, Myllarniemi M, Tobolewski JM, Kinnula V, **Oury TD.** (2006) Gleevec, Hope for IPF? *Proc. Am. Thoracic Soc.* **3**: A524

59. Yasuoka H, Zhou ZH, Pilewski J, Oury T, Choi A, Feghali-Bostwick CA. (2006) IGFBP-5 has multiple functions in the development of pulmonary fibrosis. *Arth Rheum.* **54** (9): S728.

Tim D. Oury, MD, PhD

60. **Oury TD,** Hanford LE, Tan RJ, Fattman CL, Englert JM, Tobolewski JM, Kaminski N, Kasper M, Bierhaus A. (2006) The receptor for advanced glycation endproducts (RAGE): A novel mediator in pulmonary fibrosis. *Am. Thoracic Soc.* **3**: A768

61. Gao F, Koenitzer JR, Tobolewski JM, **Oury TD.** (2006) Oxidative degradation of hyaluronan in asbestos-induced lung injury. *Free Rad. Biol. Med.* **41** (suppl. 1): S70

62. Fattman CL, Argoti PS, Torres GM, **Oury TD,** Ortiz LA. (2007) Release of ECSOD from alveolar macrophages in response to asbestos fibers correlates with decreased TNF alpha production and induction of apoptosis. *FASEB J.* **21** (6): A821

63. Voeghtly L, Thogersen I, Chu C, **Oury TD,** Enghild J. (2007) Biosynthesis and plasma elimination of mature prostate specific antigen and its activation peptide. *FASEB J.* **21** (6): A755.

64. Kliment CR, Tobolewski JM, **Oury TD.** (2007) Heparan sulfate and EC-SOD interactions in pulmonary fibrosis. *Free Rad. Biol. Med.* **43** (suppl. 1): S111-S112

65. Fattman, CL, Torres G, **Oury TD,** Ortiz LA. (2007) Silicosis in mice is accompanied by EC-SOD redistribution and apoptosis. *Free Rad. Biol. Med.* **43** (suppl. 1): S120

66. Manni ML, Kliment CR, Duncan SR, Epperly MW, Piganelli JD, **Oury TD.** (2007) The role of leukocyte derived EC-SOD in pulmonary inflammation. *Free Rad. Biol. Med.* **43** (suppl. 1): S141

67. **Oury TD,** Tobolewski J, Kliment C, Gao F. (2007) Extracellular superoxide dismutase: A regulator of pulmonary inflammation. American Heart Association Research Symposium Abstract Book. November 3, 2007: 41

68. Manni ML, Tobolewski JM, Kliment CR, Duncan SR, Epperly MW, Piganelli JD, **Oury TD.** (2008) The role of leukocyte derived EC-SOD in pulmonary inflammation. *Am. J. Resp. Crit. Care Med.* **177**: A80

69. Kliment CR, Rosas IO, **Oury TD.** (2008) The role of heparan sulfate, oxidants, and antioxidant EC-SOD in pulmonary fibrosis. *Am. J. Resp. Crit. Care Med.* **177**: A470

70. Ramsgaard L, Englert J, Toboewski J, Fattman CL, **Oury TD.** (2008) The role of RAGE in pulmonary silicosis. *Am. J. Resp. Crit. Care Med.* **177**: A740

71. Englert JM, Kaminski N, Bierhaus A, **Oury TD.** (2008) Elevated advanced glycation end-products (AGEs) increase diabetes susceptibility to pulmonary injury. *Am. J. Resp. Crit. Care Med.* **177**: A742

72. Pociask DA, **Oury TD,** Steele C, Kolls JK. (2008) Attenuation of bleomycin induced fibrosis by gamma delta T Cells. *Am. J. Resp. Crit. Care Med.* **177**: A823

73. Ganguly K, Schreiber M, Bolle I, Gao F, **Oury TD,** Dietsch M, Wesselkamper SC, Leikauf GD, Schulz H, Neuherberg GSF. (2008) Mice with limited lung function and low superoxide dismutase 3, extracellular (SOD3) are susceptible to acrolein. *Am. J. Resp. Crit. Care Med.* **177**: A848

74. Kliment CR, Tobolewski JM, McGaffen KR, McTiernan C, **Oury TD.** (2008) Lack of Extracellular Superoxide Dismutase leads to increased doxorubicin-induced cardiac injury. *Free Rad. Biol. Med.* **45** (suppl. 1): S86

75. Kliment CR, Englert JM, Cochuico BR, Yu G, Kaminski N, Rosas I, **Oury TD.** (2008) Oxidative stress alters syndecan-1 distribution in lungs with pulmonary fibrosis. *Free Rad. Biol. Med.* **45** (suppl. 1): S47

76. Voeghtly LM, Kaminski N, **Oury TD.** (2009) MMP activation peptide detection in biological samples as a diagnostic marker of idiopathic pulmonary fibrosis. *FASEB J.* **23**: 572.11

77. Ramsgaard L, Tobolewski J, **Oury TD.** (2009) The Role of RAGE in LPS Induced Acute Lung Injury. *Am. J. Respir. Crit. Care. Med.* **179**: A5670.

78. Ganguly K, Depner M, Wesselkamper SC, Schreiber M, Gao F, **Oury TD,** Mutius EV, Kabesch M, Leikauf GD, Schulz H. (2009) Superoxide Dismutase 3, Extracellular (SOD3) Variants and Lung Function. *Am. J. Respir. Crit. Care. Med.* **179**: A1790

79. Englert JM, Sparvero LJ, Amoscato AA, Lotze MT , **Oury TD**. *(2009)* RAGE and the Lung Extracellular Matrix: A Novel Protective Function. *Am. J. Respir. Crit. Care. Med.* 179: A4990.

80. Kliment CR, Rapraeger AC, Rosas IO, **Oury TD**. (2009) Oxidative Stress and EC-SOD Alter Syndecan-1 Distribution in Lungs with Pulmonary Fibrosis. *Am. J. Respir. Crit. Care. Med.* 179: A3022.

81. Kliment CR, Gochuico BR, Kaminski N, Rosas IO, **Oury TD**. *Am. J. Respir. Crit. Care. Med.* 179: A2716.

82. Pociask DA, **Oury TD**, Steele C, Kolls JK. (2009) Gamma Delta T Cells Attenuate Pulmonary Fibrosis through the Production of IP-10. *Am. J. Respir. Crit. Care. Med.* 179: A5387.

83. Manni ML, Tomai LP, Norris CA, Thomas LM, Salter RD, **Oury TD**. (2010) The Role of Extracellular Superoxide Dismutase in Bacterial Pneumonia

84. Milutinovic PS, Alcorn JF, Englert JM, Crum LT, **Oury TD**. (2012) The receptor for advanced glycation end-products is a central mediator of asthma pathogenesis. *Am J Respir Crit Care Med* 185;A4294

85. Oczypok E, Manni M, Crum L, Schmid R, Oury TD. Extracellular superoxide dismutase promotes phagocytosis during acute pulmonary infection. (2012) *Free Rad Biol Med.* 53 Suppl. 2. pg. S113.

86. Milutinovic PS, Alcorn JF, Crum LT, Manni, ML, Oczypok, EA, Schmid, RJ, **Oury TD**. Pulmonary Receptor For Advanced Glycation End Products Promotes Asthma Pathogenesis Via An Il-33-Dependent Pathway. American Thoracic Society International Conference, Philadelphia, PA, USA, May 17-22, 2013. Am J Respir Crit Care Med 187;2013:A2640.

87. Oczypok, EA, Milutinovic, PS, Manni, ML, Khare, A, Alcorn, JF, Ray, A, **Oury, TD**. (2014). "Receptor for advanced glycation end products is an early upstream activator of the Th2 inflammatory immune response in allergic asthma." American Thoracic Society International Conference. San Diego, CA. Am J Respir Crit Care Med 189;2014:A4200.

88. Oczypok, EA, Milutinovic, PS, Manni, ML, Khare, A, Alcorn, JF, Ray, A, **Oury, TD**. (2014). "Pulmonary receptor for advanced glycation end products (RAGE) mediates lung-specific recruitment of type 2 innate lymphoid cells in allergic airway inflammation." EMBO Conference on Innate Lymphoid Cells. Paris, France.

89. Reed DS, Wonderlich ER, **Oury TD,** Barratt-Boyes S, Hartman AL. (2015). Identification of biomarkers of lethal neurotropic disease using improved primate models of inhalation Rift Valley Fever. Chemical and Biological Defense Science and Technology Conference. St. Louis, MO.

90. Kraynie, AM, Oczypok EA, Sanchez MS, Van Orden DR, Berry GJ, Gunter ME, Roggli VL, **Oury TD**. (2015) Erionite-associated malignant pleural mesothelioma in Mexico. Pulmonary Pathology Society Biennial Meeting. San Francisco, CA, USA, Jun 2-5, 2015.

91. Oczypok, EA, Milutinovic, PS, Manni, ML, Khare, A, Alcorn, JF, Ray, A, **Oury, TD**. (2015). Pulmonary receptor for advanced glycation end products (RAGE) mediates lung-specific recruitment of group 2 innate lymphoid cells in allergic airway inflammation. American Thoracic Society International Conference. Denver, CO. Am J Respir Crit Care Med 191;2015:A5166.

92. Perkins TN, Oczypok EA, Dutz GE, **Oury TD**. The Receptor For Advanced Glycation End-Products Mediates VCAM-1 Expression In Pulmonary Endothelial Cells: Implications For Asthma And Allergic Airway Disease. Am J Respir Crit Care Med 193;2016:A6693.

93. Perkins TN, Toftgaard Poulsen E, Enghild JJ, Ghio A, Roggli V, **Oury TD**. Determination Of Asbestos Body-Associated Proteins By Laser Scanning Micro-Dissection And Mass Spectrometry . Am J Respir Crit Care Med 193;2016:A4116.

94. Perkins TN, Oczypok EA, Dutz RE, **Oury TD**. (2017) RAGE-dependent VCAM-1 Expression in the Lung Endothelium Mediates IL-33 Induced Allergic Airway Inflammation. European Respiratory Society International Congress 2017. Milan, Italy, September 9-13th 2017.

95. Donnell M, Perkins TN, Myerburg M, Dutz R, **Oury TD**. (2018) The receptor for advanced glycation end products (RAGE) regulates mucous metaplasia in cystic fibrosis (CF) patient human bronchial epithelial cells. Pittsburgh International Lung Conference 2018. Pittsburgh, PA, October 4-5, 2018.

## Other publications.
1. **Oury, TD,** (1993) *Extracellular Superoxide Dismutase:  Transgenic and Immunocytochemical Studies* (Doctoral Dissertation), University Microfilms, Inc, Ann Arbor, MI.

## Patents
1. Patent #5,994,339.  Oxidant scavengers.  November 30, 1999.
2. Patent #6,300,088. Method of detecting prostate specific antigen. October 9,2001.
3. Patent #8,568,996.  MMP Activation Peptide Detection in Biological Samples.  October 29, 2013
4. Patent #9,084,722 Biologic Scaffold for Prevention of Pulmonary Fibrosis. July 21, 2015.
5. Method of treating pneumoconiosis with oligodeoxynucleotides. Filed: 11/19/2010
6. Blocking RAGE signaling as a therapy in asthma. 2011

## PROFESSIONAL ACTIVITIES

**TEACHING:**

### Purdue University
| | |
|---|---|
| 1985-86 | Teaching Assistant, Cell Biology (lab), (20 undergraduate students; 6 hours/week; two lectures/week; 2 semesters) |

### Duke University
| | |
|---|---|
| 1991-93 | Instructor (helped in design of course), Current Topics in Biomedical Research, Duke University (18 undergraduate students; 2 hours per week; 16 lectures) |
| 1996-97 | Weekly Pulmonary Conference.  Duke University (20-30 pulmonary fellows/internal medicine residents/attendings; 30 lectures, twenty minutes each) |
| 1996-97 | Weekly Pulmonary Conference.  Durham VA Medical Center (8-10 pulmonary fellows/internal medicine residents/attendings; 30 lectures, 15-20 minutes each) |
| 1996-97 | Weekly Autopsy Lung Cutting Conference.  Durham VA Medical Center (3-6 pathology and radiology residents,pulmonary fellows; 20 lectures, 15-20 minutes each) |
| 1996-97 | Lecture series on Pulmonary Pathology.  Duke University (10 Pulmonary Fellows, three one hour lectures) |
| 1997-98 | Resident instructor- Pathology core course, Duke University Medical School (100 medical students, four one hour gross specimen demonstrations) |

### University of Pittsburgh
**Resident/Clinical Fellow/CME Teaching**
*Within Pathology*
| | |
|---|---|
| 1998-present | Supervision of Molecular Diagnostics fellow, pathology residents, and Hematopathology fellows on Molecular Diagnostics service, 10-20 h/week, 12-13 weeks/year. |
| 1998 | Lecture to Molecular Diagnostics Pathology Residents.  University of Pittsburgh Medical Center.  Title: Protein Biochemistry and disease mechanisms (20-25 |

Tim D. Oury, MD, PhD

pathology residents, 1 medical student 1 hour 15 minute lecture). July 24, 1998 (1:30-2:45 pm)

| | |
|---|---|
| 1999 | Anatomic Pathology Noon Diagnostic Conference.  University of Pittsburgh Medical Center (CME).  Title: Pathology of asbestos associated diseases.  (60 Pathology attendings, residents, and medical students).  July 8, 1999 (12-1 pm). |
| 1999 | Clinical Pathology Resident Teaching Conference.  University of Pittsburgh Medical Center.  Title: Polyacrylamide gel electrophoresis (15 pathology residents, 20 minute lecture).  November 4, 1999 (8:30-8:50 am) |
| 2000 | Clinical Pathology Didactic Series. University of Pittsburgh Medical Center.  Title: Trinucleotide repeat disorders. (15 pathology residents/fellows, 1 hour) April 20, 2000 (8-9 am). |
| 2001 | Clinical Pathology Didactic Series. University of Pittsburgh Medical Center.  Title: Trinucleotide repeat disorders. (15 pathology residents/fellows, 1 hour) May 24, 2001 (8-9 am). |
| 2001 | Clinical Pathology Didactic Series. University of Pittsburgh Medical Center.  Title: Trinucleotide repeat disorders. (15 pathology residents/fellows, 1 hour) October 25, 2001 (8-9 am). |
| 2003 | Clinical Pathology Didactic Series. University of Pittsburgh Medical Center.  Title: Trinucleotide repeat disorders. (15 pathology residents/fellows, 1 hour) February 6, 2003 (8-9 am). |
| 2009 | Clinical Pathology Didactic Series. University of Pittsburgh Medical Center.  Title: Molecular Infectious Disease: Hepatitis C testing. (15 pathology residents/fellows, 1 hour) January 14, 2009 (7:15-8:15 am). |
| 2011 | Clinical Pathology Didactic Series. University of Pittsburgh Medical Center.  Title: Molecular Infectious Disease: Hepatitis C testing. (18 pathology residents/fellows, 1 hour) February 23, 2011 (7-8 am). |
| 2012 | Molecular Pathology Didactic Lectures: Molecular diagnostic methylation testing. August 20, 2012 (1-2 pm) |
| 2013 | Molecular Pathology Didactic Lectures: Molecular diagnostic testing for bacterial infections. June 25, 2013 (1:30-2:30 pm). |
| 2013 | Molecular Pathology Didactic Lectures: Molecular diagnostic testing for genetic diseases at the University of Pittsburgh Medical Center part 1 and part 2. (9:30 am to 12:30 pm) (4 clinical fellows) |
| 2013 | Genomics, Research & Informatics for Pathology – Resident Course 2. Molecular Genetic Testing. October 16, 2013 (10-11 am) |
| 2014 | Genomics, Research & Informatics for Pathology – Resident Course 2. Molecular Genetic Testing. October 23 2014 (8:30-9:30 am) |
| 2015 | Clinical Pathology Didactic Series. University of Pittsburgh Medical Center.  Title: Trinucleotide repeat disorders. (10 pathology residents/fellows, 1 hour) May 26, 2015 (7-8 am). |
| 2015 | Molecular Pathology Didactic Lectures: Molecular diagnostic testing for genetic diseases at the University of Pittsburgh Medical Center part 1 and part 2. (9:00 am to 12:00 pm) (4 clinical fellows) |
| 2016 | Molecular Pathology Didactic Lectures: Molecular diagnostic testing for genetic diseases at the University of Pittsburgh Medical Center part 1 and part 2. (7/19/16, 9:00 am to 12:00 pm) (2 clinical fellows) |

| | |
|---|---|
| 2016 | Clinical Pathology Didactic Series. University of Pittsburgh Medical Center.  Title: What is all the "RAGE" about asthma? (Over 40 attendees, residents, fellows, faculty and staff). November 28, 2016, 12 noon to 1 pm. |
| 2017 | Molecular Pathology Didactic Series. University of Pittsburgh Medical Center.  Title: Molecular Genetic Testing. (12 pathology residents/fellows, 1 hour) May 17, 2017 (7-8 am). |
| 2017 | Molecular Pathology Didactic Lectures: Molecular diagnostic testing for genetic diseases at the University of Pittsburgh Medical Center part 1 and part 2. (7/14/17, 9:00 am to 12:00 pm) (2 clinical fellows) |
| 2018 | Molecular Pathology Didactic Lectures: Molecular diagnostic testing for genetic diseases at the University of Pittsburgh Medical Center part 1 and part 2. (7/16/18, 9:00 am to 12:00 pm) (2 clinical fellows) |
| 2019 | Molecular Pathology Didactic Series. University of Pittsburgh Medical Center.  Title: Molecular Genetic Testing. (12 pathology residents/fellows, 1 hour) May 29, 2019 (7-8 am). |
| 2019 | Molecular Pathology Didactic Lectures: Molecular diagnostic testing for genetic diseases at the University of Pittsburgh Medical Center part 1 and part 2. (7/12/19, 9:00 am to 12:00 pm) (2 clinical fellows) |

**Resident/fellow teaching** *for other Departments*

| | |
|---|---|
| 2001 | Pulmonary Conference. University of Pittsburgh Medical Center/University of Pittsburgh Medical School. Title: Oxidants/Antioxidants in pulmonary disease. (15 pulmonary fellows/medicine residents, 10 post doctoral fellows, 2 graduate students, 8 faculty, 15 technicians)  11:30-12:30, January 2, 2001. |
| 2002 | Pulmonary Conference. University of Pittsburgh Medical Center/University of Pittsburgh Medical School. Title: Proteolytic regulation of pulmonary EC-SOD. (8 pulmonary fellows/medicine residents/surgery residents, 6 post doctoral fellows, 2 graduate students, 7 faculty, 4 technicians) 12:00-1:00 pm, February 26, 2002. |
| 2003-05 | Fundamental Concepts in Basic Research. Course for Pulmonary Fellows beginning research. Title: Histopathology of Lung Disease (1 hr). July 11, 2003 (8 pulmonary fellows, 1 attending). July 16, 2004 (8 pulmonary fellows, 1 attending). July 22, 2005 (8 medicine fellows, 1 attending). |
| 2006-2012 | Fundamental Concepts in Basic Research. Course for Department of Medicine Clinical Fellows beginning research. Title: From Observation to Now What? (1 hour) July 10, 2006. July 9, 2007. July 18, 2008. July 15, 2009. July 16, 2010. |

**Medical School Teaching**

| | |
|---|---|
| 1998 | MD-PhD Seminar series.  University of Pittsburgh Medical School. Title:  Extracellular superoxide dismutase in CNS pathophysiology.  (30 MD-PhD students; 1.5 hour lecture/discussion; discussed scientific topic Antioxidants in CNS pathology, different career and training pathways) January 21, 1999 (7-8:30 pm). |
| 2001 | Cancer Biology Laboratory. University of Pittsburgh Medical School. Title:  The Pathology of Cancer. (nine 1st year medical students; 2 hours, microscopic slide review, and review of gross specimens) April 26, 2001 (9-11 am). |
| 2002 | MD-PhD Seminar series.  University of Pittsburgh Medical School. Title:  Oxidative pathophysiology related to EC-SOD.  (60 MD-PhD students; 1.5 hour lecture/discussion; |

Tim D. Oury, MD, PhD

discussed scientific topic (Antioxidants in many diseases) and different career and training pathways for MD-PhD students) January 24, 2002 (5:30-7 pm).

2002    Molecular Diagnostics core for Medical Student Rotation in Clinical Pathology. 9 hours signout/discussion (One 4th year medical student). May 1 to 3, 2002.

2005    MSELCT 20560: Research Basis of Medical Knowledge. Paper on Gleevac in Pulmonary Fibrosis. December 7, 2005. 5-6:30 pm.

2006    MSPTH 5485: Laboratory Medicine. MS-4 rotation. February 20-24, 2006. 10 hours total.

2006    MSTP 2000: Introduction to Molecular Medicine: Extracellular matrix and disease in the lung. June 27, 2006. 5-6:30 pm.

2007    MSPTH 5869: Independent study in Pathology. April 1-April 30, 2006 (30 hours total). 1 MS4 student (Roderick Tan).

2007    MSTP 2000: Introduction to Molecular Medicine: Proteolysis, matrix turnover, and disease. June 19 and June 21, 2007. 5-6:30 pm. (3 hours total)

2007    MS2- Introduction to Pathobiology: Inflammation and Repair lecture 1. August 21, 2007. 11:00-12:00 pm. (>100 students)

2007    MS2- Introduction to Pathobiology:  Inflammation and Repair lecture 2. August 22, 2007. 10:00-11:00 am. (>100 students)

2007    MSPTH 5485: Laboratory Medicine. MS-4 rotation (Hillary Elwood). October 17-19, 2007. 6 hours total.

2007    MSPTH 5485: Laboratory Medicine. MS-4 rotation (Allison Dekoskey). October 17-19, 2007. 6 hours total.

2008    MSPTH 5485: Laboratory Medicine. MS-4 rotation (Jamie L. Evans). February 19-20, 2008. 4 hours total.

2009    MSPTH 5485: Molecular Diagnostics. MS-4 rotation (David Nauen). January 20-23, 2009. 10 hours total.

2009    Minicourse in occupational lung diseases: A multidisciplinary approach. MS-2 Minicourse. February 16, 2009 (2-4 pm) and February 17, 2009 (1-5 pm). Total 6 hours.

2011    Professional Development 1: Molecular Medicine (MSTP 5010-1050; 177808). MS-1 (MSTP course). June 16 and Jun 18, 2011. 5-6:30 pm.

2012    Cellular and Pathologic Basis of Disease (MS1 2015). Cell Injury Lecture (small group, 9 MS1 students). January 3, 2012. 11am to noon.

2012    Pathobiology. Myocardial Infarction, virtual slide demonstration (small group, 9 MS1 students). January 3, 2012. 11am-12 pm.

2012    Pathobiology. Chronic Inflammation workshop (small group, 9 MS1 students). January 5, 2012. 1-2 pm.

2012    Pathobiology. Hemodynamics workshop (small group, 9 MS1 students). January 6, 2012. 10-11 am.

2013    MSTP 5975, MSTP research elective for Pavle Milutinovic. October 28, 2013 – November 24, 2013.

2013-2015:    Cellular and Pathologic Basis of Disease (MS1 2015) Biomarkers of cell injury and inflammation
January 7, 2014. 1-2 pm. (9 MS1 students).
January 15, 2015. 10:30-11:30 am. (9 MS1 students)

2013-2015:    Cellular and Pathologic Basis of Disease (MS1 2015) Case studies in tissue repair and regeneration
January 9, 2014. 11 am to 12 pm. (9 MS1 students).
January 22, 2015. 11 am to 12 pm. (9 MS1 students).

Tim D. Oury, MD, PhD

2014 MSTP 5975, MSTP research elective for Pavle Milutinovic. February 24, 2014 – March 21, 2014.

2015 MSPTH 5485, Laboratory Medicine, Amari Howard MS4. August 25-27, 2015. 3 hours per day direct one on one teaching (total 3 days/9 hours).

2015 MSPTH 5485, Laboratory Medicine, Jacqueline Birkness MS4. October 8-9, 2015. 3 hours per day direct one on one teaching (total 2 days/6 hours)

2016: MSTP 5975, MSTP research elective for Elizabeth Oczypok. February 29, 2016 – March 25, 2016.

2016 MSTP 5990, MSTP Longitudinal Clerkship. Johannes Kutten. January 12, 2016 – March 18, 2016. (Total of 20 half-days, 3.5 hours each)

2016 MSTP 5990, MSTP Longitudinal Clerkship. Soma Jobbagy. September 15, 2016 – February 24, 2017. (Total of 20 half-days, 3.5 hours each)

2017 Pathology Medical Student Interest Group, Observations of a Pathologist. February 7, 2017. 12 – 1 pm. (7 medical students).

2020 MSPTH 5485, Laboratory Medicine, Jacob Jerome MS4. June 29-30, 2015. 3 hours per day direct one on one teaching (total 2 days/6 hours).

**Graduate School Teaching**

1999 Lecturer, MSCMP 3720. Cellular and molecular mechanisms of neurodegeneration. University of Pittsburgh Interdisciplinary Graduate Program. Title: Oxidative stress and neurodegeneration. (10 graduate students; 2 hour lecture/discussion) February 23, 1999 (2-4 pm).

1999-2002 Lecturer, INTBP 2000. Foundations of Biomedical Science. University of Pittsburgh Interdisciplinary Graduate Program.

  December 13, 1999: Title: Inflammation and repair part I (~45 graduate students, 2 professors; 10-11 am)

  December 14, 1999: Title: Inflammation and repair part II (~45 graduate students, 2 professors; 9-10 am)

  December 11, 2000: Title: Inflammation and repair part I (~45 graduate students, 2 professors; 10-11 am)

  December 12, 2000: Title: Inflammation and repair part II (~45 graduate students, 2 professors; 9-10 am)

  December 10, 2001: Title: Inflammation and repair part I (~45 graduate students, 2 professors; 10-11 am)

  December 11, 2001: Title: Inflammation and repair part II (~45 graduate students, 2 professors; 9-10 am)

  December 11, 2002: Title: Inflammation and repair part I (~45 graduate students, 2 professors; 9-10 am)

  December 11, 2002: Title: Inflammation and repair part II (~45 graduate students, 2 professors; 10-11 am)

2000-present Lecturer, MSCMP 2740. Molecular Pathobiology. University of Pittsburgh Interdisciplinary Graduate Program.

   **Lecture Title: Pathology and molecular pathogenesis of Diabetes Mellitus and its complications.**

Tim D. Oury, MD, PhD

September 25, 2000 (6 graduate students, 2 undergraduates, 2 faculty; 3-4 pm)

October 22, 2001 (7 graduate students, 2 faculty; 4-5 pm)

February 6, 2003 (16 graduate students; 2-3 pm)

February 26, 2004 (7 graduate students; 2-3 pm)

February 10, 2005 (7 graduate students; 2-3 pm)

February 23, 2006 (14 graduate students; 3-4 pm)

February 22, 2007 (11 graduate students; 3-4 pm)

February 21, 2008 (9 graduate students; 3-4 pm)

February 26, 2009 (10 graduate students: 3-4 pm)

March 4, 2010 (8 graduate students: 3-4 pm)

February 24, 2011 (14 graduate students: 3-4 pm)

February 2, 2012 (7 graduate students: 3-4 pm)

January 29, 2013 (4 graduate students: 3-4 pm)

January 30, 2014 (4 graduate students: 3-4 pm)

February 5, 2015 (6 graduate students: 3-4 pm)

February 4, 2016 (5 graduate students: 3-4 pm)

February 22, 2017 (3 graduate students: 3-4 pm)

February 8, 2018 (7 graduate students and 1 undergraduate student: 3-4 pm)

February 7, 2019 (5 graduate students: 3-4 pm)

February 6, 2020 (2 graduate students: 3-4 pm)

**Lecture Title: Pathology of interstitial lung disease.**

March 18, 2004 (7 graduate students; 2-3 pm)

March 17, 2005 (7 graduate students; 2-3 pm)

March 16, 2006 (14 graduate students; 3-4 pm)

January 23, 2007 (11 graduate students; 3-4 pm)

March 6, 2008 (9 graduate students; 3-4 pm)

March 19, 2009 (10 graduate students: 3-4 pm)

March 23, 2010 (8 graduate students: 3-4 pm)

March 24, 2011 (14 graduate students: 3-4 pm)

March 15, 2011 (7 graduate students: 4-5 pm)

February 14, 2013 (4 graduate students 3-5 pm)

**Lecture Title: Pathology of asthma**

April 1, 2014 (4 graduate students: 3-4 pm)

Mach 19, 2015 (6 graduate students: 4-5 pm)

**Lecture Title: Acute and Chronic Inflammation 1**

January 27, 2015 (6 graduate students: 3-4 pm)

January 26, 2016 (5 graduate students: 3-4 pm)

January 30, 2018 (7 graduate students and 1 undergraduate student: 3-4 pm)

January 31, 2019 ((5 graduate students: 3-4 pm)

January 28, 2020 (2 graduate students: 3-4 pm)

January 30, 2020 (2 graduate students: 3-4 pm)

**Lecture Title: Acute and Chronic Inflammation 2**

January 29, 2015 (6 graduate students: 3-4 pm)

Tim D. Oury, MD, PhD

> January 28, 2016 (5 graduate students: 3-4 pm)
> February 1, 2018 (7 graduate students and 1 undergraduate student: 3-4 pm)
> January 31, 2019 ((5 graduate students: 4-5 pm)
> January 30, 2020 (2 graduate students: 3-4 pm)

2004-2008 Lecturer/facilitator, MSELCT 5971, Professional Development for MD-PhD Students
> July 8, 2004: Grant Review, critique and facilitate discussion. (6 MD-PhD students; 11 am to 12 pm)
> May 18, 2005: Mock training grant review (study section chair). (8 MD-PhD students; 2-3 pm)
> June 8, 2005: Peer review of Specific Aims pages (R01). (4 MD-PhD students; 2-3:30 pm)
> June 7, 2006: Peer review of Specific Aims pages (R01). (5 MD-PhD students; 2-3:30 pm)
> June 6, 2007: Peer review of Specific Aims and Experimental Plan (R01). (5 MD-PhD students; 2-4 pm)
> July 30, 2008: Peer review of Specific Aims and Experimental Plan (R01). (5 MD-PhD students; 2-4 pm)

> Experimental Plan Lecture:
> July 10, 2019 (9 G1 MSTP students: 8-9 am)

2006-2007 Lecturer, EOH 2510, Introduction to Occupational Medicine. PhD students in Occupational Health
> March 13, 2006: Pathology of occupational lung disease. (4 graduate students, 1-2 pm)
> March 19, 2007: Pathology of occupational lung disease. (4 graduate students, 1-2 pm)

2007 MSCMP 3760/BIOENG 3760, Regenerative Medicine. RAGE: Not just for anger anymore. November 9, 2007. 12:30-1:30 pm.

2013-present MSCMP 2730, Tissue Growth and Differentiation. Lung injury repair and regeneration.
> February 11, 2013. 2:30-3:30 (14 graduate students).
> February 12, 2014. 3-4 pm (10 graduate students)
> February 11, 2015. 3-4 pm (10 graduate students)
> February 10, 2016. 3-4 pm (12 graduate students)
> February 6, 2017. 3-4 pm (10 graduate students)
> February 9, 2018, 3-4 pm (6 graduate students)
> February 11, 2019, 3-4 pm (8 graduate students)
> February 10, 2020, 3-4 pm (6 graduate students)

**Course Director/Module leader**

2000-2014 Co-Director, Molecular Pathobiology (MSCMP 2740), University of Pittsburgh Graduate School (39 hours teaching/supervising/year).
> 2000: August 28 to December 6, 2000 (7 students)
> 2001: August 27 to December 3, 2001 (8 students)
> 2004: January to April, 2004 (8 students)

         2005: January to April, 2005 (13 students)
         2006: January to April, 2006 (14 students)
         2007: January to April, 2007 (11 students)
         2008: January to April, 2008 (9 students)
         2009: January to April, 2009 (10 students)
         2010: January to April, 2010 (7 students)
         2011: January to April, 2011 (14 students)
         2012: January to April, 2012 (7 students)
         2013: January to April, 2013 (4 students)
         2014: January to April, 2014 (4 students)

2003, 2015-present  Director, Molecular Pathobiology (MSCMP 2740), University of Pittsburgh
         Graduate School (39 hours teaching/supervising/year).
         2003: January to May, 2003 (16 students)
         2015: January to April, 2015 (6 students)
         2016: January to April, 2016 (5 students)
         2017: January to April, 2017 (3 students)
         2018: January to April, 2018 (8 students)
         2019: January to April, 2019 (5 students)
         2020: January to April, 2020 (2 students)

2000-2003   Module leader, Molecular Pathobiology (MSCMP 2740). University of Pittsburgh
         Graduate School:  Diabetes module (7 hours teaching/supervising/year).
         2000: September 20 to October 4, 2000
         2001: October 22 to November 5, 2001
         2003: February 4 to February 14, 2003
2004-2013   Module leader, Molecular Pathobiology (MSCMP 2740). University of Pittsburgh
         Graduate School:  Interstitial lung disease module (7 hours
         teaching/supervising/year).
         2004: March 16 to March 25, 2004
         2005: March 15 to March 24, 2005
         2006: March 14 to March 23, 2006
         2007: January 23 to February 1, 2007
         2008: March 4 to March 20, 2008
         2009: March 17 to March 26, 2009
         2010: March 23 to April 1, 2010
         2011: March 22 to March 31, 2011
         2012: March 13 to March 22, 2012
         2013: February 12 to February 21, 2013
2014-2015   Module leader, Molecular Pathobiology (MSCMP 2740). University of Pittsburgh
         Graduate School:  Asthma module (7 hours teaching/supervising/year).
         2014: April 1 to April 10, 2014
         2015: March 17 to March 26, 2015
2015-present   Module Leader, Molecular Pathobiology (MSCMP 2740). University of Pittsburgh
         Graduate School:  Basic Pathology module (7 hours teaching/supervising/year).
         2015: January 13 to January 29, 2015
         2016: January 12 to January 28, 2016
         2017: January 10 to January 26, 2017

2018: January 16 to February 1, 2018
2019: January 15 to January 31, 2019

2019-present   Co-Director, MSTP Professional Development 3: Grant writing (MSELCT 5971)
2019: July-August 2019 (14 hours teaching/supervising/year)

**Course/Curriculum Design Committee:**

2000             Co-Director redesign committee for Department of Pathology Pathobiology Course (MSCMP 2740), Now Molecular Pathobiology (MSCMP 2740). An old course in the department that was dropped for 2 years was completely redesigned and reinstated into the Interdisciplinary Graduate Program curriculum for the 2000-2001 academic year.
2006-07        Member of advisory committee for the design of the curriculum (15 credit certificate program) for the Clinical and Translational Institute for graduate students in the Interdisciplinary Graduate Program.
2014-present: CMP

**Medical Technician CME/training**

1999             National Certification Agency Exam – Review.  University of Pittsburgh Medical Center.  Title:  DNA Electrophoresis. (Ten molecular diagnostic technicians; 30 minute lecture/discussion).  April 16, 1999.
1999             National Certification Agency Exam – Review.  University of Pittsburgh Medical Center.  Title:  RT-PCR. (Ten molecular diagnostic technicians; 30 minute lecture/discussion).  May 7, 1999.
1999             National Certification Agency Exam – Review.  University of Pittsburgh Medical Center.  Title:  Reverse Hybridization, Dot and Slot Blots. (Ten molecular diagnostic technicians; 30 minute lecture/discussion).  July 9, 1999.

**Other Intramural Lectures and Presentations**

1999             Anatomic Pathology Monday Staff Conference.  University of Pittsburgh Medical Center.  Title:  Extracellular superoxide dismutase in vascular, neural, and pulmonary disease.  (15  Pathology attendings; 20 minute lecture/discussion). July 12, 1999 (9:40-10 am).
1999-present  Co-organizer of Monthly Oxidative Stress and Disease Luncheon Seminars (Research presentations attended regularly by post-doctoral, graduate student, and undergraduate trainees from three laboratories, with guest attendance by members of at least three additional laboratories).

2001             Center for Neuroscience at the University of Pittsburgh (CNUP) Summer Undergraduate Research program. University of Pittsburgh. Title:  Oxidative mechanisms in neurodegenerative disease.  (12 visiting undergraduates; 30 minute lecture/discussion). June 15, 2001 (9:30-10 am).

2003             MSTP Summer Undergraduate Research Program for Minority Students. Title: Oxidants in pulmonary inflammation and fibrosis. (7 visiting undergraduate students). June 30, 2003 (12-1 pm).

## TRAINEES

**Research**

**Current Postdoctoral fellows and Graduate students**
1.  2015-present  Timothy Perkins, Ph.D. (Postdoctoral Fellow).
2.  2018-present  Masson L. Donnell, Ph.D. candidate in Cellular and Molecular Pathology.

**Past Postdoctoral fellows and Graduate students**
1.  1995-96  Kim A. Boggess, MD (OB-Gyn Research Fellow).
    Our work received the National Society of Perinatal Obstetrics Foundation Award.
    She is now an Assistant Professor of Obstetrics (tenure track) at the University of North Carolina Medical Center, Chapel Hill, NC.
2.  1999-2005  Cheryl Fattman Greenstien, Ph.D. (Postdoctoral Fellow). She obtained an NIH F32 award (1F32 HL10439) during this training period (7/1/2000 to 6/30/2002). She has also received an NIEHS transition to independence award during her training with me.
    2005-14: Assistant Professor in the Department of Environmental and Occupational Health at the University of Pittsburgh (2007 recipient of the Giles Filley Award). She received a first R01 grant from NIEHS (Outstanding New Environmental Scientist (ONES) grant) in 2007.
    2014-present: Medical Science Liaison, InterMune.
3.  2001-2005  Lana Hanford (Graduate student, Mentor for her Ph.D. Thesis Project; September 18, 2001– May 2005) Received award for Outstanding Student Presentation at the 2002 Pittsburgh International Lung Conference. Received Outstanding Research Presentation Award at the 2003 University of Pittsburgh Department of Pathology Retreat. Received American Heart Association pre-doctoral research grant (2004-06). She did a postdoctoral fellowship with Dr. William Parks at the University of Washington after completing her thesis in my lab. She is now on Faculty at Pierce College in Tacoma, WA.
4.  2001  Louise Oestergaard Petersen (Visiting graduate student from the University of Aarhus, Aarhus, Denmark; September 1 to November 30, 2001).
5.  2002-2004  Scott Kulich (Outside Advisor for his Postdoctoral Research Fellowship). He is now an Assistant Professor in the Department of Pathology at the University of Pittsburgh and the Pittsburgh VA Medical Center.
6.  2002-2005  Roderick J. Tan (Graduate student (MSTP), Mentor for his Ph.D. Thesis Project; February 1, 2002 – September 2005). Received American Heart Association pre-doctoral research grant (2004-06) and National Institute of Environmental Health NRSA F30 pre-doctoral research grant (2004-08). Young Investigator Award Free Radical Biology and Medicine Meeting (2004). He then did his Internal Medicine Residency training at the University of Pittsburgh Medical Center (2006-09) followed by a Renal Medicine Fellowship at the University of Pittsburgh Medical Center. He is now an Assistant Professor in the Department of Medicine at the University of Pittsburgh.
7.  2005-2008  Fei Gao Ph.D. (Postdoctoral Fellow) Received an NIH F32 award during her training in my laboratory. Received 2006 Pathology Postdoctoral Research Training Program

Travel Award to present at American Thoracic Society Meeting. She is now in the Pathology Residency Program at the University of Pittsburgh Medical Center.

8.  2006-2009  Corrine Kliment (Mentor for her Ph.D. Thesis Project; MSTP): September 2006-April 2009. Honors thesis. Received National Institute of Environmental Health NRSA F30 pre-doctoral research grant (2007-10). Received MTCAP Travel Award to attend the American Thoracic Society International Conference on May 16 - 21, 2008. Received the Young Investigator Travel Award to attend the annual Society for Free Radical Biology and Medicine conference (2008). Received the S. Sutton Hamilton MSTP Scholar Award for outstanding thesis merit and publications at the University of Pittsburgh (2010). She entered internal medicine residency at the Brigham and Women's Hospital in Boston, MA. This was followed by a Pulmonary and Critical Care Medicine Fellowship at Johns Hopkins University. She currently has multiple job offers with research start-up packages in academic pulmonary medicine.

9.  2005-2009  Laura Voeghtly (Mentor for her Ph.D. Thesis Project; November 2005 – September 2009). Received Clinical and Translational Pre-doctoral Fellowship (CTSI; T32) grant for June 2008-May 2009. Received the American Society for Investigative Pathology Travel Award for the 2009 meeting. She is now Technical Manager of the Clinical Pathology laboratory at Bloomington Hospital, Bloomington, IN.

10. 2007-2009  Judson Englert (Mentor for his Ph.D. Thesis Project; MSTP): September 2007-November 2009. Received National Institute of Environmental Health NRSA F30 pre-doctoral research grant (2008-11). Outstanding poster award, annual Department of Pathology Retreat (2009). He entered internal medicine residency at the Brigham and Women's Hospital in Boston, MA. This was followed by a Hematology and Oncology Fellowship at Johns Hopkins University. He is now the Associate Director of Clinical Development, Oncology at Medimmune and also an Instructor at Johns Hopkins Hospital.

11. 2007-2010  Lasse Ramsgaard (Mentor for his Ph.D. Thesis Project in my laboratory, but in graduate program at the University of Aarhus, Denmark). He is now a Research and Development Scientist at DAKO in Denmark.

12. 2010  Melissa Teoh-Fitzgerald (SFRBM Fellowship recipient. Graduated student from the University of Iowa. She spent 2-week fellowship in my laboratory to learn how to purify EC-SOD.

13. 2006-2011  Michelle Manni (Mentor for her Ph.D. Thesis Project; June 2006 – January 2011). Received American Heart Association pre-doctoral research grant (2007-09). American Heart Association One-year Predoctoral Fellowship (2009-2010). Young Investigator Award Free Radical Biology and Medicine Meeting (2007). Graduate Student best poster award 2nd place, Department of Pathology annual retreat, 2008. Best Poster Award of Cellular and Molecular Pathology Program at BGSA annual Research Symposium at the University of Pittsburgh, 2008. Most Well Rounded Student Award at BGSA annual Research Symposium at the University of Pittsburgh, 2008. Travel Award Recipient, Society for Free Radical Biology and Medicine, 2009. Currently a postdoctoral fellow in the laboratory of Dr. John Alcorn in the Department of Pediatrics at the Children's Hospital of Pittsburgh. She is currently a Research Assistant Professor in the Department of Pediatrics at Children's Hospital of Pittsburgh.

14. 2009-2012  Pavle Milutinovic (Mentor for his Ph.D. Thesis Project; MSTP): December 2009-July 17, 2012. Received NIH T32 Angiopathy Training Grant (2009-2011). He is

Tim D. Oury, MD, PhD

now finishing his residency training in Pediatrics and Medicine at Duke University Medical Center. He accepted fellowship position in allergy-immunology at the National Institute of Health that begins in 2018.

15. 2012-2015    Elizabeth Oczypok, Department of Pathology (Mentor and Member of Ph.D thesis committee, MSTP): September 2012 – August 2015. Received NIH T32 Angiopathy Training Grant 2012-2014. Received National Institute of Environmental Health NRSA F30 pre-doctoral research grant (2014-17). Honors Thesis. Third place, Annual Pathology Department Retreat Poster Contest (2013, 2014, and 2015). Received outstanding abstract award from the ATS 2015. Received University/Post-Secondary Student Carnegie Science Award in 2016 for outstanding research as a graduate student for her work in my laboratory. Currently Chief Resident in Internal Medicine Residency at the University of Pittsburgh Medical Center.

## Rotation Graduate Students

1. 2001       Lana Hanford (Graduate student rotation: March 1 to June 1, 2001)
2. 2001-2002  Roderick J. Tan (Graduate student rotation (MSTP): November 19,2001 to January 31 2002).
3. 2003       Anna Zemke (Graduate student rotation (MSTP): June 2,2003 to August 30, 2003).
4. 2004       Gina Randa (Graduate student rotation): September 1,2004 to December 31 2004).
5. 2005       Judd Englert (Graduate student rotation (MSTP): June 1, 2005 to August 30, 2005).
6. 2005       Michelle Manni (Graduate Student rotation: July 1, 2005 to September 14, 2005).
7. 2005       Terri Thayer (Graduate Student rotation: September 15, 2005 to December 15, 2005).
8. 2006       Corrine Kliment (Graduate student rotation (MSTP): May 1,2006 to July 9, 2006
9. 2006       Jeffrey Koenitzer (Graduate student rotation (MSTP): June 1,2006 to August 30, 2006
10. 2006      Judd Englert (Graduate student 2nd rotation (MSTP): June 1, 2006 to August 30, 2006).
11. 2009      Callie A. Norris (Graduate Student rotation: July 1, 2009 to September 14, 2009).
12. 2011      Elizabeth Oczypok (Graduate student rotation (MSTP)): June 1, 2011 to August 9, 2011).
13. 2011      Bhavana Vangara (PSTP student rotation: June 1, 2011 to August 9, 2011)
14. 2011      Lia Edmunds (Graduate Student rotation): September 12, 2011 to December 31, 2011
15. 2013      Tianyu He (Graduate Student rotation): January 1, 2013 to March 31, 2013
16. 2015      Amity Eaton (Graduate student rotation) March 2015 to June 2015.
17. 2017      Raphael Crum (Graduate student rotation (MSTP): June 30, 2017 to August 10, 2017).
18. 2017      Mason Donnell (Graduate student rotation) September 2019 to December 2019.
19. 2019      Yekaterina Krutsenko (Graduate student rotation) September 2019 to December 2019.
20. 2020      Rathika Behera (Graduate student rotation) March 2020 to May 2020.

## Medical Student Summer Rotation Student

1. 2017       Yonatan Carl (Medical Student from Puerto Rico, Summer Klionsky Medical Student Research in Pathology). June 1, 2017 to August 10, 2017.

## Graduate Student Committees (Current)

2017-present:   Miranda Culley, Department of Pathology (Member of Ph.D. thesis committee).

2018-present:   Mason Donnell, Department of Pathology (Mentor and Member of Ph.D. thesis committee).

## Graduate Student Committees (Past)

1. 2001-2005   Lana Hanford, Department of Pathology (Mentor for her Ph.D. Thesis Project). Defended thesis May 2005.

2. 2002-2005   Roderick J. Tan, Department of Pathology (Mentor for his Ph.D. Thesis Project). Defended thesis September 2005.

3. 2001-2006   Elizabeth Chalovich, Department of Pathology (Member of Ph.D. thesis committee). Defended thesis May 26, 2006

4. 2004-2007   Sheila Marie Schreiner, Department of Pathology (Member of Ph.D. thesis committee). Defended thesis November 6, 2007.

5. 2004-2006   Xiao-Mei Wang, Department of Pathology (Member of Ph.D. thesis committee). Defended thesis November 1, 2006

6. 2005-2006   Shaival Dave, Department of Immunology (MSTP student; Chairman of Ph.D. thesis committee). Defended thesis August 8. 2006.

7. 2006-2007   Anna Zemke, Department of Cell Biology (MSTP student; Member of Ph.D. thesis committee). Defended thesis August 29. 2007.

8. 2008   Eileen Bauer, Department of Environmental and Occupational Health, Ph.D. Comprehensive Exam. April 22, 2008.

9. 2007-2009   Joshua C. Snyder, Department of Pharmacology (Member of Ph.D. thesis committee). Defended thesis April 30, 2009.

10. 2006-2009   Corrine Kliment, Department of Pathology (MSTP student, Mentor for her Ph.D. Thesis Project). Defended thesis April 6, 2009.

11. 2005-2009   Julia Liachenko, Department of Pathology (Chairman of Ph.D. thesis committee). Defended thesis May 12, 2009.

12. 2005-2009   Laura Voeghtly, Department of Pathology (Mentor for her Ph.D. Thesis Project). Defended September 9, 2009.

13. 2007-2009   Judson Englert Department of Pathology (MSTP student, Mentor for his Ph.D. Thesis Project). Defended November 13, 2009.

14. 2006-2011   Michelle Manni (Mentor for her Ph.D. Thesis Project). Defended January 10, 2011.

15. 2008-2011   Mingjiam Fei, Department of Immunology (Member of Ph.D. thesis committee). Defended April 7, 2011.

16. 2009-2011   Vineet Agrawal, Department of Pathology (MSTP student, Member of Ph.D. thesis committee). Defended July 27, 2011.

17. 2008-2011   Hiliary Liam, Department of Pathology (Chairman of Ph.D. thesis committee). Defended September 8, 2011.

18. 2011   Natasha Corbit, Department of Pathology (MSTP student, Member of Ph.D. thesis defense committee). Defended November 28, 2011.

19. 2012   Alexander Ufelle, Department of Environmental and Occupational Health, Ph.D. Comprehensive Exam. June 8, 2012.

20. 2009-2012   Pavle Milutinovic Department of Pathology (Mentor for his Ph.D. Thesis Project; MSTP). Defended July17, 2012.

21. 2009-2012   Deanna Schmitt, Department of Immunology (Member of Ph.D. thesis committee) . Defended November 2, 2012.

22. 2009-2012   Meghan Delmastro, Department of Immunology (Member of Ph.D. thesis committee). August 8, 2012.

23. 2012     Lloyd Lee, Department of Pathology (Member of Ph.D comprehensive exam committee) November, 15, 2012.

24. 2011-2013     Samantha Slight, Department of Immunology (Member of Ph.D. thesis committee). Defended April 2, 2013.

25. 2010-2013     Qian Sun (Katie), Department of Pathology (Chairman of Ph.D. thesis committee). Defended June 24, 2013.

26. 2009-2014     Nisha Sambamurthy, Department of Pathology (Chairman of Ph.D. thesis committee). Defended February 27, 2014

27   2013-2014     Alexander Ufelle, Department of Environmental and Occupational Health (Member of Ph.D. thesis committee). Defended thesis July 9, 2014.

28. 2012-2015     Elizabeth Oczypok, Department of Pathology (Mentor and Member of Ph.D thesis committee, MSTP). Defended thesis June 25, 2015

29. 2013-2015     Leticia Monin, Department of Immunology (Member of Ph.D. thesis committee). Defended thesis June 2015.

30. 2012-2015     Neil Kelly, Department of Pathology (Chairman of Ph.D. thesis committee). Defended thesis July 29, 2015.

31. 2016-2018:     Tiffany Thompson, Department of Infectious Disease and Microbiology, Graduate School of Public Health (Member of masters thesis committee).

32. 2018:     Emma He, Department of Pathology (Member of Ph.D. thesis committee). Defended Thesis April 13, 2018.


**Medical Scientist Training Program Faculty Career Advisor to the following students (Current):**
1.     2012-present Kevin Levine

**Medical Scientist Training Program Faculty Career Advisor to the following students (Past):**
1.     2007-2009     J. Scott VanEpps (University of Michigan, Emergency Medicine Residency)
2.     2007-2012     Gil Hoftman (University of Pittsburgh Medical Center, Psychiatry)
3.     2007-2013     Natasha Corbit (Vanderbilt University, General Surgery Residency)
4.     2007-2013     Daniel Roh (Harvard University, Plastic Surgery Residency)
5.     2007-2013     Serah Choi (UCSF, Radiation Oncology Residency)
6.     2013-2016     Nicholas Siebenlist
7.     2014-2019     Johannes Kutten


**Undergraduates**
1.     1999-2001     Rena Saimoto (Undergraduate student, senior thesis project and 2000 Pathology Summer Undergraduate Research Program)
2.     2001     Kwame Johnson (Undergraduate summer research program, Center for Neuroscience at the University of Pittsburgh; June 1 to August 10, 2001). Now a MD-PhD student at Duke University.
3.     2003     Elisha Peterson, (MSTP Summer Undergraduate Research Program for Minority Students: June 2, 2003 to August 8, 2003). Won trip to American Society for Cell Biology (ASCB) for best poster at Society of Advancement of Chicanos and Native Americans (SACNAS) Conference. Won Second place for best research poster at the ASCB meeting. Went on to attend Rush University Medical School.

4.  2005        Pierre-Paul Lizotte (University of Pittsburgh Summer Undergraduate Research Program: June 2005 to August 2005).
5.  2009        Daniel Mallon (University of Pittsburgh Undergraduate Course: First Experiences in Research) January to May 2009.
6.  2010        Kyle Wright, Sponsor for this undergraduate student from Emory University to do summer research in my lab as part of the ASIP/FASEB minority research program (MARC).
7.  2011- 2012   Amy Callear (University of Pittsburgh Undergraduate research project).

**Clinical Fellows** (Parentheses indicate position entered upon completion of fellowship)
1.  1998-1999   Wolfgang Hofgartner, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (European Medical Director for Becton Dickinson)
2.  2001-2002   John Tazelaar, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Geneticist, Myriad Genetic Laboratories Inc, Salt Lake City, Utah).
3.  2002-2004   Federico Monzon-Bordonada, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Assistant Professor, University of Pittsburgh Medical Center, Department of Pathology, Pittsburgh, PA).
4.  2003-2005   Alexis Carter, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Assistant Professor, Emory University, Atlanta, GA)
5.  2004-2005   Christine McMahon, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Postdoctoral Fellow, University of Pittsburgh)
6.  2005-2006   Jaffar Alfardan, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Genetics fellowship, University of Colorado, Denver)
7.  2005-2007   Hyunseok Kang, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Assistant Professor, Roswell Park Cancer Institute, Buffalo, NY)
8.  2006-2007   Hina Sheikh, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Private Practice in Maine)
9.  2007-2008   Marie Beckner, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Assistant Professor, Louisiana State University Health Sciences Center, Shreveport, LA)
10. 2007-2008   Jill Hagenkord, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Assistant Professor, Director of Molecular Pathology and Clinical Genomics, Creighton Medical Center, Omaha, NE).
11. 2008-2009   Sameer Talwalkar, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Assistant Professor, University of Louisville, Department of Pathology).
12. 2008-2009   Wen-Hsiang Wen, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Molecular Pathologist at Caris Diagnostics, Phoenix, AZ).
13. 2009-2010   Brad (Zhiqiang) Wang Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Director of Molecular Pathology, Univ. of Florida)
14. 2009-2010   Raju Pillai, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center  (Director of Biomedical Informatics, Cedars-Sinai, Los Angeles, CA)
15  2010-2011   Bharathi Vennapusa, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Lab Medical Director, Ventana)
16. 2010-2011   Gerard (Joey) Oakley, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Medical Advisor, Eli Lilly and Co.)
17. 2011-2012   Ramachandra R. Gullapalli, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Principal Investigator, Univ. of NM)

18. 2011-2012   Jennifer Hummel, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Molecular Pathologist Clarient Pathology Services, Carlsbad,CA)
19. 2012-2013   Charlene Hellman, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Hemepath Fellowship, UPMC)
20. 2012-2013   Somak Roy, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (GU Pathology Fellowship, UPMC)
21. 2012-2013   Sabe Enos, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Medical Director, Castle Medical Center, HI)
22. 2013-2014   Nidhi Aggarwal, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center
23. 2013-2014   Ioan Cucoranu, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Director of Informatics, University of Florida, Jacksonville).
24  2013-2014   Susan Hsiao, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center
25. 2015-2016   Alicia Hunt, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center (Completion of Pathology Residency Program at the University of Pittsburgh Medical Center)
26. 2015-2016   Gregory Gurda, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center
27. 2015-2016   Sohail Qayyum, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center
28. 2016-2017   Eduardo Castro, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center
29. 2016-2017   Soufiane El Hallani, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center
30. 2017-2018   Remegio Maglantay, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center
31. 2017-2018   Siddharth Bhattacharyya, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center
32. 201802019   Laura Favazza, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center
33. 2019-2020   Hammad Taskandi, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center
34. 2019-2020   Mohsin Jamal, Molecular Diagnostics Clinical Fellow, University of Pittsburgh Medical Center

**Free Radical Biology and Medicine Mentoring Program:**
1.   2010-2012   Rebecca Zee, Graduate Student at Boston University.

# RESEARCH

## Current Support

| | |
|---|---|
| Source: | Cystic Fibrosis Foundation, Research Grant 622189 (OURY19G0) |
| Title: | The role of RAGE in mucus production in cystic fibrosis |
| Role on Project: | PI (20%) |
| Project Period: | 5/01/19-4/30/21 (Direct/year = $125,000, Indirect/year = $10,000) |

Tim D. Oury, MD, PhD

| | |
|---|---|
| Specific Aims: | Test the hypothesis RAGE signaling is essential to excess mucus production in patients with cystic fibrosis |
| | |
| Source: | NIH/NIAID, 2R01AI085062-07A1 |
| Title: | Host Determinants of Human Metapneumovirus Immunity and Pathogenesis |
| Role on Project | Co-investigator, 10% (PI: Williams, John) |
| Project period | 7/1/16 to 6/30/21 |

**Pending**

| | |
|---|---|
| Source: | NIH/NHLBI, 1 R01 HL144965-01 |
| Title: | Receptor for advanced glycation endproducts-induced release of IL-33 in asthma |
| Role on Project | PI (20%) |
| Project period | 9/1/18 to 8/30/23 |
| Specific Aims: | Test the hypothesis that RAGE on alveolar type 1 cells initiates IL-33 release in response to allergens to drive group 2 innate lymphoid cell responses to initiate allergic airway responses. |

**Past Funded**

| | |
|---|---|
| Source: | Scaife Family Foundation |
| Title: | Transgenic models of antioxidant protection in Parkinsonian neurodegeneration |
| Role on Project: | Principal Investigator |
| Percent effort: | 10% (No salary support) |
| Project Period: | 3/1/99-2/28/00; Direct $25,000; Indirect $0 |
| Specific Aims: | This project examined the role of EC-SOD in the MPTP model of Parkinson's disease using EC-SOD transgenic mice. |

| | |
|---|---|
| Source: | American Lung Association |
| Title: | Extracellular superoxide dismutase in pulmonary fibrosis |
| Role on Project: | Principal Investigator |
| Percent effort: | 10% (No salary support) |
| Project Period: | 07/01/1999-06/30/2001; Direct $25,000/year; Indirect $0 |
| Specific Aims: | This pilot grant investigated the importance of EC-SOD in the pathogenesis of pulmonary fibrosis. |

**Note: Second year of funding was declined due to overlap with NIH R01 grant.**

| | |
|---|---|
| Source: | University of Pittsburgh Medical Center |
| Title: | Pulmonary fibrosis: Involvement of extracellular oxidants and antioxidants |
| Role on Project: | Principal Investigator |
| Percent effort: | 10% (No salary support) |
| Project Period: | 07/01/1999-06/30/2000; Direct $25,000; Indirect $0 |
| Specific Aims: | This pilot grant investigates the importance of the interaction of extracellular superoxide with nitric oxide in the pathogenesis of pulmonary fibrosis. |

Tim D. Oury, MD, PhD

| | |
|---|---|
| Source: | Pittsburgh Foundation |
| Title: | Glycation of extracellular superoxide dismutase in diabetes: Implications for diabetes-related vascular disease |
| Role on Project: | Principal Investigator |
| Percent effort: | 20% |
| Project Period: | 09/01/1999-08/30/2001; Direct $115,546; Indirect $0 |
| Specific Aims: | This grant investigates the effect nonenzymatic glycation of EC-SOD's heparin-binding domain has on the levels of EC-SOD in the interstitium of human arteries. |

| | |
|---|---|
| Source: | American Parkinson Disease Association |
| Title: | Extracellular superoxide dismutase in Parkinson's Disease |
| Role on Project: | Principal Investigator |
| Percent effort: | 10% (No salary support) |
| Project Period: | 09/01/2000-08/30/2001; Direct $35,000; Indirect $0 |
| Specific Aims: | This grant studies the immunodistribution of EC-SOD in the striatum and substantia nigra of wild type and EC-SOD transgenic mice. |

| | |
|---|---|
| Source: | Parkinson Alliance |
| Title: | Transgenic and knockout animal facility |
| Role on Project: | Principal Investigator |
| Percent effort: | 5% (No salary support) |
| Project Period: | 12/01/2000-11/30/2001; Direct $19,800; Indirect $0 |
| Specific Aims: | Maintain animal facility containing various transgenic and knockout mice for use in the Parkinson research community at the University of Pittsburgh. |

| | |
|---|---|
| Source: | NIH (NHLBI), R01 HL63700 (Years 1-4); This R01 has been renewed. |
| Title: | Extracellular superoxide dismutase in pulmonary fibrosis |
| Role on Project: | Principal Investigator |
| Percent effort: | 40% |
| Project Period: | 08/01/2000-07/31/2004; Direct $800,000; Indirect $342,502 |
| Specific Aims: | This grant studies the importance of extracellular superoxide in the pathogenesis of pulmonary fibrosis. |

| | |
|---|---|
| Source: | NIH (NINDS) R01-NS40817 |
| Title: | Free radicals and phosphotyrosine signaling in the Parkinsonian 6-OHDA model |
| Principal Investigator: | Charleen T. Chu, MD-PhD |
| Role on Project: | Co-Investigator |
| Percent effort: | 5% |
| Project Period: | 02/01/2001-01/31/2005; Direct $725,000; Indirect $342,964 |
| Current Year: | 07/01/2001-06/30/2002; Direct $200,000; Indirect $91,579 |
| Specific Aims: | This grant studies the effect of reactive oxygen and nitrogen species on phosphotyrosine signaling in a model of Parkinson's disease. |

| | |
|---|---|
| Source: | NIH (NHLBI) 1 R01 HL73745-01 |

Tim D. Oury, MD, PhD

| | |
|---|---|
| Title of Grant/Core: | Molecular targets and interventions in pulmonary fibrosis |
| Principal Investigator: | Naftali Kaminski, Department of Medicine |
| Role on Project: | Co-Investigator |
| Percent effort: | 5% |
| Project Period: | 07/01/2003-06/30/2007; Direct $2,000,000; Indirect: $862,215 |
| Specific Aims: | This project will create a tissue, DNA, RNA, and protein bank as a shared resource and utilize microarrays and proteomics to identify novel targets for the treatment of idiopathic pulmonary fibrosis. |

| | |
|---|---|
| Source: | American Heart Association (Established Investigator Award) |
| Title of Grant/Project: | Oxidants and Proteinases in Hyperoxic Lung Injury |
| Role on Project: | Principal Investigator |
| Percent effort: | 25% |
| Project Period: | 01/01/2003-12/31/2008; Direct $454,545; Indirect $45,455 |
| Specific Aims: | This project investigates the synergistic roles of oxidants and proteinases in acute lung injury. |

| | |
|---|---|
| Source: | NIH (NIEHS) 1 R21 ES013986 |
| Title of Grant/Project: | The Role of RAGE in Asbestosis |
| Role on Project: | Principal Investigator |
| Percent effort: | 20% |
| Project Period: | 06/01/2006-05/31/2008; Direct $275,000; Indirect $128,824 |
| Specific Aims: | This project tests the hypothesis that RAGE-mediated signaling contributes to asbestosis and that sRAGE can protect against this disease. |

| | |
|---|---|
| Source: | NIH (NHLBI), 2R01 HL63700 (Years 5-9). |
| Title: | Extracellular superoxide dismutase in pulmonary fibrosis |
| Role on Project: | Principal Investigator |
| Percent effort: | 20% |
| Project Period: | 05/01/2005-04/30/2010; Direct $1,125,000; Indirect $462,033 |
| Specific Aims: | This grant studies the importance of extracellular superoxide in the pathogenesis of pulmonary fibrosis. |

| | |
|---|---|
| Source: | NIH (NHLBI) R21HL095495 |
| Title of Grant/Project: | The Role of RAGE and RAGE ligands in Pulmonary Fibrosis |
| Role on Project: | Principal Investigator |
| Percent effort: | 20% |
| Project Period: | 3/01/2010-2/28/2013 (No cost extension for 3rd year); Direct $275,000 Indirect $128,931 |
| Specific Aims: | This project tests the hypothesis that RAGE ligands promote pulmonary fibrosis by disrupting RAGE binding to the basement membrane. |

| | |
|---|---|
| Source: | NIH (NHLBI) R03 HL110794 |
| Title of Grant/Project: | Utilization of PHBI resources to study the role of innate immunity in idiopathic PAH |
| Role on Project: | Co-Investigator |
| Percent effort: | 2% |
| Project Period: | 9/1/2011-8/31/2013 |

Tim D. Oury, MD, PhD

| | |
|---|---|
| Specific Aims: | This project tests the hypothesis that innate immunity contributes to the pathogenesis of pulmonary hypertension. |

| | |
|---|---|
| Source: | DOD: HDTRA1-10-C-0066 |
| Title: | Development of animal models for aerosol exposure to Rift Valley Fever Virus |
| Role on Project: | Co-Investigator 10% (PI: Hartman) |
| Project Period: | 11/01/2011-7/27/2013 |

| | |
|---|---|
| Source: | UPMC Grant |
| Title: | UPMC Biomarkers Study |
| Role on Project: | Co-Investigator 5% (PI: Chu) (other costs for my lab: $10,000 and 50% of tech) |
| Project Period: | 1/01/2012-12/31/2012 |

| | |
|---|---|
| Source: | NIH: |
| Title: | Improving Inhaled Drug Delivery with Self-dispersing Liquids |
| Role on Project: | Co-Investigator 5% (PI: Garoff, at Carnegie Mellon University) |
| Project Period: | 12/01/14-11/31/15 |

| | |
|---|---|
| Source: | NIH, 1R21NS088326-01 |
| Title: | Mechanisms of Neuropathogenic Rift Valley Fever in a Novel Rat Model |
| Role on Project | Co-investigator, 10% (PI: Hartman, Amy) |
| Project period | 1/1/15 to 12/31/16 |

| | |
|---|---|
| Source: | American Heart Association, Grant in Aid (15GRNT25150004) |
| Title: | Role of the receptor for advanced glycation endproducts in allergic airway disease. |
| Role on Project: | Principal Investigator |
| Percent effort: | 20% |
| Project Period: | 07/01/2015-06/30/2017; Direct $70,000/year |
| Specific Aims: | Determine the mechanism in which RAGE promotes asthma/allergic airway inflammation. |

| | |
|---|---|
| Source: | University of Pittsburgh Physicians: |
| Title: | RAGE induced IL-33 release in asthma |
| Role on Project: | PI (20%) |
| Project Period: | 7/01/16-6/30/17 |
| Specific Aims: | Test the hypothesis that alveolar type I and type II cells release IL-33 in a RAGE-dependent manner to initiate allergic asthma responses. |

**Seminars and invited lectureships related to research/clinical practice.**
1.  Extracellular Superoxide Dismutase:  NO• is Nothing Without It.  Department of Pathology, University of Tennessee, October 7, 1997.

2. Molecular Mechanisms in Chemotherapy Induced Pulmonary Fibrosis. Department of Pathology, Wake Forest University School of Medicine, November 11, 1997.

3. Extracellular Superoxide Dismutase: A Modulator of Nitric Oxide Activity. Department of Pathology, University of Pittsburgh Medical Center, December 2, 1997.

4. Antioxidants in Vascular Pathology. Institute for Medicine and Engineering and Department of Pathology and Laboratory Medicine, University of Pennsylvania, January 13, 1998.

5. Extracellular Superoxide Dismutase in Diabetic Vascular Disease. University of Pittsburgh, Department of Pathology Retreat, June 3, 2000.

6. Oxidative Pathophysiolgy related to EC-SOD. National Jewish Medical and Research Center. August 22, 2001.

7. Proteolytic regulation of pulmonary EC-SOD. University of Oulu (Oulu, Finland), April 18,2002.

8. Oxidative protein modifications: Implications in acute lung injury. University of Århus (Århus, Denmark), April 22, 2002.

9. Regulation of extracellular superoxide dismutase in acute lung injury. Umeå University (Umeå, Sweden), May 23, 2002.

10. Oxidative pathophysiology in interstitial lung disease. University of Pittsburgh Senior Vice Chancellor's Research Seminar. September 27, 2002.

11. Regulation of extracellular superoxide dismutase during interstitial lung injury. Pittsburgh International Lung Conference, Nemacolin Woodlands Resort, October 12-16, 2002.

12. Asbestos and silica related lung diseases. Dickie, McCamey, & Chilcote (Continuing legal education), Pittsburgh, PA. April 26, 2003.

13. Pulmonary fibrosis. Simmons Center for Interstitial Lung Disease, University of Pittsburgh. June 11, 2003.

14. Asbestos and other neoplasia. Asbestos Update Conference. Duke University Medical Center. Durham, NC. September 26, 2003

15. Oxidative and Proteolytic Interactions in Pulmonary Fibrosis. University of Wisconsin. Madison, WI. November 3, 2003

16. Extracellular superoxide dismutase in interstitial lung disease. Environmental and Occupational Health Seminar Series. University of Pittsburgh. Pittsburgh, PA. November 6, 2003.

17. Oxidants and proteases: Synergism in interstitial lung disease. University of Alabama Birmingham. Birmingham, AL. November 17, 2003.

18. Antioxidant defense system in the extracellular matrix of the human lung. University of Helsinki, Helsinki, Finland. September 14, 2004.

19. Extracellular Superoxide dismutase: The Localization. First International Conference on EC-SOD. Sonderborg, Denmark. September 16, 2004.

20. Antioxidants in pulmonary fibrosis. Children's Hospital of Pittsburgh, Division of Pulmonary Medicine. December 17, 2004.

21. Oxidants and proteases: Synergism in pulmonary fibrosis. University of Pennsylvania School of Medicine, Institute for Environmental Medicine. September 9, 2005.

22. RAGE a novel mediator of pulmonary fibrosis. University of Pittsburgh Science 2005. October 7, 2005.

23. Long-term suppression of RAGE: Not good for your psyche or your lungs: Biogen Idec, Boston, MA. December 15, 2005.

24. EC-SOD regulation of inflammation in response to fiber-particle instillation in the lung. 1st International Conference on Nanotoxicology: Biomedical Aspects. Miami, FL. February 1, 2006.

25. RAGE in pulmonary fibrosis. Division of Gastroenterology Seminar Series. Department of Medicine, University of Pittsburgh. February 3, 2006.

26. Extracellular oxidative stress in interstitial lung disease. University of Vermont. Burlington, VT. April 10, 2006.

27. What you need to know when you use bleomycin to model lung fibrosis: An expert's advice. Meet the Professor Seminar (MP618). 2006 American Thoracic Society International Conference in San Diego, CA. May 23, 2006, 12 – 1 pm.

28. The upside of RAGE in pulmonary fibrosis. Environmental and Occupational Health Seminar Series. University of Pittsburgh. Pittsburgh, PA. June 22, 2006.

29. The role of RAGE in pulmonary fibrosis. Diabetes Institute. University of Pittsburgh, Pittsburgh, PA. August 30, 2006.

30. Oxidative fragmentation of hyaluronan in pulmonary fibrosis. International Colloquium on Pulmonary Fibrosis. Erbach, Germany. September 10, 2006.

31. Pulmonary Fibrosis: Nothing a little RAGE can't fix. Pulmonary Fibrosis Research Conference. University of Pittsburgh Medical Center, Pittsburgh, PA. September 13, 2006.

32. Pulmonary Fibrosis: RAGE, it's not just for anger anymore. University of Pittsburgh, Department of Pathology, Wednesday Noon Conference. January 23, 2008.

33. The role of RAGE in interstitial lung disease. Duke University Medical Center. Center for Hyperbaric Medicine and Environmental Physiology. September 26, 2008.

34. EC-SOD a modulator of pulmonary inflammation and fibrosis. Tulane University, Department of Pathology. December 11, 2008.

35. EC-SOD and RAGE as modulators of pulmonary fibrosis. University of Pittsburgh, Department of Medicine (Endocrinology Research Conference) December 18, 2008.

36. The role of extracellular matrix oxidative stress in pulmonary fibrosis. Louisiana State University Health Sciences Center, Department of Pathology. February 19, 2009.

37. Where did all the RAGE go? A conserved step in the pathogenesis of interstitial lung disease. American Thoracic Society Meeting. May 17, 2009.

38. Extracellular superoxide dismutase: A regulator of inflammation and infection. University of Pittsburgh Department of Pathology Retreat. May 29, 2009.

39. The two faces of RAGE in pulmonary fibrosis. St. John's University College of Pharmacy. October 26, 2009.

40. Paradoxical roles for RAGE in pulmonary fibrosis. The Feinstein Institute for Medical Research, North Shore-LIJ Health System. October 27, 2009.

41. Studies with EC-SOD and RAGE in pulmonary disease. University of Pittsburgh, Department of Pathology. Experimental Pathology Seminar Series. November 10, 2009.

42. Extracellular Superoxide Dismutase: A mediator of pulmonary fibrosis, inflammation, and infection. Department of Biochemistry. Aarhus University, Aarhus, Denmark. January 8, 2010.

43. RAGE in the Lung: Good, Bad, or Indifferent. University of Vermont, Department of Pathology. March 29, 2010.

44. Pro-inflammatory responses to oxidized matrix components in response to asbestos injury. Invited symposium speaker (Environmental oxidative pollutants symposium) for the 2011 Society of Toxicology annual meeting. Washington, D.C. March 7, 2011.

45. Oxidative stress in the extracellular matrix: Implications for inflammation and fibrosis. Invited symposium speaker for the Oxidative Stress and Disease Gordon Research Conference. Ventura, CA, March 15, 2011. (Awarded best talk at meeting)

46. Other Asbestos Associated Neoplasia. Invited Speaker. Pathology of Asbestos Associated Diseases Symposium. Duke University, Durham, NC. January 19-20, 2012.

47. Experimental Models of Asbestos Associated Diseases. Pathology of Asbestos Associated Diseases Symposium. Duke University, Durham, NC. January 19-20, 2012.

48. RAGE, innate lymphoid cells and asthma. Experimental Pathology Seminar. University of Pittsburgh, Pittsburgh, PA. February 24, 2015.
49. RAGE: An initiator of group 2 innate immune responses in asthma. CHP Molecule Medicine Research series. Pittsburgh, PA. March 17, 2015
50. RAGE: A regulator of group 2 innate immune responses in asthma. Institute of Biomedical Sciences, Academia Sinica. Taipei, Taiwan. August 11, 2015
51. RAGE in the Lung: Implications for innate immunity and asthma. University of Pittsburgh, Department of Medicine, Division of Pulmonary Medicine Research Seminar Series. October 11, 2016.
52. The Pathology of Asthma. University of Pittsburgh, Department of Computational and Systems Biology. October 24, 2016.
53. An inside look at tenure stream promotions. University of Pittsburgh, Department of Pathology. January 29, 2018.

**Other research related activities.**

**Study Sections**

| | |
|---|---|
| 2001 | NIEHS: Special Emphasis Panel (RFA ES01-004). Mechanisms of oxidative stress and dietary modulation. July 15-18, 2001. |
| 2001 | Ad hoc reviewer for grants funded through the University of Pittsburgh Institute for Neurodegenerative Disorders Research Committee. |
| 2005 | Cardiovascular Medical Research and Education Foundation/American Heart Association peer review committee. Primary Pulmonary Hypertension. October 11-12, 2005. |
| 2006 | NIH: Lung Injury, Repair and Remodeling Study Section, October 3-4, 2006. |
| 2007 | NIH/NCI: Lung Cancer and Inflammation Study Section, August 7-8, 2007. |
| 2008 | NIH/NHLBI: Special Emphasis Panel study section: Small Grants for Lung Tissue Research (R03). July 20-22, 2008. |
| 2009-2014 | American Heart Association Region 1 and 2 Lung, Respiration & Resuscitation grant peer review committee. April and October each year. |
| 2009 | NIH: Challenge Grants in Health and Science Research Study Section (Panel 19). May/June 2009. |
| 2009 | Ad hoc reviewer for grants funded through the University of Pittsburgh Clinical and Translational Science Institute. November 2009. |
| 2012 | NIH/NHLBI: PAR-09-185, Translational Programs in Lung Diseases (P01). March 14-15, 2012. |
| 2012 | Co-Chair American Heart Association Region 1 and 2 Lung, Respiration & Resuscitation grant peer review committee. April 5, 2012. |
| 2012 | American Heart Association Region 1 and 2 Lung, Respiration & Resuscitation grant peer review committee. October 2012 |
| 2013-2014 | NIH/National Center for Advancing Translational Sciences (NCATS) 2013/05 ZOD1 CM-6 (02) Comparative Medicine Training grant peer review committee. February 6-7, 2013, March 18-19, 2014. |
| 2014 | NIH/ Small Business Innovation Research (SBIR) Contract Proposal Review-Special Emphasis Panel (SEP). April 30, 2014. |

**Scientific Committees/Scientific Session Discussant/Facilitator**

| | |
|---|---|
| 2002 | Young investigator awards committee. Oxygen Society |

| | |
|---|---|
| 2002 | Invited faculty member. Pittsburgh International Lung Conference, Nemacolin Woodlands Resort, October 12-16, 2002. |
| 2002 | Panel Discussion and Dinner on "Balancing Parenthood and Successful Academic Research Careers" for trainees in the Interdisciplinary Biomedical Graduate Program, the Center for Neuroscience at the University of Pittsburgh Graduate Program, the University of Pittsburgh/Carnegie Mellon M.D.-Ph.D. Program, and Pathology Post-doctoral Research Training Program. Sponsored by a grant from the Sloan Family Foundation. |
| 2003 | Session Facilitator/Discussant for Oxidant/Antioxidant Session at 2003 American Thoracic Society meeting. May 2003. |
| 2003 | Panel Discussant on Asbestos related diseases. Asbestos Update Conference. Duke University Medical Center. Durham, NC. September 26, 2003. |
| 2003 | Young investigator awards committee. Oxygen Society |
| 2005-2015 | Young investigator awards committee. Society for Free Radical Biology and Medicine |
| 2005 | Organizer/panelist: Physician Scientist Career Development Panel Discussion (Undergraduate students, MD-PhD students, Residents), University of Pittsburgh, Department of Pathology Retreat, June 25, 2005. |
| 2006 | American Thoracic Society, Meet the Professor session, invited speaker on animal models of pulmonary fibrosis. |
| 2007-2015 | Society for Free Radical Biology and Medicine annual Meeting. Abstract review committee. |
| 2008 | Session Co-Chair (Superoxide, Superoxide dismutase, and oxidative stress), Society for Free Radical Biology and Medicine annual Meeting. November 10, 2008. |
| 2008-2011 | Program Committee member, American Thoracic Society-Respiratory Cell and Molecular Biology Assembly. |
| 2008-2012 | Council Member, Society for Free Radical Biology and Medicine. |
| 2008-2012 | Committee Chairman for Fundraising/Sponsorship, Society for Free Radical Biology and Medicine. |
| 2009 | Co-Chair for Extracellular Stress Regulatory Mechanisms and Disease session at 2009 American Thoracic Society Meeting, May 19, 2009. |
| 2009 | Co-Chair and Organizer of Emerging Therapeutic Targets in Lung Disease at 2009 American Thoracic Society Meeting, May 17, 2009. |
| 2011 | Reviewer for Allegheny-Erie Regional Chapter of the Society of Toxicology student travel award. |
| 2011-2014 | Member of the External Advisory Committee for the University of Vermont NIEHS Environmental Pathology Training grant |
| 2012 | NIH (NHLBI) Strategic Planning Committee for idiopathic pulmonary fibrosis research (November 27-28, 2012). |
| 2017 | Invited participant, The Monticello Conference on Elongate Mineral Particles. Charlottesville, VA. October 16-19, 2017. |

**Journal Editorial Board**

   **Editorial Board Member**

| | |
|---|---|
| 2011-present | *PLoS ONE* |
| 2011-present | *World Journal of Biological Chemistry* |
| 2009-present | *International Journal of Clinical and Experimental Pathology* |

Tim D. Oury, MD, PhD

**Journal Regular Reviewer**
> *Modern Pathology*
> *American Journal of Respiratory Cell and Molecular Biology*
> *American Journal of Respiratory and Critical Care Medicine*
> *Free Radical Biology and Medicine*
> *American Journal of Pathology*

**Journal Ad Hoc Reviewer**
> *Antiox Redox Signal*
> *Biochemica Biophysica Acta*
> *Circulation*
> *Brain Pathology*
> *Journal of Neurochemistry*
> *Laboratory Investigation*
> *Molecular Diagnosis*
> *American Journal of Physiology-Lung Cellular and Molecular Physiology*
> *Journal of Neuroscience*
> *Physiological Genomics*
> *Journal of Applied Physiology*
> *Archives of Pathology and Laboratory Medicine*
> *Cancer*
> *Cancer Research*
> *Neuroscience Letters*
> *Biochemical Pharmacology*
> *Clinica Chimica Acta*
> *Biochemical Journal*
> *Carcinogenesis*
> *Physiological Genomics*
> *Journal of Cellular Physiology*
> *Redox Reports*
> *Proceedings of the American Thoracic Society*
> *Experimental Lung Research*
> *Scandinavian Journal of Infectious Diseases*
> *The Clinical Respiratory Journal*
> *Journal of Biomedicine and Biotechnology*
> *Journal of Leukocyte Biology*
> *Journal of Vascular Research*
> *Respiration*
> *Pediatric Research*
> *Disease Models & Mechanisms*
> *Neurobiology of Disease*

**Outside Reviewer for Promotion/Tenure**

December 2005:   National Jewish Medical and Research Center, Denver, CO. Evaluation for promotion to Associate Professor.

January 2006:   Duke University Medical Center, Durham, NC. Evaluation for promotion to Associate Professor.

April 2008:   National Jewish Medical and Research Center, Denver, CO. Evaluation for promotion to Associate Professor.

Tim D. Oury, MD, PhD

| March 2009: | Duke University Medical Center, Durham, NC. Evaluation for promotion to Associate Professor. |
| August 2018: | University of Vermont Medical Center, Burlington, VT. Evaluation for promotion to Associate Professor with tenure. |

## LIST of CURRENT RESEARCH/CLINICAL INTERESTS:

1. Receptor for advanced glycation endproducts in allergic airway disease
2. Antioxidant enzymes in interstitial lung disease.
3. Oxidative regulation of proteinases/anti-proteinases
4. Antioxidant enzymes in vascular biology.
5. Oxidative modification of proteins.
6. Asbestos related disease.
7. Molecular and Genomic Pathology

## SERVICE

### At Duke University

| 1990-94 | Member, MSTP Admissions Committee |
| 1991-92 | President, Medical Scientist Training Program (MSTP) |
| 1997-98 | On call pathologist, Bryan Alzheimer's Disease Rapid Autopsy Program |

### At University of Pittsburgh

| 1999 | Judge, Annual Pathology Research Presentations (UPMC) |
| 1999-2002 | Molecular Diagnostics representative to Anatomic Pathology faculty meetings. |
| 2000-Present | MD-PhD Program Admissions Committee |
| 2000-Present | Pathology Post-doctoral Research Training Program. Steering Committee |
| 2000-Present | Pathology Residency Program, Faculty interviewer |
| 2001-2003 | Director, Molecular Diagnostics Fellowship Program Selection Committee |
| 2001 | Ad hoc reviewer for grants funded through the University of Pittsburgh Institute for Neurodegenerative Disorders Research Committee. |
| 2001 | Judge, Annual MD-PhD Program Retreat, Poster Presentations |
| 2001-2005 | Medical School Admissions, Faculty Interviewer |
| 2003 | Judge, Annual MD-PhD Program Retreat, Poster Presentations |
| 2004-2005 | Judge, Annual Pathology Research Presentations |
| 2004- Present | Co-Director, Pathologist Investigator Residency-Research Training Program (program to recruit and train pathologists as physician scientists during their residency training). |
| 2005- Present | Member, Department of Pathology Annual Retreat Committee |
| 2006 | Hematopathology Fellowship ACGME Site Visit, Core faculty representative. March 15, 2006. |
| 2006- 2008 | UPMC Technology Advancement Committee, Member. |
| 2007- 2008 | Clinical & Translational Certificate Advisory Group for Graduate Students. |
| 2007- Present | Task Force to Explore Research Training and experience for Residents and Fellows |
| 2007-Present | MD-PhD Training Program Steering Committee |
| 2007-Present | MD-PhD Training Program Faculty Advisor |
| 2007 | Grant Reviewer, Basic to Clinical Collaborative Research Pilot Program (BaCCoR), University of Pittsburgh Clinical and Translational Science Institute |
| 2007 | Judge, Annual Biomedical and Graduate Student Association Symposium, Poster Presentations. October, 24, 2007. |
| 2008- 2014 | Technology and Innovative Practice Assessment Committee (UPMC) |
| 2014- 2017 | Committee for Tenured Faculty Promotions and Appointments (TFPA) (Elected to |

Tim D. Oury, MD, PhD

committee November 2013)

2014-Present UPMC Molecular and Genomic Pathology Fellowship "Program Evaluation Committee" (PEC).

2017-Present MSTP Postdoctoral Research Grant Review Committee

2018-present Member, Career Development Committee for Physician Scientist Incubator Program

**Community activities.**

| | |
|---|---|
| 1997-98 | Diver's Alert Network, on call physician |
| 1997-98 | Medical Examiner, Durham County, NC |
| 1998-Present | Medical Staff, UPMC Presbyterian Hospital, Pittsburgh, PA |
| 2000-01 | Ramblewood Homeowners Association, Treasurer. |
| 2001-03 | YMCA kinder-soccer coach. |
| 2003 | Assistant Coach, little league baseball (manager pitch baseball, 6-8 yr. old) |
| 2007-2012 | Boy Scouts of America Troop 398, Assistant Scout Master |
| 2011 | Chemistry Merit badge presentation to Boy Scouts (March 12, 2011) |
| 2011 | Organized and led Boy Scout Troop 398 on high adventure Sea Base (Live aboard sailing trip in Florida Keys). (July 2011) |
| 2011-2018 | Merit badge counselor for Boy Scouts (First Aid, Communications, Personal Fitness) |
| 2012-2018 | Boy Scouts of America Troop 398, Committee Chair |
| 2015 | Assistant coach Girls Slow Pitch Softball, under 15 league. |

**Reliance list.**

1. Butnor KJ, Sporn TA, Roggli VL: Exposure to brake dust and malignant mesothelioma: a study of 10 cases with mineral fiber analyses, Ann Occup Hyg 2003, 47:325-330

2. Madl AK, Gaffney SH, Balzer JL, Paustenbach DJ: Airborne asbestos concentrations associated with heavy equipment brake removal, Ann Occup Hyg 2009, 53:839-857

3. Laden F, Stampfer MJ, Walker AM: Lung cancer and mesothelioma among male automobile mechanics: a review, Rev Environ Health 2004, 19:39-61

4. Goodman M, Teta MJ, Hessel PA, Garabrant DH, Craven VA, Scrafford CG, Kelsh MA: Mesothelioma and lung cancer among motor vehicle mechanics: a meta-analysis, Ann Occup Hyg 2004, 48:309-326

5. Hessel PA, Teta MJ, Goodman M, Lau E: Mesothelioma among brake mechanics: an expanded analysis of a case-control study, Risk Anal 2004, 24:547-552

6. Wong O: Malignant mesothelioma and asbestos exposure among auto mechanics: appraisal of scientific evidence, Regul Toxicol Pharmacol 2001, 34:170-177

7. Rake C, Gilham C, Hatch J, Darnton A, Hodgson J, Peto J: Occupational, domestic and environmental mesothelioma risks in the British population: a case-control study, Br J Cancer 2009, 100:1175-1183

8. Pathology of Asbestos Associated Diseases. Edited by Oury TD, Roggli VL, Sporn TA. New York, Springer, 2014

9.    Finley BL, Pierce JS, Paustenbach DJ, Scott LL, Lievense L, Scott PK, Galbraith DA: Malignant pleural mesothelioma in US automotive mechanics: Reported vs expected number of cases from 1975 to 2007, Regul Toxicol Pharmacol 2012,

10.    Madl AK, Clark K, Paustenbach DJ: Exposure to airborne asbestos during removal and installation of gaskets and packings: a review of published and unpublished studies, J Toxicol Environ Health B Crit Rev 2007, 10:259-286

11. Sporn T, Butnor K, Roggli V: Cytopathology of asbestos-associated diseases. Pathology of Asbestos-Associated Diseases. Edited by Oury T, Sporn T, Roggli V. New York, Springer-Verlag, 2014, pp 231-255

12. Garabrant DH, Alexander DD, Miller PE, Fryzek JP, Boffetta P, Teta MJ, Hessel PA, Craven VA, Kelsh MA, Goodman M: Mesothelioma among Motor Vehicle Mechanics: An Updated Review and Meta-analysis. The Annals of Occupational Hygiene 2016, 60:8-26.

13. Smith WE, Huber DD. 1979. Biologic tests of tremolite in hamsters. Dusts and Disease.

14. Williams C, Dell L, Adams R, Rose T, Van Orden D: State-of-the-science assessment of non-asbestos amphibole exposure: is there a cancer risk? Environmental geochemistry and health 2013, 35:357-77.

15. Price B: Industrial-grade talc exposure and the risk of mesothelioma. Critical reviews in toxicology 2010, 40:513-30.

16. Stanton MF, Layard M, Tegeris A, Miller E, May M, Morgan E, Smith A: Relation of particle dimension to carcinogenicity in amphibole asbestoses and other fibrous minerals. Journal of the National Cancer Institute 1981, 67:965-75.

17. de Ridder GG, Kraynie A, Pavlisko EN, Oury TD, Roggli VL: Asbestos content of lung tissue in patients with malignant peritoneal mesothelioma: A study of 42 cases. Ultrastructural pathology 2016, 40:134-41.

18. Boffetta P: Epidemiology of peritoneal mesothelioma: a review. Ann Oncol 2007, 18:985-90.

19. Hassan R, Alexander R, Antman K, Boffetta P, Churg A, Coit D, Hausner P, Kennedy R, Kindler H, Metintas M, Mutti L, Onda M, Pass H, Premkumar A, Roggli V, Sterman D, Sugarbaker P, Taub R, Verschraegen C: Current treatment options and biology of peritoneal mesothelioma: meeting summary of the first NIH peritoneal mesothelioma conference. Ann Oncol 2006, 17:1615-9.

20. Carbone M, Ly BH, Dodson RF, Pagano I, Morris PT, Dogan UA, Gazdar AF, Pass HI, Yang H: Malignant mesothelioma: facts, myths, and hypotheses. J Cell Physiol 2012, 227:44-58.

21.      Sebbag G, Sugarbaker PH: Peritoneal mesothelioma proposal for a staging system. Eur J Surg Oncol 2001, 27:223-4.

22. Roggli VL, Oury TD, Moffatt EJ. Malignant mesothelioma in women. Anat Pathol 1997, 2:147-63.

23. Hodgson JT, Darnton A: The quantitative risks of mesothelioma and lung cancer in relation to asbestos exposure. Ann Occup Hyg 2000, 44:565-601.

24. Lee PN, Forey BA, Coombs KJ: Systematic review with meta-analysis of the epidemiological evidence in the 1900s relating smoking to lung cancer, BMC Cancer, 2012, 12:385

25. Gunter M: Analysis of RT Vanderbilt talc products (mouldene, nytal 100 & nytal 400) for asbestos. September 15, 2009

26. Gunter M: Analysis of RT Vanderbilt talc Ceramital 10A for asbestos. August 5, 2010

27. Gunter M: Analysis of RT Vanderbilt talc Ceramital HDT for asbestos. August 5, 2010

28. Gunter M: Analysis of RT Vanderbilt nytal 100hr for asbestos. January 8, 2012.

29. Gunter M: Analysis of RT Vanderbilt Nytal 200 for asbestos. December 6, 2013.

30. Gunter M: Analysis of RT Vanderbilt nytal 300 for asbestos. November 5, 2011

31. McNamee BD, Gunter ME. Compositional analysis and morphological relationships of amphiboles, talc and other minerals found in the talc deposits from the Gouverneur mining district, New York. The Microscope, 2013, 61:147-161.

32. Price B: Industrial-grade talc exposure and the risk of mesothelioma. Critical reviews in toxicology 2010, 40:513-30.

33. Williams C, Dell L, Adams R, Rose T, Van Orden D: State-of-the-science assessment of non-asbestos amphibole exposure: is there a cancer risk? Environmental geochemistry and health 2013, 35:357-77.

34. Liukonen and Weir. Regul Toxicol Pharmacol. 2005. Asbestos exposure from gaskets during disassembly of a medium duty diesel engine. Regul Toxicol Pharmacol. 2005, 41(2):113-21

35. Ehrenreich T, Espinosa T, Langer AM, Rohl AN, Daum SM: Asbestos-related diseases. Algorithm for forensic pathological diagnosis. The American journal of forensic medicine and pathology 1982, 3:315-21.

36. Weir. Morphological characteristics of asbestos fibers released during grinding and drilling of friction products, Appl Occup Environ Hyg 2001, 16:1147-1149.

37. Blake CL, Dotson GS, Harbison RD: Evaluation of asbestos exposure within the automotive repair industry: a study involving removal of asbestos-containing body sealants and drive clutch replacement. Regul Toxicol Pharmacol 2008, 52:324-31.

38. Cohen HJ, Van Orden DR: Asbestos exposures of mechanics performing clutch service on motor vehicles. J Occup Environ Hyg 2008, 5:148-56.

39. Marchevsky AM, Wick MR: Current controversies regarding the role of asbestos exposure in

the causation of malignant mesothelioma: the need for an evidence-based approach to develop medicolegal guidelines. Annals of diagnostic pathology 2003, 7:321-32.

40. Marchevsky AM, Harber P, Crawford L, Wick MR: Mesothelioma in patients with nonoccupational asbestos exposure. An evidence-based approach to causation assessment. Annals of diagnostic pathology 2006, 10:241-50.

41. Liu, Marsh, Roggli. Asbestos Fiber concentrations in the lungs of brake repair workers. J. Occup. Environ Med. 2018. 60: 661-71.

42. Husain AN, Colby T, Ordonez N, Krausz T, Attanoos R, Beasley MB, Borczuk AC, Butnor K, Cagle PT, Chirieac LR, Churg A, Dacic S, Fraire A, Galateau-Salle F, Gibbs A, Gown A, Hammar S, Litzky L, Marchevsky AM, Nicholson AG, Roggli V, Travis WD, Wick M, International Mesothelioma Interest G: Guidelines for pathologic diagnosis of malignant mesothelioma: 2012 update of the consensus statement from the International Mesothelioma Interest Group. Arch Pathol Lab Med 2013, 137:647-67.

43. Berman DW, Crump KS: A meta-analysis of asbestos-related cancer risk that addresses fiber size and mineral type. Crit Rev Toxicol 2008, 38 Suppl 1:49-73.

44. Yarborough CM: Chrysotile as a cause of mesothelioma: an assessment based on epidemiology. Crit Rev Toxicol 2006, 36:165-87.

45. Bernstein DM, Toth B, Rogers RA, Sepulveda R, Kunzendorf P, Phillips JI, Ernst H: Evaluation of the dose-response and fate in the lung and pleura of chrysotile-containing brake dust compared to chrysotile or crocidolite asbestos in a 28-day quantitative inhalation toxicology study. Toxicol Appl Pharmacol 2018, 351:74-92.

46. Attanoos RL, Churg A, Galateau-Salle F, Gibbs AR, Roggli VL: Malignant Mesothelioma and Its Non-Asbestos Causes. Arch Pathol Lab Med 2018, 142:753-60.

47. Sluis-Cremer GK, Bezuidenhout BN: Relation between asbestosis and bronchial cancer in amphibole asbestos miners. Br J Ind Med 1989, 46:537-40.

48. Bernstein D, Rogers R, Smith P: The biopersistence of Canadian chrysotile asbestos following inhalation: final results through 1 year after cessation of exposure. Inhal Toxicol 2005, 17:1-14.

49. de Klerk NH, Musk AW, Williams V, Filion PR, Whitaker D, Shilkin KB: Comparison of measures of exposure to asbestos in former crocidolite workers from Wittenoom Gorge, W. Australia. Am J Ind Med 1996, 30:579-87.

50. Rendall REG, du Toit RSJ: The retention and clearance of glass fibre and different varieties of asbestos by the lung. Ann Occup Hyg 1994, 38: 757-61.

51. Churg A, Wright JL: Persistence of natural mineral fibers in human lungs: an overview. Environ Health Perspect 1994, 102 Suppl 5:229-33.

52. Friedman GK: Clinical diagnosis of asbestos-related disease, CH 7, In: Dodson RF, Hammar SP, eds. Asbestos: Risk assessment, epidemiology, and health effects. Boca Raton: Taylor & Francis, 2006, pp. 309–380.

53. McDonald AD, Case BW, Churg A, Dufresne A, Gibbs GW, Sebastien P, McDonald JC: Mesothelioma in Quebec chrysotile miners and millers: epidemiology and aetiology. Ann Occup Hyg 1997, 41:707-19.

54. Peto J, Hodgson JT, Matthews FE, Jones JR: Continuing increase in mesothelioma mortality in Britain. Lancet 1995, 345:535-9.

55. Teschke K, Morgan MS, Checkoway H, Franklin G, Spinelli JJ, van Belle G, Weiss NS: Mesothelioma surveillance to locate sources of exposure to asbestos. Can J Public Health 1997, 88:163-8.

56. Selikoff IJ, Churg J, Hammond EC: Asbestos Exposure and Neoplasia. JAMA 1964, 188:22-6.

57. Goodman JE, Peterson MK, Bailey LA, Kerper LE, Dodge DG: Electricians' chrysotile asbestos exposure from electrical products and risks of mesothelioma and lung cancer. Regul Toxicol Pharmacol 2014, 68:8-15.

58. Sorahan TM: Cancer incidence in UK electricity generation and transmission workers, 1973-2015. Occup Med (Lond) 2019, 69:342-51.

59. Bernstein DM, Toth B, Rogers RA, Kling D, Kunzendorf P, Phillips JI, Ernst H. Evaluation of the dose-response and fate in the lung and pleura of chrysotile containing brake dust compared to TiO2, chrysotile, crocidolite or amosite asbestos in a 90-day quantititative inhalation toxicology study – Interim results Part 2: Histopathological examination, confocal microscopy and collagen quantification of the lung and pleural cavity. *Toxicology and Applied Pharmacology.* 2020, **In Press.**

60. Chang ET, Lau EC, Mowat FS, Teta MJ: Therapeutic radiation for lymphoma and risk of second primary malignant mesothelioma. Cancer Causes Control 2017, 28:971-9.

61. Farioli A, Ottone M, Morganti AG, Compagnone G, Romani F, Cammelli S, Mattioli S, Violante FS: Radiation-induced mesothelioma among long-term solid cancer survivors: a longitudinal analysis of SEER database. Cancer Med 2016, 5:950-9.

62. Tward JD, Wendland MM, Shrieve DC, Szabo A, Gaffney DK: The risk of secondary malignancies over 30 years after the treatment of non-Hodgkin lymphoma. Cancer 2006, 107:108-15.

63. De Bruin ML, Burgers JA, Baas P et al (2009) Malignant mesothelioma after radiation treatment for Hodgkin lymphoma. Blood 113:3679–3681

64. Berrington de Gonzalez A, Curtis RE, Gilbert E et al (2010) Second solid cancers after radiotherapy for breast cancer in SEER cancer registries. Br J Cancer 102:220–226

65. Deutsch M, Land SR, Begovic M, Cecchini R, Wolmark N (2007) An association between postoperative radiotherapy for primary breast cancer in 11 National Surgical Adjuvant Breast and Bowel Project (NSABP) studies and the subsequent appearance of pleural mesothelioma. Am J Clin Oncol 30:294–296

66. Farioli A, Violante FS, Mattioli S, Curti S, Kriebel D (2013) Risk of mesothelioma following external beam radiotherapy for prostate cancer: a cohort analysis of SEER database. Cancer Causes Control 24:1535–1545

67. Travis LB, Fossa SD, Schonfeld SJ et al (2005) Second cancers among 40,576 testicular cancer patients: focus on long-term survivors. J Natl Cancer Inst 97:1354–1365

68. Boutin C, Dumortier P, Rey F, Viallat JR, De Vuyst P: Black spots concentrate oncogenic asbestos fibers in the parietal pleura. Thoracoscopic and mineralogic study. Am J Respir Crit Care Med 1996, 153:444-9.

69. Finley BL, Pierce JS, Phelka AD, Adams RE, Paustenbach DJ, Thuett KA, Barlow CA: Evaluation of tremolite asbestos exposures associated with the use of commercial products. Crit Rev Toxicol 2012, 42:119-46.

70. Robinson C, Stern F, Halperin W, Venable H, Petersen M, Frazier T, Burnett C, Lalich N, Salg J, Sestito J, et al.: Assessment of mortality in the construction industry in the United States, 1984-1986. Am J Ind Med 1995, 28:49-70.

71. Phelka AD, Finley BL: Potential health hazards associated with exposures to asbestos-containing drywall accessory products: A state-of-the-science assessment. Crit Rev Toxicol 2012, 42:1-27.

72. Boelter FW, Xia Y, Dell L: Comparative Risks of Cancer from Drywall Finishing Based on Stochastic Modeling of Cumulative Exposures to Respirable Dusts and Chrysotile Asbestos Fibers. Risk Anal 2015, 35:859-71.

73. Boelter F, Simmons C, Hewett P: Exposure data from multi-application, multi-industry maintenance of surfaces and joints sealed with asbestos-containing gaskets and packing. J Occup Environ Hyg 2011, 8:194-209.

74. Jacobs NFB, Towle KM, Finley BL, Gaffney SH: An updated evaluation of potential health hazards associated with exposures to asbestos-containing drywall accessory products. Crit Rev Toxicol 2019, 49:430-44.

75. Coleman RG: New Idria Serpentinite: A land management dilemma. Environmental & Engineering Geoscience 1996: 2:9-22.

76. Muhle H, Pott F, Bellmann B, Takenaka S, Ziem U: Inhalation and injection experiments in rats to test the carcinogenicity of MMMF. Ann Occup Hyg 1987, 31:755-64.

77. Ilgren E, Chatfield E. Coalinga Fibre -- A short, amphibole-free chrysotile. Indoor Built Environ. 1988. 7:18-31

78. Mowat et. al. Occupational exposure to airborne asbestos from phenolic molding material (Bakelite) during sanding, drilling, and related activities. J. Occ. Env. Hyg. 2005, 2:497-507.

79. Pinkerton KE, Brody AR, McLaurin DA, Adkins B, Jr., O'Connor RW, Pratt PC, Crapo JD: Characterization of three types of chrysotile asbestos after aerosolization. Environ Res 1983, 31:32-53.

80. Muhle H, Pott F, Bellmann B, Takenaka S, Ziem U: Inhalation and injection experiments in rats to test the carcinogenicity of MMMF. Ann Occup Hyg 1987, 31:755-64.

81. Ilgren E , Chatfield E : Coalinga fibre: a short amphibole-free chrysotile. Part 1: Evidence for lack of fibrogenic activity . Indoor Built Environ 1997;6: 264-276 .

82. Ilgren E , Chatfield E : Coalinga fibre: a short, amphibole-free chrysotile. Part 2: Evidence for lack of tumourigenic activity . Indoor Built Environ 1998;7: 18-31.

83. Bernstein DM, Chevalier J, Smith P: Comparison of Calidria chrysotile asbestos to pure tremolite: final results of the inhalation biopersistence and histopathology examination following short-term exposure, Inhal Toxicol 2005, 17:427-449

84. Pierce JS, McKinley MA, Paustenbach DJ, Finley BL. 2008. An evaluation of reported no-effect chrysotile asbestos exposures for lung cancer and mesothelioma. Crit Rev Toxicol. 38:191–214.

85. Pierce JS, Ruestow PS, Finley BL. 2016. An updated evaluation of reported no-observed adverse effect levels for chrysotile asbestos for lung cancer and mesothelioma. Crit Rev Toxicol. 46:561–586.

86. Finley B. L., Richter R. O., Mowat F., Mlynarek S., Paustenbach D. J., Warmerdam J., Sheehan P. J. Cumulative asbestos exposure for U. S. automobile mechanics involved in brake repair (circa 1950s–2000). Journal of Exposure Science and Environmental Epidemiology 2007; 17(7)644–655

87. Thun MJ, Carter BD, Feskanich D, Freedman ND, Prentice R, Lopez AD, Hartge P, Gapstur SM: 50-year trends in smoking-related mortality in the United States. N Engl J Med 2013, 368:351-64.

88. Aberle DR, Gamsu G, Ray CS, Feuerstein IM: Asbestos-related pleural and parenchymal fibrosis: detection with high-resolution CT. Radiology 1988, 166:729-34.