# Exhibit G

| REINTJES V KAISER | 2016 | MEADOWS | CALIFORNIA | D | D/A |
|---|---|---|---|---|---|
| SPEEG V 24 HOUR FITNESS | 2016 | JOHNSON, ASHLEY | CALIFORNIA | D | D |
| GEIGER V AMCORD | 2016 | CAPISTRON | CALIFORNIA | D | D |
| MENDOZA V KAISER | 2016 | TROTTER | CALIFORNIA | D | D/A |
| HAGAN V TORRANCE MED CTR | 2016 | MOORE | CALIFORNIA | D | D |
| MIDANI V KAISER | 2016 | BOOTH | CALIFORNIA | D | D |
| LANTHIER | 2016 | PARTIDA | CALIFORNIA | D | D |
| BURGER | 2016 | PARTIDA | CALIFORNIA | D | D |
| KIRSNIS V KAISER | 2016 | CARROLL | CALIFORNIA | D | D/A |
| SCHISZLER | 2016 | BERKES | CALIFORNIA | D | D/T |
| JONES | 2016 | BECKLEY | CALIFORNIA | D | D |
| STIRRAT | 2016 | ABGARYAN | CALIFORNIA | D | D |
| SNYDER V UC REGENTS | 2016 | YARVIS | CALIFORNIA | D | T |
| OLSON | 2016 | BAVARAIAN | CALIFORNIA | D | D |
| PONZIO | 2016 | GUTIERREZ | CALIFORNIA | D | D |
| BAKSH V KAISER | 2016 | LAW | CALIFORNIA | P | D |
| YAGODA V WOOD | 2016 | YAGODA | ILLINOIS | P | D |
| DESINOR | 2016 | COHEN | FLORIDA | P | D |
| STEPHENSON | 2016 | BEHM | MICHIGAN | P | T |
| KURTZ V AMCORD | 2017 | CAPISTRON | CALIFORNIA | D | D |
| SERAFIN | 2017 | NAGAYAMA | CALIFORNIA | D | D |
| CERVANTES | 2017 | ABGARYAN | CALIFORNIA | D | D |
| HUKKANEN | 2017 | CORBLY | CALIFORNIA | D | D |
| HOLTSCLAW | 2017 | WEISS | CALIFORNIA | D | D |
| VILLALOBOS | 2017 | SNYDER | CALIFORNIA | D | D |
| HART | 2017 | ROBLES | CALIFORNIA | D | D |
| HAWKINS | 2017 | LEASE | CALIFORNIA | D | D |
| CERVANTES | 2017 | ABGARYAN | CALIFORNIA | D | D |
| SERAFIN | 2017 | LEASE | CALIFORNIA | D | D |
| SMITH V TERUMO | 2017 | LIFTON | FLORIDA | D | D |
| VILLALOBOS | 2017 | SNYDER | CA | D | D |
| TRUFFA | 2017 | ABGARYAN | CA | D | D |
| SALAZAR | 2017 | SIU | CA | D | D |
| MINNEY | 2017 | COULSTON | CA | D | D |
| ROBINSON V FREEPORT MEMORIAL | 2017 | YAGODA | ILLINOIS | P | D |
| BARTUNEK | 2017 | HAIGH | SOUTH DAKOT | D | T |
| KOCAN | 2017 | LOUGHREN | PA | P | A |
| BARTOLI | 2017 | CAPISTRON | CA | D | D |
| ABY | 2017 | CAPISTRON | CA | D | D |
| GIBBONS | 2017 | WOODWARD | CA | D | D |
| RIGOR | 2017 | HOLLERAN | CA | D | D |
| DUNEK V THUMATI | 2017 | CAHILL | CA | D | D |
| SHELBY | 2018 | CAPISTRON | CA | D | D |
| SOUTHERLAND | 2018 | CAHILL | CA | D | D |
| BIANES | 2018 | STOUT | CA | D | D |

| DIASO | 2018 | EHRENPFORT | CA | D | D |
|---|---|---|---|---|---|
| CARBON | 2018 | MEHLING | CA | D | D |
| MYERS | 2018 | HASKINS | CA | D | D |
| CERASANI | 2018 | LEASE | CA | D | D |
| ABRAHAM-TANKS | 2018 | PARTIDA | CA | D | D/A |
| ROBINSON | 2018 | HICKS | CA | D | D |
| THRASH | 2018 | MEHLING | CA | D | D |
| LYTLE | 2018 | SAHAGUN | CA | D | D |
| WIGLESWORTH | 2018 | PARTIDA | CA | D | D |
| BAILEY | 2018 | MEHLING | CA | D | D |
| DIAZ V CARTER | 2018 | TROBOUGH | CA | D | D |
| MONTGOMERY V PACIFIC FAM MED | 2018 | AMO | CA | D | D |
| COOK | 2018 | ABGARYAN | CA | D | D |
| MCLEAREN | 2018 | LANDIS | CA | D | D |
| GARCIA PAUL | 2018 | JAUREGUI | CA | D | D |
| ROSENE | 2018 | TATE | CA | D | D |
| JACK | 2018 | PARTIDA | CA | D | D |
| MESSER V SANAULLAH | 2018 | FONTELA | FLORIDA | D | D |
| FINLEY | 2018 | WONG | CA | D | D |
| BRADD | 2018 | SPANOS | CA | D | D |
| AVINA | 2018 | LEASE | CA | D | D |
| AGUIRE V EAST VALLEY | 2018 | STURGES | CA | D | D |
| KUNHARDT | 2018 | JOHNSTONE | FLORIDA | P | D/T |
| LONG | 2018 | SPANOS | CA | D | D |
| ALLEN V BEGOLE | 2018 | TROTTER | CA | D | D |
| HALE | 2018 | BLANCHER | CA | D | D |
| GODBER | 2018 | SIU | CA | D | D |
| TART | 2018 | TRAN | CA | D | D |
| CONROW | 2018 | LEASE | CA | D | D |
| SABETIAN | 2018 | CHUA | CA | D | D |
| HENSON | 2018 | JAUREGUI | CA | D | D |
| FATHIPOUR V TMMC | 2018 | GOETHALS | CA | D | D |
| DOYLE | 2018 | KIM | CA | D | D |
| GODBER | 2019 | VIIU | CA | D | T |
| BLAKE | 2019 | LUQUE | CA | D | D |
| MIDANI V KAISER | 2019 | CAHILL | CA | D | T |
| HILLIMAN | 2019 | CHUA | CA | D | D |
| KEEFE | 2019 | ABGARYAN | CA | D | D |
| SEMENTILLI | 2019 | SPANOS | CA | D | D |
| TETREAU V KAISER | 2019 | LAFFERTY | CA | D | D |
| PETERSEN | 2019 | TANNEN | FLORIDA | p | D |
| TETREAU V KAISER | 2019 | LAFFERTY | CA | D | A |
| SOUTHERLAND V MAJID | 2019 | CAHILL | CA | D | T |
| O'ROURKE | 2019 | PITTMAN | CA | D | D/T |
| COLE | 2019 | SPANOS | CA | D | D |

| BELL | 2019 | MOORE | CA | D | D |
| --- | --- | --- | --- | --- | --- |
| LIANG V REGENTS | 2019 | HOLMES | CA | D | D |
| WYSS | 2019 | SPANOS | CA | D | D |
| CONNAUGHTON | 2019 | MEHLING | CA | D | D |
| HIGGINS V PLMCC | 2020 | COONEY | CA | D | D |
| FLUCK | 2020 | LEASE | CA | D | D |
| BRAZIL | 2020 | SPANOS | CA | D | D |
| METZGER | 2020 | ALI | CA | D | D |
| JORDAN | 2020 | SPANGLER-KHARE | CA | D | T |
| FRANKLIN | 2020 | HOOKS | CA | D | D |
| KYLER | 2020 | VELOSO | CA | D | D |
| HAWKINS V CHAWLA MD | 2020 | KJAR | CA | D | D |



## C. Alan Brown M.D., F.A.C.C.

C. Alan Brown M.D., F.A.C.C.
Cottage Health
400 W. Pueblo St.
Santa Barbara, CA 93105

SUBJ: JAMES LAFRENTZ

    I am a clinical cardiologist currently serving as Chief Medical Information Officer (CMIO) for Cottage Health System in Santa Barbara, CA. From June 1983 to June 2015, I was a clinical and interventional cardiologist with the Santa Barbara Cardiovascular Medical Group. In June 2015 I transitioned from my clinical cardiology practice to my current position as CMIO at Cottage Health. I received my bachelor's degree from Dartmouth College in 1970 and medical degree from Harvard Medical School in 1974. I completed medical residency in 1976 at the Massachusetts General Hospital affiliated with Harvard Medical School and cardiac fellowship training in 1981, again at the Massachusetts General Hospital. I am board certified by the American Board of Internal Medicine in Internal Medicine and Cardiovascular Diseases. I was the director of the Cottage Hospital Coronary Care Unit from 1998 until June 2015. I am a Clinical Associate Professor of Medicine at the University of Southern California and was a medical officer in the United States Navy Reserve from 2002 until 2015. A copy of my Curriculum Vitae is attached for reference.
    Based upon the foregoing education, training, and professional experience, including medical practice in the field of cardiology, I am qualified to provide expert opinions regarding the cardiology medical issues involving this matter.
    Each of my opinions expressed in this report are to a reasonable degree of medical certainty.

RECORDS REVIEWED
1. C. Kelley Tibbels Medical
2. C. Kelley Tibbels Radiology
3. Cancer Center at Wise Health System
4. Neelima Maddukuri Medical
5. Neelima Maddukuri Radiology
6. Wise Health Clinic CT Surgery 2650
7. Wise Health Clinic Pulmonology Medical
8. Wise Health Clinic Pulmonology Pathology
9. Wise Health Clinic Pulmonology Radiology
10. Wise Health System Pathology
11. Wise Health System Radiology
12. Advanced Heart Care
13. Death Certificate

BRIEF SUMMARY OF EVENTS:

In 1994, Mr. James LaFrentz (DOB 11/24/44) suffered a myocardial infarction. Coronary angiography reportedly demonstrated a coronary artery occlusion and medical therapy was instituted.

On Octobe 8, 2012, Mr. LaFrentz was hospitalized with hyperosmolar hyperglycemia due to diabetes mellitus. His past medical history was notable for poorly controlled diabetes mellitus type 2, hypertension, coronary artery disease and dyslipidemia. He was treated with insulin, simvastatin for dyslipidemia, and lisinopril for hypertension.

On April 7, 2014 he was evaluated at the Wise Health Clinic. Medical history included a long-standing history of COPD (chronic obstructive pulmonary disease) secondary to smoking, current smoking, diabetes, hyperlipidemia, congestive heart failure and hypertension.

During a return office visit at Wise Health Clinic on April 15, 2014, a general tendency toward being non-compliant with his diabetes regimen and apathy in regard to dietary and medication complicance was documented.

Similar documentation of diabetes regimen non-complicance was noted during evaluation at the Wise Health Clinic on July 26, 2016 and November 9, 2016.

On July 6, 2017, lower extremity arterial doppler study revealed occlusion of the proximal to mid-segment left superficial femoral artery and severe peripheral vascular disease involving the leg arteries bilaterally.

During a vascular surgery consultation on July 8, 2017, Mr. LaFrentz was documented to be a current smoker and not interested in quitting smoking.

On February 14, 2018 poor diabetes control was documented with a fasting blood sugar measuring 267.

An echocardiogram performed June 26, 2018 demonstrated severely reduced global left ventricular function with an estimated ejection fraction of 25-30%. Atrial fibrilation was also noted. Diastolic heart function could not be detirmined due to atrial fibrillation.

An Internal Medicine progress note dated June 28, 2018 documented a pulmary mass, acute hypoxic respiratory failure, acute systolic dysfunction congestive heart failure, atrial fibrilaltion with rapid ventricular response, uncontrolled diabetes, history of peripheral vascular disease with stenting, history of COPD, history of coronary disease.

Mr. LaFrentz was seen for pulmonary consultation on July 5, 2018. He was noted to be an active smoker with a 55 pack-year smoking history. Physical examination documented BMI 32.4, BP 110/62, HR 115.

Repeat echocardiography July 13, 2018 again confirmed an estimated left ventricular ejection fraction of 25% with severe hypokinesis of the apex. Diastolic heart function could not be detirmined due to atrial fibrillation.

2

During an evaluation at Wise Health Clinic on August 14, 2018, increased weight and peripheral edema was noted during monitoring with the 360 Congestive Heart Failure Program. He continued to smoke heavily and compliance with dietary fluid intake was questionable.

In January 2019, Mr. LaFrentz was hospitalized after losing consciousness and was cardioverted from atrial fibrillation to sinus rhythm.

In March 2019, Mr. LaFrentz was hospitalized with influenza pneumonia.

Mr. LaFrentz expired on October 12, 2019 while in hospice.

DISCUSSION:

Mr. LaFrentz's cardiovascular conditions included atherosclerotic coronary artery disease with first myocardial infarction at age 50, diabetes mellitus type 2 with poor regimen compliance, hypertension, dyslipidemia, peripheral arterial disease, congestive heart failure with severe left ventricular dysfunction and atrial fibrillation. Additional risk factors for progressive atherosclerotic disease included obesity and a long history of cigarette smoking with resultant chronic obstructive pulmonary disease.

The Framingham Heart Study, a prospective long-term study initiated by the American Heart Association, demonstrated that men with hypertension live on average 5 years less than men without hypertension.  Similarly, men with diabetes live 7.5 years less than men withouth diabetes.

In 1994, Mr. LaFrentz suffered a heart attack (myocardial infarction) at age 50. In 2018, a cardiac ultrasound demonstrated congestive heart failure with severly reduced heart function.  Cardiac ultrasound is used to measure the left ventricular ejection fraction (LVEF), which can be considered the percentage of blood pumped by the left ventricle to the body.  Normal LVEF ranges 50-70%; Mr. LaFrentz's LVEF measured only 25-30%.  Such severe heart dysfunction is associated with heart failure, compromised blood flow to vital organs, and high risk of sudden cardiac death due to heart arrhythmia.

Atrial fibrillation is a cardiac arrhythmia (irregular heart rhythm) often seen in patients with hypertensive heart disease. In atrial fibrillation the upper heart chambers experience chaotic electrical signals that result in an irregular and often rapid heart rate.  Patients may experience palpitations, shortness of breath and exercise intolerance.  The chaotic rhythm may cause blood to pool in the heart's upper chambers and form clots, increasing the risk for stroke.  Patients with atrial fibrillation require chronic anticoagulation with warfarin (Coumadin) or alternative anticoagulants, increasing their risk of bleeding complications as well.  Atrial fibrillation has a marked impact upon cardiovascular life expectancy, in part due to direct risks associated with the condition but also through its association with significant underlying structural heart disease. In a 21-year community based study by the Mayo Clinic published in the Journal of the American College of Cardiology, average survival after diagnosis of atrial fibrillation was less than six years.

In consideration of the multiple cardiovascular conditions and risk factors mentioned above and to a reasonable degree of medical certainty, Mr. LaFrentz's cardiovascular life expectancy at the time of his death was one to two years.

*[signature]*

C. Alan Brown MD FACC
July 8, 2020

REFERENCES:
1. Crimmins EM. "Life with and without heart disease among women and men over 50." J Women Aging. 2008; 20(1-2):5-19.
2. D'Agostino RB. "General cardiovascular risk profile for use in Primary Care: The Framingham Heart Study." Circulation 2008; 117:743-753.
3. Franco OH. "Blood pressure in adulthood and life expectancy with cardiovascular disease in men and women: Life course analysis." Hypertension. 2005; 46:280-286.
4. Office of the Chief Actuary. "Social Security Actuarial Life Table." The Official Website of the U.S. Social Security Administration.
5. Haider. "Role of Hypertrophy in Sudden Death." JACC. 1998; 32: 1454.
6. Chan MY. "Long Term Mortality of Patients Undergoing Catheterization for ST-Elevation and Non-ST-Elevation Myocardial Infarction." Circulation. 2009; 3110-3117.
7. Franco OH. "Associations of Diabetes Mellitus with Total Life Expectancy and Life Expectancy With and Without Cardiovascular Disease." Arch. Int. Med. 2007; 167: 1145-1151.
8. Nauta, ST. "Short- and Long-Term Mortality After Myocardial Infarction in Patients With and Without Diabetes" Diabetes Care. 2012; 35: 2043-2047.
9. Goldenberg, I. "Long-Term Benefit of Primary Prevention with an Implantable Cardioverter-Defibrillator: An Extended 8-year Follow-Up Study of the Multicenter Automatic Defibrillator Implantation Trial II." Circulation. 2010; 122:1265-1271.
10. Miyasaka, Y. "Mortality Trends in Patients Diagnosed with First Atrial Fibrillation." JACC 2007. 49:986-92.

# C. Alan Brown, M.D.
# Cottage Health
# 400 W. Pueblo St.
# Santa Barbara, CA 93105

| | | |
|---|---|---|
| PERSONAL | Birth Date: May 20, 1949<br>Birthplace: Santa Monica, California | |
| EDUCATION | A.B., Dartmouth College<br>Hanover, New Hampshire | 1970 |
| | B. Medical Science, Dartmouth Medical School<br>Hanover, New Hampshire | 1972 |
| | M.D., Harvard Medical School<br>Boston, Massachusetts | 1974 |
| | Medical Intern, Massachusetts General Hospital<br>Boston, Massachusetts | 1974-1975 |
| | Medical Resident, Massachusetts General Hospital<br>Boston, Massachusetts | 1975-1976 |
| | Research Fellow, Immunology, Department of Medicine<br>Massachusetts General Hospital<br>Boston, Massachusetts | 1976-1977 |
| | Clinical & Research Fellow, Cardiac Unit<br>Massachusetts General Hospital<br>Boston, Massachusetts | 1978-1981 |
| BOARD<br>CERTIFICATIONS | American Board of Internal Medicine, Internal Medicine<br>American Board of Internal Medicine, Cardiovascular Disease<br>American Board of Internal Medicine, Interventional Cardiology | 1978<br>1981<br>2000-2010 |

| | | |
|---|---|---|
| PROFESSIONAL | Santa Barbara Medical Foundation Clinic<br>Practicing Cardiologist<br>Santa Barbara, California | 1981-1983 |
| | Director, St. Francis Hospital Coronary Care Unit<br>Santa Barbara, California | 1983-1988 |
| | President, Santa Barbara Chapter<br>American Heart Association | 1989-1990 |
| | Board of Directors, California Preferred Providers<br>Santa Barbara, California | 1984-1992 |
| | President, Adult Continuing Education Council<br>Santa Barbara Community College<br>Santa Barbara, California | 1991-1993 |
| | Board of Directors, St. Francis Medical Center<br>Santa Barbara, California | 1994-1996 |
| | Board of Directors, Monarch Health Systems<br>Santa Barbara, California | 1992-1999 |
| | President, Santa Barbara Chapter<br>American Heart Association | 1997-1998 |
| | Board of Directors, Santa Barbara Select IPA<br>Santa Barbara, California | 1997-1999 |
| | Board of Directors, California Affiliate,<br>American College of Cardiology | 1997-1999 |
| | Co-Director, Medical Advisory Panel to the<br>Board of Trustees, Santa Barbara Cottage Health System | 2002-2005 |
| | Board of Directors, Navy League<br>Santa Barbara Chapter | 2003-2005 |
| | Board of Directors, Santa Barbara Chapter<br>American Heart Association | 1983-2006 |
| | Secretary, Medical Staff Executive Committee,<br>Santa Barbara Cottage Hospital | 2005-2007 |
| | Battalion Surgeon, 4th MARDIV 2/23<br>Marine Corps Reserve Infantry Battalion | 2004-2009 |
| | Battalion Surgeon, 4th LAR, 1 MEF<br>4th Light Armored Reconnaissance Battalion<br>Operation Enduring Freedom, Afghanistan | 2009-2010 |

| | | |
|---|---|---|
| | Battalion Surgeon, 4th MARDIV 2/23<br>Marine Corps Reserve Infantry Battalion | 2010-2011 |
| | Regimental Surgeon, 4th MARDIV 23rd Regiment<br>Marine Corps Reserve Infantry Regiment | 2011-2014 |
| | Medical Officer, United States Navy Reserve<br>Captain, United States Navy | 2002-2017 |
| | Director, Santa Barbara Cottage Hospital Coronary Care Unit<br>Santa Barbara, California | 1998-2015 |
| | Santa Barbara Cardiovascular Medical Group, Inc.<br>Clinical and Interventional Cardiologist<br>Santa Barbara, California | 1983-2015 |
| | Associate Clinical Professor of Medicine<br>University of Southern California School of Medicine | 1993-Present |
| | Chief Medical Information Officer<br>Cottage Health Systems<br>Santa Barbara, California | 2012-Present |
| **LICENSES** | California | |
| **MEMBERSHIPS & AWARDS** | Rufus Choate Scholar, A.B. Cum Laude<br>Dartmouth College | 1970 |
| | Massachusetts Medical Society<br>Harvard Medical School Dean's Award | 1974 |
| | Alpha Omega Alpha Medical Honor Society<br>Harvard Medical School | 1974 |
| | National Kidney Foundation Fellowship Award | 1975 |
| | National Institute of Health<br>Individual Fellowship Award in Cardiology | 1976 |
| | Diplomate, American Board of Internal Medicine | 1977 |
| | Paul Dudley White Fellowship in Cardiology<br>Massachusetts Chapter, American Heart Association | 1978 |
| | Diplomate, American Board of Internal Medicine<br>Cardiovascular Subspecialty | 1982 |
| | Fellow, American College of Cardiology | 1983 |

| | |
|---|---|
| Interventional Cardiology Subspecialty Certification<br>American Board of Internal Medicine | 2000-2010 |
| Teacher of the Year Award<br>Santa Barbara Cottage Hospital Medical Residency Program | 2002 |
| Excellence in Teaching Award<br>Santa Barbara Cottage Hospital Medical Residency Program | 2003 |
| Excellence in Teaching Award<br>Santa Barbara Cottage Hospital Medical Residency Program | 2004 |
| Excellence in Teaching Award<br>Santa Barbara Cottage Hospital Medical Residency Program | 2005 |
| Excellence in Teaching Award<br>Santa Barbara Cottage Hospital Medical Residency Program | 2006 |
| Excellence in Teaching Award<br>Santa Barbara Cottage Hospital Medical Residency Program | 2007 |
| Excellence in Teaching Award<br>Santa Barbara Cottage Hospital Medical Residency Program | 2008 |
| Excellence in Teaching Award<br>Santa Barbara Cottage Hospital Medical Residency Program | 2009 |
| Hospital Hero Award<br>Southern California Hospital Foundation | 2011 |
| Bronze Star<br>Battalion Surgeon, 4th Light Armored Reconnaissance Battalion, 2nd Marine Expeditionary Force, United States Marine Corps, Operation Enduring Freedom, Helmand Province, Afghanistan | 2011 |
| Excellence in Teaching Award<br>Santa Barbara Cottage Hospital Medical Residency Program | 2014 |
| Excellence in Teaching Award<br>Santa Barbara Cottage Hospital Medical Residency Program | 2015 |
| Physician of the Year Award<br>Santa Barbara Cottage Hospital | 2016 |

# C. Alan Brown, MD
# PUBLICATIONS

1. Brown, C.A., Hall, C.L., Long, J.C., et al: Circulating Immune Complexes in Hodgkin's Disease. AM. J. Med. 64:289-294, 1978.

2. Long, J.C., Hall, C.L., Brown, C.A., et al: Binding of Soluble Immune Complexes in Sera of Patients with Hodgkin's Disease to Tissue Cultures Derived from the Tumor. New Engl. J. Med. 297:2950299, 1977.

3. Brown, C.A., Zusman, R.M., and Haber, E.: Characterization of an Angiotensin Binding Site in Rabbit Renomedullary Interstitial Cells in Tissue Culture: Correlation with Prostaglandin Biosynthesis. Trans. Am. Assoc. Phys. 92:169-174, 1979.

4. Zusman, R.M. and Brown, C.A.: The Role of Phospholipase in the Regulation of Prostaglandin E2 Biosynthesis by Rabbit Renomedullary Interstitial Cells in Tissue Culture: Effects of Angiotensin II, Potassium, Hyperosmolality, Dexamethasone, and Protein Synthesis Inhibition. In, Advances in Prostaglandin and Thromboxane Research, Vol. 7 and 8, Proceedings of the International Prostaglandin Congress, Washington, D.C., May 27-31, 1979 6:243-248, 1980.

5. Brown, C.A., Carey, K., Colvin, R.B.: Inhibition of Autoimmune Interstitial Nephritis in Guinea Pigs by Heterologous Antisera Containing Anti-Idiotype Antibodies. J. Immunol. 123:2102-2113, 1979.

6. Abrass, C.K., Hall, C.L., Border, W.A., Brown, C.A., Glassock, R.J., Coggins, C.H. and the Collaborative Study of the Adult Idiopathic Nephrotic Syndrome: Circulating Immune Complexes in Adults with Idiopathic Nephrotic Syndrome: Relationship to Histologic Category and Clinical Course. Kidney Int. 4:545-553, 1980.

7. Brown, C.A., Zusman, R.M., Haber, E.: Identification of an Angiotensin Receptor in Rabbit Renomedullary Interstitial Cells in Tissue Culture: Correlation with Prostaglandin Biosynthesis. Circ. Res. 48:802-807, 1980.

8. Brown, C.A., Hutter, A.M. Jr., DeSanctis, R.W., et al: Prospective Study of Medical and Urgent Surgical Therapy in Randomizable Patients with Unstable Angina Pectoris: Results of In-Hospital and Chronic Mortality and Morbidity. Amer. Heart J. 102:959-964, 1981.

# C. Alan Brown MD
# ABSTRACTS

A1 Border, W., Abrass, C., Hall, C., Brown, C., Glassock, R., Coggins, C., and the Collaborative Study of AINS: Detection of Circulating Immune Complexes in Adult Idiopathic Nephrotic Syndrome. Kid. International 12:510, 1977.

A2 Zusman, R.M., Brown, C.A.: Role of Phospholipase in the Regulation of PGE2 Biosynthesis: Effects of Angiotensin II, Potassium, Dexamethasone, Hyperosmolality and Protein Synthesis Inhibition. Proc. Internatl. Conf. Prostaglandins, Washington, D.C., May 27-31, 1979.

A3 Brown, C.A., Zusman, R.M., and Haber, E.: Correlation of Prostaglandin Biosynthesis with Angiotensin Binding to Cultured Rabbit Renomedullary Inhibition. Proc. Intern. Conf. of Prostaglandins, Washington, D.C., May 27-31, 1979.

A4 Brown, C.A., Carey, K., and Colvin, R.B.: Inhibition of Autoimmune Interstitial Nephritis in Guinea Pigs by Heterologous Antisera Containing Anti-Idiotype Antibodies. Fed. Proc. 38:1020A, 1979.

A5 Brown, C.A., Zusman, R.M., and Haber, E.: Characterization of an Angiotensin Binding Site in Cultured Rabbit Renomedullary Interstitial Cells: Correlation of Binding with Prostaglandin Biosynthesis. Clin. Res. 27:501A, 1979.

A6 Pacella, B.L., Jr., Matsueda, G.R., Brown, C.A., and Haber, E.: Production of Fibrin Specific Antisera Using Synthetic Amino Terminal Peptides of Human Fibrin. Circulation 62:285A, 1980.