UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ILA LaFRENTZ, JIM LaFRENTZ, KATHERINE PORTERFIELD, and WILLIAM LaFRENTZ, Individually and as Representatives of the Estate of JAMES B. LaFRENTZ, <br><br> Plaintiffs, <br><br> vs. <br><br> 3M COMPANY, ET AL., <br><br> Defendants. | Civil No..: 4:18-cv-4229 |

**PLAINTIFFS' NOTICE OF SETTLEMENT WITH DEFENDANT GENERAL DYNAMICS CORPORATION**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that on or about May 26, 2021 all Plaintiffs entered into a confidential settlement agreement with Defendant General Dynamics Corporation and all of its affiliates, agents, assigns, attorneys, divisions, legal representatives, predecessors and successors in interest, servants, subsidiaries, parent companies, officers, directors, shareholders, employees, trustees, insures, and any and all persons, as well as any firms and corporations in which it may have an interest. Subject to the execution of various documents related to the settlement and the receipt of consideration, all claims and causes of action in this matter between all Plaintiffs and Defendant General Dynamics Corporation are resolved and will be dismissed with prejudice.

Dated: Houston, Texas
      May 27, 2021

Respectfully submitted:

_____
Robert E. Shuttlesworth, Esq.
Texas Bar No. 24033184
Southern District of Texas Bar No. 29957

-2-

                                            **Shrader & Associates, L.L.P.**
3900 Essex Lane, Ste. 390
Houston, Texas 77379
Telephone: (713) 782-0000
Facsimile: (713) 571-9605
Email: robert@shraderlaw.com

Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document with the United States District Court for the Southern District of Texas and that through the electronic filing system, a copy of the foregoing document was served on all counsel of record on this the 27th day of May, 2021.

_____
Robert E. Shuttlesworth, Esq.