UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------X

ILA LaFRENTZ, JIM LaFRENTZ,
KATHERINE PORTERFIELD, and
WILLIAM LaFRENTZ, Individually
and as Representatives of the
Estate of JAMES B. LaFRENTZ,

        Plaintiffs,

  -vs-                            Civil Action No.:
                                    4:18-cv-04229

3M COMPANY, et al.,

        Defendants.

------------------------X

ZOOM VIDEO DEPOSITION OF BARBARA J. HALLSTEIN

Tuesday, January 12, 2021

Reported by:
Jeannette McCormick

**Exhibit 3**

1 the circumstances that we're discussing here in the
2 sampling, or is it a different time?
3    A.  **I remember taking an air sample on**
4 **Mr. LaFrentz some time probably within seven years**
5 **after I started work there.  I cannot attest that**
6 **it's this particular case.  I don't recall this**
7 **particular air sample result that I have here.**
8    Q.  So I just want to make sure I understood what
9 you said.
10     Some time possibly within with the first
11 seven years of you starting there, you do recall
12 sampling Mr. LaFrentz at some point?
13    A.  **I do.**
14    Q.  Do you recall what you were sampling for?
15    A.  **I don't recall.  It was a particulate, but**
16 **that's all I remember.**
17    Q.  You agree that the document you see there,
18 the contaminant being sampled for was asbestos,
19 correct?
20        MR. NORCROSS:  Objection.  It calls for
21     speculation.  She's told you she's not
22     familiar with the document.  If you can
23     answer, go ahead.
24        THE WITNESS:  I did not generate that
25     document, and I'm not sure who did generate

1        it or who filled it out.
2   BY MR. PEEK:
3   Q. But taking the document for what it is as it
4   sits there, that particular document says that
5   asbestos was the contaminant being sampled for,
6   correct?
7            MR. NORCROSS: Objection. Calls for
8        speculation. She's told you she is not
9        familiar with the document, Brad. She didn't
10       create it.
11           THE WITNESS: Yeah, I didn't create this
12       document. I'm not actually sure who created
13       the document, and I haven't seen it until
14       just recently.
15  BY MR. PEEK:
16  Q. But you would agree with me that there, the
17  contaminant, as it is listed, is asbestos,
18  regardless of where that document came from --
19           MR. NORCROSS: Objection.
20  Q. -- it does actually say asbestos, correct?
21           MR. NORCROSS: Objection. Calls for
22       speculation, and it's a compound question.
23       Are you asking her if the document says the
24       word asbestos on it? Are you calling -- I'm
25       not clear, and I don't think she's clear, on

1 **asbestos. That's my recollection.**
2    Q. Did you do any fiber counting?
3    **A. No.**
4    Q. Have you ever done any fiber counting?
5    **A. Not that I remember.**
6    Q. And so your role, tell me -- in the sampling
7 of asbestos at General Dynamics, explain to me, if
8 you can, the starting point to the ending point of
9 your role in developing a report like that and how
10 you got the information on it.
11    **A. Okay. So --**
12        MR. NORCROSS: Objection as vague and
13       ambiguous. If you understand the question,
14       you can answer it.
15        THE WITNESS: No. Can you ask me that
16       again?
17 BY MR. PEEK:
18    Q. I just want to know the detail step-by-step
19 of your role in the air sampling that was utilized
20 for someone to develop a report like the one we're
21 discussing.
22    **A. We would know what we were sampling for, pick**
23 **an appropriate media, and take an air sample,**
24 **depending on, you know, different factors or**
25 **whatever, how long an operation was or whatever;**