IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ILA LaFRENTZ, JIM LaFRENTZ, § <br> KATHERINE PORTERFIELD, and § <br> WILLIAM LaFRENTZ, Individually § <br> and as Representative of the Estate § <br> of JAMES B. LaFRENTZ § <br> § <br> vs. § <br> § <br> § <br> 3M COMPANY, ET AL § | CIVIL ACTION NO. 4:18-cv-04229 <br> JURY DEMANDED |

## ORDER GRANTING MOTION IN LIMINE
## TO EXCLUDE AIR MONITORING SAMPLE

This Court has considered 3M Company's Motion in Limine to Exclude Air Monitoring Sample and finds that it is well-taken and should be granted, because the danger of jury confusion caused by the air sampling report substantially outweighs its probative value. Accordingly, it is ORDERED that:

1. 3M's motion is Granted.

2. Evidence of the air sampling report is excluded from Plaintiffs' case in chief.

SO ORDERED, this _____ day of _____, 2021.

_____
Andrew S. Hanen
United States District Judge

PREPARED BY:

*/s/ Michele E. Taylor*_____

1

William Book
Southern District Bar No. 1761
Michele E. Taylor
Southern District Bar No. 14240
Leah M. Homan
Southern District Bar No. 3438531
TAYLOR BOOK ALLEN & MORRIS, L.L.P.
1221 McKinney, Suite 4300
LyondellBasell Tower
Houston, Texas 77010
Telephone: (713) 222-9542
Facsimile: (713) 655-7727
E-mail: wbook@tavlorbook.com
E-mail: mt@tavlorbook.com
E-mail: lhoman@taylorbook.com

and

*/s/ Kevin B. Brown*
Kevin B. Brown
Southern District Bar No.: 732586
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
E-mail: kbrown@thompsoncoe.com

and

*/s/ W. Curt Webb*
W. Curt Webb
State Bar No.: 21035900
BECK REDDEN, LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
E-mail: cwebb@beckredden.com

and

*/s/ Zandra Foley*
Zandra Foley
Southern District Bar No.: 632778
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400

Houston, Texas 77056
Telephone: (713) 403-8200
Facsimile: (713) 403-8299
E-mail: zfoley@thompsoncoe.com

and

/s/ *L. Michael Brooks, Jr.*
WELLS, ANDERSON & RACE, LLC
1700 Broadway, Suite 1020
Denver, Colorado 80290
Telephone: (303) 812-1256
Facsimile: (303) 830-0898
Email: mbrooks@warllc.com

**COUNSEL FOR DEFENDANT**
**3M COMPANY**