IN THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

- - - - - - - - - - - - - - - -x

JOHN MEDLIN, FRANCES        :
MEDLIN

      Plaintiffs        :

vs.                         : No. 2009 CA 008958 A

CLEVER BROOKS BOILERS,      :
ET AL.

      Defendants        :

- - - - - - - - - - - - - - - -x

      August 18, 2001

      Bethesda, Maryland

DEPOSITION OF:

      DARELL BEVIS

was called for examination by counsel for the Defendant 3M, pursuant to notice, taken at Brown & Gould, 7316 Wisconsin Avenue, Suite 200, Bethesda, Maryland, commencing at 9:38 a.m., before Misty Klapper, a Notary Public in and for the State of Maryland, when were present on behalf of the respective parties:

Page 122

1  Q. Well, I thought we agreed that you had
2  promoted Bevis Respirator Consultants as being very
3  successful with a win/loss record.
4  A. Absolutely. Most of our -- I consider a
5  settlement, no trial, whether there's a depo or not, I
6  consider that. If we are paid -- if the plaintiff is
7  paid a satisfactory sum of money, I consider that a
8  win, a settlement.
9  Q. Excuse me, how do you know whether the
10 plaintiff is paid a satisfactory amount of money?
11 A. Typically I communicate with my attorneys
12 who will say we're very happy with the settlement.
13 No, they didn't break your agreement and say gee, we
14 got a million-and-a-half, simply we're very satisfied,
15 we're very happy with the settlement.
16 Q. What else at Bevis Respirator Consultants
17 constitutes a win?
18 A. A win is adequate settlement. A win is
19 an actual win in the courtroom. And based on the
20 number of cases that I have -- that I have done, we --
21 we go to court on maybe two percent. And we've been
22 very, very successful with those. We lose very few of

Misty Klapper & Associates
703-780-9559

Page 123

1  them.
2  Q. How many cases have you testified at
3  trial in which you were providing testimony in a case
4  in which 3M was a party at trial?
5  A. Over my career, I -- I can't tell you how
6  many cases. I do know that there was a group down in
7  Texas. Diane Dwight handled those cases. And we had
8  a couple of trials. We won both of those. They were
9  against 3M, by the way. We won both of those and then
10 settlements occurred on most of the rest, satisfactory
11 according to Diane.
12 Q. So you testified twice in Texas in which
13 3M was a party?
14 A. Oh, yeah. All of my first cases were --
15 were 3M cases.
16 Q. And when would that have been, sir?
17 A. That was starting in the '80s.
18 Q. And so your testimony is that you
19 testified in the 1980s, I believe, at trial in a case
20 or cases in which 3M was a party?
21 A. To the best of my recollection, yes.
22 Again, that's a lot of years back and I don't even

Misty Klapper & Associates
703-780-9559

Page 124

1  have files on those cases any more.
2  Q. Okay. Any other trials in which you've
3  testified in which 3M was a party, other than Dwight
4  Parker in 2007?
5  A. You know, I don't recall and I couldn't
6  name a specific, so let's say I simply don't recall.
7  Q. And it's your testimony that there was
8  some jury verdict reached in these cases in 1980 in
9  which 3M was a party in which Ms. Dwight --
10 A. To the best of my recollection, yes.
11 Q. Do you think you could be wrong?
12 A. It's possible, certainly.
13 Q. Do you view yourself as being part of a
14 winning team?
15 A. I consider myself to be a very good
16 expert, a very fair expert and I can present data to
17 support my contentions.
18 Q. But I gather since you keep track of your
19 wins and losses, you consider it important to be
20 winning?
21 A. Absolutely.
22 Q. And you consider your role in the case to

Misty Klapper & Associates
703-780-9559

Page 125

1  help the plaintiff win?
2  A. Absolutely.
3  Q. Is there a code of ethics published by
4  the American Industrial Hygiene Association?
5  A. Yes, there is.
6  Q. Do you follow that code?
7  A. I believe I do.
8  Q. Do you know whether or not the code of
9  ethics published by the American Industrial Hygiene
10 Association incorporates the concept of winning?
11 A. You know, I don't -- I don't recall.
12 It's been a long time since I've read the code. I was
13 a full member of AIHA for thirty -- thirty-five or
14 forty years. I can give you the exact on that.
15 Q. You're familiar with work done by OSHA to
16 develop an assigned protection factor for respirators?
17 A. Absolutely.
18 Q. That resulted in a publication of a
19 standard or regulation in 2006?
20 A. Yes.
21 Q. How were you involved?
22 A. Well, through telephone conversations

Misty Klapper & Associates
703-780-9559