IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

VALERIE JEAN CULVER, as )
Personal Representative )
of the Estate of ROBERT )
D. LARSON, Deceased, )
and BESSIE JEAN LARSON, )
)
)
Plaintiffs, )
)
        vs.            )   No. 18-2-03806-5 SEA
)
3M COMPANY, et al.,    )
)
)
Defendants.            )

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

WAYNE WRIGHT,          )
Individually and as    )
Personal Representative )
for the Estate of      )
WARREN WRIGHT, Deceased )
)
)
Plaintiffs,            )
)
        vs.            )   No. 18-2-02204-5 SEA
)
3M COMPANY, et al.,    )
)
)
Defendants.            )

VIDEOTAPED CR 30(b)(6) DEPOSITION OF 3M COMPANY
PHILIP EITZMAN
VOLUME I

Taken on behalf of Plaintiffs
May 29, 2019


Nicola Gengler, CSR, RPR
Certified Shorthand Reporter
License No. 3464

**Exhibit 4**

1    filter, but -- no, I -- well, it's a sorbent

2    layer.  It's not a particulate filter.  So it is

3    something that absorbs gas molecules and not

4    something that stops particulates.

5         Q.    And then can you provide us with a

6    distinction between the 8500 and the 8710?

7         A.    The 8710 as far as construction?

8    Construction, it was -- we started with the

9    shell.  It was a different shape than the 8500.

10   It was a little bit larger, though it had in the

11   central part of that three-dimensional structure,

12   it was the same shape.  It was just cut to a

13   larger size than the 8500 shell.

14             And then on the outside of that you

15   had three layers of material called blown

16   microfiber web which were constructed of

17   polypropylene and provided filtration capability

18   to stop particulates.  And those had -- there

19   were three different layers with different fiber

20   sizes that would provide different types of

21   filter performance.

22             And then there were two headbands

23   that were ultrasonically welded to the mask

24   instead of a single band that was stapled onto

25   the 8500.  There was an aluminum nose clip which

1   was similar to the 8500's nose clip but thicker

2   and also a piece of polyurethane nose foam

3   located on the inside of the mask underneath the

4   position of the nose clip.

5            So it had a number of different

6   components that were there in addition to the

7   8710 that did not appear in the 8500, plus the

8   shape was slightly different as I described.

9        Q.   Did the construction of the 8500

10  evolve over time or did it always remain the

11  same?

12           MS. BRANDT:  Object to the form.

13  BY THE WITNESS:

14       A.   The construction was -- well, what

15  time frame?

16  BY MR. SIMS:

17       Q.   Between 19- -- I'm going to say --

18  I'm going to use the time frame 1958 to 1972.

19       A.   No, there was no -- I mean, there may

20  have been some fiber changes.  I don't think

21  there was any change to the latex resin.

22           Other than that, I don't think there

23  were any really substantive changes other than --

24  well, I think they may have at one point had

25  different colored clips, but they were always the

1    MS. BRANDT:  Objection.  Counsel,

2  this whole line of questioning is outside the

3  scope of the deposition notice and he's here to

4  talk about the 8500 and the 8710.

5  BY MR. SIMS:

6    Q.   All right.  Just as a follow-up, if

7  you know, sir.

8    **A.    Because the product was modified in**

9  **its design before it was sold as the 8500 to**

10  **areas outside of the medical arena.**

11    Q.   Earlier in our conversation we had a

12  discussion about the distinctions between the

13  different masks, the medical mask versus the 8500

14  versus the 8710, and there is also another one in

15  there, the 8705.

16    When you talked about the

17  distinctions, you talked about how each mask

18  distinguished itself from the other based on the

19  filtration materials.

20    **A.    No, I mean --**

21    Q.   And the band as well.

22    **A.    The construction.  I mean, you apply**

23  **filtration material to the nonwovens that were**

24  **there in addition to the shell.  So that's your**

25  **terminology.  I guess I would call those**

1    **additional webs or nonwoven layers that were**

2    **added to the mask.**

3              **In some cases they are there to**

4    **protect a sorbent layer as in the 8705 or there**

5    **to protect filtration layers as in the 8710.  So**

6    **there were other components added and they were**

7    **different from one product to another.**

8         Q.   What I'd like to now focus our

9    attention on is how the respective masks

10   distinguished -- were distinguished from each

11   other specific to the face seal.

12             So can you please explain how it is

13   that the medical masks differed from the 8500

14   specific to the face seal?

15             MS. BRANDT:  Again, I'm going to

16   object that this is outside the scope.  If you

17   want to ask him about the 8500, that's what he is

18   here and prepared to talk about today, the 8500

19   and 8710.

20   BY THE WITNESS:

21        **A.   So it depends on which medical mask**

22   **you are talking about and also we need to kind of**

23   **define what you mean by face seal.**

24             **If you mean the area that contacts**

25   **the face, then there was -- from the earliest**

1  States?

2      A.    I believe we did file for patents

3  outside the US, not again for the 8500, but for

4  the process for making molded articles, I think

5  is the terminology, using nonwoven materials.

6      Q.    So if I understand correctly, 3M

7  applied for the same type of patent in the United

8  States and outside the United States?

9      A.    I haven't looked at that

10  specifically.  I certainly have reviewed the US

11  patent.  But there haven't really been any

12  occasions when I've been required to look at the

13  filing of the patent outside the US.

14          But 3M typically, if the patent is

15  thought to have value, will file for patents

16  outside the US for the same type of things that

17  they file for patents in the US.

18      Q.    Specifically what patent did you

19  review as it relates to the 8500 filed in the US?

20          MS. BRANDT:  Object to the form.

21  BY THE WITNESS:

22      A.    Patent?  There was not a patent for

23  the 8500 again.  It was a patent for the process

24  to make molded articles with nonwoven materials

25  and that -- there is a patent that was -- the

1   **inventors were Mr. Carey and Mr. Westberg.**

2   BY MR. SIMS:

3       Q.   Do you recall when that patent was

4   applied for?

5       **A.   1958 sticks in my head, but I don't**

6   **know if that -- that may have been when it was**

7   **filed.  I think it was granted later.**

8       Q.   So if I understood correctly, the

9   patent that you are referring to was a patent for

10  molded nonwoven fabric articles?

11      **A.   That's not the terminology.  It's a**

12  **process for making molded articles out of**

13  **nonwovens.  Whether that's the title of the**

14  **patent, I don't think it is.**

15      Q.   Filed by Mr. Walter Westberg and

16  Patrick Carey?

17      **A.   Yes.**

18      Q.   And if it was filed in 1959,

19  August 1959, would you have any reason to

20  disagree with that statement?

21      **A.   Well, if you are looking at the**

22  **patent and that's what it said, I wouldn't**

23  **disagree with that.**

24      Q.   You would agree that the defense

25  provided by the 8500 against harmful particles