```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF TEXAS
                    HOUSTON DIVISION


JAMES B. LaFRENTZ and ILA    )
LaFRENTZ,                    )
                             )
          Plaintiffs,        )
                             ) Case No. 4:18-CV-04229
v.                           )
                             )
3M COMPANY, et al.,          )
                             )
          Defendants.        )
```

VIDEOTAPED DEPOSITION OF

JAMES LaFRENTZ - VOLUME I

Taken on Behalf of Plaintiffs

November 14, 2018


Susan L. Law, CCR, CSR

**Exhibit 1**

1  four by four by six cardboard box and handed it to me.
2  BY MR. SHUTTLESWORTH:
3      Q.   Okay.  Was there any writing on the box?
4      A.   It was a 3M dust protector.
5      Q.   Do you remember the model or the style
6  number?
7      A.   I think it was 8710.
8      Q.   Do you remember what it looked like?
9      A.   It was kind of whitish-gray with two yellow
10 bands on it.
11     Q.   Okay.  Was there any metal on the mask?
12     A.   Yes, run across your nose.
13     Q.   Was there anything written on the mask, to
14 your knowledge?
15     A.   I don't remember.  I would just get it and
16 put it on and fit it, go to work.
17     Q.   All right.  Did you wear this mask when you
18 were doing the drilling and the clean-up and the
19 sanding of the coupons?
20     A.   Yes.
21     Q.   Okay.  When you started in '78 or 9 and you
22 were a drill press operator, did you have any facial
23 hair at that time?
24     A.   No.
25     Q.   Okay.  Did you ever have any facial hair