UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JAMES B. LaFRENTZ and ILA )
LaFRENTZ, )
 )
      Plaintiffs, )
 ) Case No. 4:18-CV-04229
v. )
 )
3M COMPANY, et al., )
 )
      Defendants. )

VIDEOTAPED DEPOSITION OF
JAMES LaFRENTZ - VOLUME II
Taken on Behalf of Plaintiffs
November 15, 2018


Susan L. Law, CCR, CSR

**Exhibit 2**

```
 1      A.   No.
 2      Q.   Where would you take your smoke breaks?
 3      A.   We'd have to go outside.
 4      Q.   As far as the 3M 8710 respirator, did you
 5 ever see any advertisements for that product?
 6      A.   No.
 7      Q.   What about any brochures?
 8      A.   No, I don't remember any.
 9      Q.   What about any literature?
10      A.   Not that I remember.
11      Q.   What about any warnings?
12      A.   No, no warning.
13      Q.   What -- did you ever see an instruction
14 sheet with that 3M 8710?
15      A.   No.
16      Q.   Later on in your career at General Dynamics
17 I understand that you held some security position
18 where you were visiting vendor sites.  Is that true?
19           DEFENSE COUNSEL:  Objection.  Vague.
20      A.   That's correct.
21 BY MR. JUNG:
22      Q.   Were one of the facilities that you visited
23 a 3M facility?
24      A.   It was.
25      Q.   How many -- how many times did you visit a
```