

Exhibit 3

3M 1054482

All Porter & Malouf cases in the Circuit Court of Jefferson County, Arkansas, December 2015, 1.0-129

34-7014-2465-6

# 8710

## Simple to put on


1. Before wearing prestretch each strap by grasping and pulling the strap between both hands at 1-2 inch intervals around the entire length of the strap.


4. Pull top band over head and position at top back of head. Pull bottom band over head and position around neck below ears.


2. Cup respirator in hand, with nosepiece at fingertips, allowing headbands to hang freely below hand.


5. Using both hands, mold metal nosepiece to shape of nose.


3. Cup respirator under chin with nosepiece up. Hold firmly to the face.


6. To check fit, cup both hands over respirator and exhale vigorously. If air flows around nose, tighten nosepiece. If air leaks at respirator edges, work straps back along the side of the head.

## Warning

1. This product is not designed for use as protection against fumes, mists, gases and vapors. NOT FOR USE IN SPRAY PAINT OPERATIONS.

2. This device does NOT supply oxygen.

3. Use only in adequately ventilated areas containing sufficient oxygen to support life.

4. Do not use when concentrations of contaminants are immediately dangerous to life.

5. Leave area immediately if: (a) breathing becomes difficult, (b) dizziness or other distress occurs. Use strictly in accordance with instructions, labels, and limitations pertaining to this device.

6. Never alter or modify this device.

3M 1054483

All Porter & Malouf cases in the Circuit Court of Jefferson County, Arkansas, December 2015, 1.0-129

8710

3M  *[handwritten: All products]*

## NIOSH/MSHA approved for dusts (including asbestos & lead dusts)*

**CLEAR VISION**
Low profile design lets you see where you are going, what you are doing. Easily wear glasses or safety goggles.

**LIGHTWEIGHT**
Weighs less than half the weight of a handkerchief.

**CONTOUR FIT**
Soft metal nosepiece adjusts closely over bridge of nose. Non-woven filter material conforms comfortably to facial features.

**MAINTENANCE FREE**
At the end of a day, throw it away. Nothing to clean.

**EASY BREATHING/ SPEAKING**
Breathe and speak normally. You'll be easily understandable at normal tones.

ANOTHER STEP TOWARDS BETTER OCCUPATIONAL HEALTH AND SAFETY

Occupational Health and Safety Products Division / 3M
220-7W, 3M Center
St. Paul, MN 55144
Made in U.S.A.

**3M**

3M 1054484

All Porter & Malouf cases in the Circuit Court of Jefferson County, Arkansas, December 2015, 1.0-129


3M 1054485

All Porter & Malouf cases in the Circuit Court of Jefferson County, Arkansas, December 2015, 1.0-129



3M 1054486

All Porter & Malouf cases in the Circuit Court of Jefferson County, Arkansas, December 2015, 1.0-129