# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ILA LaFRENTZ, JIM LaFRENTZ, KATHERINE PORTERFIELD, and WILLIAM LaFRENTZ, Individually and as Representative of the Estate of JAMES B. LaFRENTZ § § § § § § vs. § § § 3M COMPANY, ET AL § | | CIVIL ACTION NO. 4:18-cv-04229 JURY DEMANDED |

## ORDER GRANTING MOTION IN LIMINE
## TO EXCLUDE EVIDENCE REGARDING 3M WARNINGS

This Court has considered 3M Company's Motion in Limine to Exclude Evidence Regarding 3M Warnings. The Court finds that evidence of the warnings 3M provided with its 8710 respirator has no tendency to make a fact of consequence more or less probable, and that the evidence would be unduly prejudicial even if relevant. Accordingly, it is ORDERED that:

1. 3M's motion is Granted.

2. Evidence of 3M's warnings is excluded from Plaintiffs' case in chief.

SO ORDERED, this _____ day of _____, 2021.

_____
Andrew S. Hanen
United States District Judge

PREPARED BY:

*/s/ Michele E. Taylor*  _____

William Book
Southern District Bar No. 1761
Michele E. Taylor
Southern District Bar No. 14240
Leah M. Homan
Southern District Bar No. 3438531
TAYLOR BOOK ALLEN & MORRIS, L.L.P.
1221 McKinney, Suite 4300
LyondellBasell Tower
Houston, Texas 77010
Telephone: (713) 222-9542
Facsimile: (713) 655-7727
E-mail: wbook@tavlorbook.com
E-mail: mt@tavlorbook.com
E-mail: lhoman@taylorbook.com

and

/s/ Kevin B. Brown
Kevin B. Brown
Southern District Bar No.: 732586
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
E-mail: kbrown@thompsoncoe.com

and

/s/ W. Curt Webb
W. Curt Webb
State Bar No.: 21035900
BECK REDDEN, LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
E-mail: cwebb@beckredden.com

and

/s/ Zandra Foley
Zandra Foley
Southern District Bar No.: 632778
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400

Houston, Texas 77056
Telephone: (713) 403-8200
Facsimile: (713) 403-8299
E-mail: zfoley@thompsoncoe.com

and

/s/ *L. Michael Brooks, Jr.*
WELLS, ANDERSON & RACE, LLC
1700 Broadway, Suite 1020
Denver, Colorado 80290
Telephone: (303) 812-1256
Facsimile: (303) 830-0898
Email: mbrooks@warllc.com

**COUNSEL FOR DEFENDANT**
**3M COMPANY**