IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ILA LAFRENTZ, JIM LAFRENTZ, KATHERINE PORTERFIELD, and WILLIAM LAFRENTZ, Individually and as Representative of the Estate of JAMES B. LAFRENTZ, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| VS. | ) CIVIL ACTION ) NO. 4:18-cv-04229 ) |
| 3M COMPANY, and GENERAL DYNAMICS CORPORATION, | ) ) ) |
| Defendants | ) |

REMOTE ORAL AND VIDEOTAPED DEPOSITION OF
ERIK WILLIAM JOHNSON
DECEMBER 15, 2020
VOLUME 1 OF 1


REMOTE ORAL AND VIDEOTAPED DEPOSITION OF ERIK WILLIAM JOHNSON, produced as a witness at the instance of the Defendants and duly sworn, was taken in the above styled and numbered cause on Tuesday, December 15, 2020, from 10:00 a.m. CST to 1:34 p.m. CST, before Nicola Gengler, CSR, RPR, in and for the State of Texas, reported by computerized stenotype machine, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record herein.

**Exhibit 3**

1 **around 2006.**

2 Q. Your work in India?

3 **A. India and Singapore. We did a series**
4 **of training in a whole progression of countries.**

5 Q. Okay. And what happened after 2010?
6 I mean, why did you not work with the product
7 after that time?

8 **A. Okay. So by 2010 it had already been**
9 **discontinued in the U.S. and my role was shifted**
10 **away from the Asia-Pacific responsibility, so I**
11 **was asked to focus on other things at that time.**

12 Q. Okay. The product that you worked
13 with in Mexico and in Asia which we refer to the
14 8710, did it have that designation there or were
15 there other product designations?

16 **A. There were and are still variations**
17 **of the 8710. Sorry. It's been many years. I**
18 **can't recall whether it was the 8710 that was**
19 **used in the U.S. or if it was a slightly**
20 **different product.**

21 Q. I didn't understand that.

22 **A. So if I understood your question**
23 **correctly, you were asking was it the 8710 that**
24 **was being used exactly in those countries and my**
25 **response was there have been a couple different**

1  **variations of the 8710, but I'm not as familiar**
2  **with the ones that were marketed to other**
3  **countries. I just don't recall the similarities**
4  **or differences.**
5      Q.   Okay.  Do you recall if they used the
6  same nomenclature; that is, did they call it 8710
7  or are there different numerical or name
8  designations overseas?
9      **A.   I believe --**
10             DEFENSE COUNSEL:  Objection, form.
11             THE WITNESS:  -- at least the
12  packaging would have been changed because it's no
13  longer NIOSH approved.
14             In some places, it may have been
15  called like an 8710I for India or something like,
16  you know, a different letter or tag onto the end
17  of the number to indicate that this is for India,
18  this is for China, this is for wherever.
19  BY MR. HART:
20      Q.   Okay. Are you familiar with a
21  designation called 8710H?
22      **A.   That I have seen in the development**
23  **of the product in the documents.  I don't recall**
24  **all of that specifically as I sit here today.**
25  **But, yes, I have read that in the past, but that**

1  one of those journals, yes.
2  BY MR. HART:
3       Q.    Has the Journal of the American
4  Industrial Hygiene Association been available at
5  3M since the 1950s?
6       **A.    I don't know when we started having**
7  **that but, yes, it is available today and as far**
8  **as I can remember since I started working in the**
9  **mid '90s.**
10      Q.    All right.  And there is a library at
11 3M that contains such journals, is that correct,
12 perhaps more than one?
13      **A.    Yeah.  It used to be a physical**
14 **library.  It may be more online today.  I don't**
15 **know.**
16      Q.    Okay.  Do you know that from your
17 review of the historical documents on the 8710
18 and its predecessor mask, the 8500, that 3M
19 worked with Dr. Selikoff at different points in
20 time; is that correct?
21      **A.    Yes.**
22      Q.    Okay.  And in the 1960s, 3M was
23 working with Dr. Selikoff in its efforts to
24 develop a mask that became the 8710; is that
25 correct?