```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
                      HOUSTON DIVISION


JAMES B. LaFRENTZ and ILA    )
LaFRENTZ,                    )
                             )
            Plaintiffs,      )
                             ) Case No. 4:18-CV-04229
v.                           )
                             )
                             )
3M COMPANY, et al.,          )
                             )
            Defendants.      )



                    VIDEOTAPED DEPOSITION OF
                    JAMES LaFRENTZ - VOLUME II
                   Taken on Behalf of Plaintiffs
                        November 15, 2018




                    Susan L. Law, CCR, CSR
```

**Exhibit 2**

1  A. We were building mobile homes, of which
2  they would bring a basically trailer base, which is a
3  frame with tires on it, and we would build a single-
4  wide or a double-wide unit up off that frame. The
5  walls outside, a roof, inside, plumbing.
6  Q. So this place you went to to build these
7  mobile homes, was it a large outdoor facility, indoor
8  facility?
9  A. It was just a big flat land.
10  Q. And where -- the supplies that were needed
11  to build the mobile home, how were they staged?
12  A. They were in what I call the warehouse.
13  You would --
14  Q. And how close to your worksite where you're
15  actually building the mobile home is the warehouse?
16  A. I'm guessing less than a hundred yards.
17  Q. Okay. So who was the lucky person that had
18  to go get all the materials to bring to the build
19  site?
20  A. Each trailer had a profile, and it told you
21  whether it was pink walls or green walls. It told you
22  what types of paneling, what types of flooring, what
23  types of waterline, what types of sink, and what would
24  go into this model. So all -- you had the detailed
25  specs of that model available to you, and if you were

1     **A.**   **No.**

2     Q.   Where would you take your smoke breaks?

3     **A.**   **We'd have to go outside.**

4     Q.   As far as the 3M 8710 respirator, did you

5 ever see any advertisements for that product?

6     **A.**   **No.**

7     Q.   What about any brochures?

8     **A.**   **No, I don't remember any.**

9     Q.   What about any literature?

10    **A.**   **Not that I remember.**

11    Q.   What about any warnings?

12    **A.**   **No, no warning.**

13    Q.   What -- did you ever see an instruction

14 sheet with that 3M 8710?

15    **A.**   **No.**

16    Q.   Later on in your career at General Dynamics

17 I understand that you held some security position

18 where you were visiting vendor sites. Is that true?

19         DEFENSE COUNSEL: Objection. Vague.

20    **A.**   **That's correct.**

21 BY MR. JUNG:

22    Q.   Were one of the facilities that you visited

23 a 3M facility?

24    **A.**   **It was.**

25    Q.   How many -- how many times did you visit a

1  Q.  Yes.

2  **A.  Okay. I would have to -- I don't -- I**
3  **didn't keep a count of it, but I'd have to say over**
4  **the period -- that three-year or so period, that I**
5  **probably drilled a thousand or more panels.**

6  (Court reporter asked for clarification.)

7  **A.  A thousand or more panels. Panels,**
8  **coupons, whatever you want to call them.**

9  DEFENSE COUNSEL: Move to strike those
10 portions based on speculation because the question did
11 call for speculation as well, and move to strike based
12 on the objection grounds.

13 BY MR. SHUTTLESWORTH:

14 Q. And how many different types of panels or
15 coupons were there?

16 DEFENSE COUNSEL: Objection. Beyond the
17 scope of cross examination, asked and answered,
18 leading, calls for speculation.

19 **A.  I dealt with three different shapes.**
20 BY MR. SHUTTLESWORTH:

21 Q. Okay.

22 **A.  And whether or not they were the same stuff**
23 **on the end or whatever with the panel each time, I**
24 **have no idea.**

25 Q. Okay. I believe you labeled them three

1            DEFENSE COUNSEL: Leading.

2     **A. -- kind of a -- sometimes they were a**

3 **yellow-ish color. They had different colors to it.**

4 BY MR. SHUTTLESWORTH:

5     Q. Okay. Well, did they have different

6 textures?

7            DEFENSE COUNSEL: Objection. Beyond the

8 scope of cross examination, leading, compound, vague.

9     **A. Yeah, they -- they looked a little bit**

10 **different of the texture on -- on top of it sometimes,**

11 **but, you know, I didn't pay any attention to that**

12 **really.**

13            DEFENSE COUNSEL: Move to strike those

14 portions that are based on speculation and

15 nonresponsive.

16 BY MR. SHUTTLESWORTH:

17     Q. The health hygiene report that counted the

18 dust, do you remember what type of panel you were

19 working on when they did the dust count?

20            DEFENSE COUNSEL: Objection. Beyond the

21 scope of cross examination, leading, calls for

22 speculation, calls for hearsay.

23            DEFENSE COUNSEL: And counsel testifying.

24            DEFENSE COUNSEL: And counsel's testifying.

25     **A. My turn? What was the question?**

1  BY MR. SHUTTLESWORTH:

2      Q.   When they did the dust count survey, do you

3  remember what type of panel you were working with when

4  they did the count?

5           DEFENSE COUNSEL:  One second, please.  Same

6  objections as previously stated.

7      **A.   Yes, sir.  I was working on a strip --**

8  BY MR. SHUTTLESWORTH:

9      Q.   Okay.

10     **A.   -- at that time.  A two-hole strip.**

11     Q.   And did you continue to work with the two-

12 hole strips after that test was conducted?

13          DEFENSE COUNSEL:  Objection.  Beyond the

14 scope of cross examination, leading.

15     **A.   Yes, I did.**

16          MR. SHUTTLESWORTH:  Okay.  I think that's

17 all the questions I have.  Thank you, Mr. LaFrentz.

18          MR. RAMIREZ:  On behalf of General

19 Dynamics, there's no questions.

20          MS. YEE:  On behalf of Lockheed Martin, I

21 have no further questions.

22          MR. JUNG:  On behalf of 3M, we have no

23 further questions.

24          MR. RAMIREZ:  So does this --

25          MR. SHUTTLESWORTH:  I so move that this now

1    of your vehicles, do you know who manufactured those?
2        A.   I have no idea.
3        Q.   Mr. LaFrentz, it's my understanding that
4    when you were in high school, you had some jobs during
5    the summer doing some commercial construction work.
6    Is that true?
7        A.   Yes, it is.
8        Q.   Okay.  And was that primarily, at least
9    from your end, demolition and clean-up work?
10       A.   Correct.
11       Q.   And would that involve cleaning up drywall
12   materials?
13       A.   Yeah, I would suppose.
14       Q.   Would you have cleaned up from that
15   construction site flooring materials probably?
16       A.   Probably.
17       Q.   What about roofing materials, is that
18   something you would have cleaned up from that
19   construction site?
20       A.   I don't remember ever dealing with any
21   roofing.
22       Q.   And what about cleaning up insulation, is
23   that something you would have helped clean up?
24       A.   I don't remember ever cleaning up any, but
25   that would be my job, yeah.

1  Q.  Okay. And it's -- is it fair to say that
2  because you were basically doing demolition and clean-
3  up work, you don't know the brand names of any of the
4  products that you cleaned up.  Is that true?
5  **A.  That's true.**
6  Q.  All right. And then during another summer
7  you worked as a steamfitter's apprentice.  Is that
8  true?
9  **A.  Yeah.**
10  Q.  And this work was in the early 1960s in
11  around -- in and around Austin, Texas; right?
12  **A.  That's correct.**
13  Q.  Okay. And when you worked as a steamfitter
14  apprentice, you had one large project that summer
15  where you were primarily removing old -- old pipe and
16  old insulation from a hospital basement.  Is that
17  true?
18  **A.  Removing and replacing.**
19  Q.  Do you recall -- I think you might have
20  said you didn't know earlier, but do you -- maybe it's
21  come to you.  Do you know the name of anyone that
22  worked with you on that job site as a steamfitter
23  apprentice?
24  **A.  No. There was one guy that worked with the**
25  **company I did there, and I don't remember his name.**

1  How were those mobile homes to be heated, if you know?
2      **A. They had a -- either a gas panel heater or**
3  **a gas under-the-floor type heater that had a grate in**
4  **the floor, something that the heat came out of.**
5      Q. Did you ever have to install any type of
6  heat resistant materials or boards around the heaters
7  or around the ovens or appliances in those mobile
8  homes?
9      **A. I was not into that kind of carpentry work**
10 **with the --**
11     Q. All right. So if that happened, that would
12 have been somebody else who did that work?
13     **A. Correct.**
14     Q. Did you ever have to install any insulation
15 or were you ever present when anyone -- someone else
16 installed insulation on one of those mobile homes?
17     **A. I think I was around when they put**
18 **insulation in the walls, in between the outside and**
19 **the inside wall. I was in the area.**
20     Q. Do you have any idea the brand name, trade
21 name, or manufacturer's name of that insulation?
22     **A. No, I sure don't.**
23     Q. Did you do any welding work for -- while
24 you were work -- in your working years?
25     **A. All the welding work I've done is for me --**

1     **A.    Just leather-type gloves, work gloves.**

2      Q.    Did you ever work with or around any
3   insulative blankets.

4     **A.    The kind you stuff in between walls?**

5      Q.    No, this is a little different. I'm just
6   trying to -- I'm just trying to short circuit stuff
7   here. It gets more confusing. But, like, on a --
8   either at -- either at the manufacturing facilities
9   you worked at or any of the times you were working
10  with metal, did you ever see any, like, heat-resistant
11  or thermal blankets? And if you don't know what I'm
12  talking about --

13    **A.    I'm not sure what you're talking about.**

14     Q.    Okay. Then that's enough.

15           Okay. So let's jump ahead to General
16  Dynamics. I don't have a ton of questions here, but
17  there were a few things I just wanted to clarify or --
18  and, frankly, I'm really interested in your first five
19  years there. If we need to talk about after you went
20  into security, we can, but that's the primary focus
21  for me.

22           Let's see. So if I -- if my notes are
23  correct, when you -- from '79 to '81, that's when you
24  worked as a drill press operator; is that correct?

25    **A.    '79 to '82.**

1  Q.  '82?

2  **A.  July.  I think on one of those sheets shows**

3  **July 5th of '82 I moved to NC machine, machinist A.**

4  Q.  Okay.  And then from '82 to '83 is that

5  when you worked as the NC machinist?

6  **A.  Correct.  I worked there for about two**

7  **years and then transferred to special program**

8  **security.  Basically going from hourly to salary.**

9  Q.  All right.  And if I wrote this down

10  correctly, when you were working as a drill press

11  operator, Bobby Powell, was he your direct supervisor?

12  **A.  I'm pretty sure that is the name of the guy**

13  **that was our supervisor during that time.**

14  Q.  Okay.  Do you recall the names of any other

15  coworkers when you worked as a drill press operator

16  besides Mr. Powell?

17  **A.  No, sir, I don't.**

18  Q.  When you hired on at General Dynamics, did

19  you have to go through any type of new employee

20  orientation?

21  **A.  Uh-huh.  Yes, I did.**

22  Q.  Okay.  How long did that last?

23  **A.  I think it was several days, if I remember**

24  **correctly.**

25  Q.  Did that include any type of safety

1  training or safety discussions?

2  A.  I really -- I don't remember exactly what
3  all was discussed.

4  Q.  Let me ask you this.  Did the topic of
5  asbestos come up during your new employee orientation?

6  A.  Not that I'm aware of.

7  Q.  Could you give us an estimate for how many
8  employees were working at that General Dynamics plant
9  at this time?

10  A.  Oh, God.  I don't know why I want to say
11  this number.  I may be way off, but I'm thinking
12  16,000.

13  Q.  Could you give us an estimate of how large
14  this facility was?  And whether you want to say
15  football fields or city blocks, whatever's your best
16  way to estimate it.

17  A.  The Air Force Plant 4 is kind of an L-
18  shaped building, and from the length, one end to the
19  other, I never measured it, but they said it was one
20  mile, and it was -- I think I was told that in the
21  thin part it was 300 yards wide, and then it went down
22  to the L part and that went out further.

23  Q.  Did it have multiple stories?

24  A.  Yes, it had more or less two stories, but
25  that was mainly to facilitate the overhead crane, and

1     **A. That's true.**

2     Q. And just so I'm clear, you only did this
3 work with the panels from when you started in '79
4 until July of '82; is that correct?

5     **A. That's the only time that I ever drilled**
6 **these panels.**

7     Q. What -- I don't know if we talked about
8 this. What was the size of the drill that you used to
9 go on the panels? Or I guess the hole, for lack of a
10 better word -- for lack of a better --

11     **A. If I remember correctly, it was a half inch**
12 **drill bit. One-half inch.**

13     Q. And was that the same or did it vary?

14     **A. No, I'm -- I'm pretty sure even the large**
15 **panels, the honeycomb, and the strips all had one-half**
16 **inch holes in them. Either one-half inch or three-**
17 **eighths, but it wasn't a real big hole.**

18     Q. Sir, I'm almost done. I've just got a few
19 more general -- general questions to ask you.

20     Well, actually, let me ask you this. It's
21 my understanding that you have a document in your
22 possession that you are claiming showed -- is it,
23 like, an industrial hygiene air sampling test from
24 your work at General Dynamics? Is that true?

25     **A. That is true.**

1  Q. Okay. And it's my understanding that your
2  work area was tested sometime in approximately 1980.
3  Is that true?
4  **A. Uh-huh.**
5  Q. And that that record shows there was an
6  excess level of asbestos in the air. Is that what
7  you're representing?
8  **A. That's what General Dynamics' reports show.**
9  Q. Okay. Let me ask you this. After that was
10 tested and you were provided that document, did you do
11 anything to change your work habits or how you
12 performed your work?
13 **A. No, I didn't.**
14 Q. Okay. What about anybody in your employer?
15 Did anyone at the employer come in and change how the
16 drill press operators worked or how the parts fab
17 department operated?
18 **A. Not that I remember.**
19 Q. Did you share that record or report that to
20 your union at all?
21 **A. I don't think so. I wasn't really big on**
22 **unions.**
23 Q. Have you -- and this goes to your entire
24 work career. Okay? This is beyond just General
25 Dynamics. Have you ever worked at a location where

1  calls for expert testimony, one, and it calls for
2  speculation.  Sir, you can answer.
3      **A.   Yes, I do.**
4  BY MS. DENNIS:
5      Q.   Okay.  How many times do you believe that
6  happened during that over-three-year time period that
7  you were drilling these panels?
8      **A.   That I breathed this stuff in?**
9          MR. ZIMMERMAN:  Same objections.
10 BY MS. DENNIS:
11     Q.   Yes.
12     **A.   I would have to say every time because**
13 **every time I did it, we were drilling it dry and it**
14 **was burning smell and created the fog.**
15     Q.   Now, let me ask you this.  We were looking
16 at the document and we -- you read the FM^ -- FMS 3018
17 was used as an adhesive.  Does FMS 3016 -- I'm sorry,
18 3018 mean anything to you at all?
19     **A.   No.**
20     Q.   Okay.  So you don't know who supplied that
21 material?
22     **A.   I have no idea.**
23     Q.   Do you know any of the names of the
24 manufacturers who would have supplied the material
25 that was made -- strike that.

1     Do you know any of the brand name or
2  manufacturer names of any of the materials that were
3  used to assemble these panels, whether that be the
4  composite material that you described or the adhesive
5  material that you described?
6     **A.   When I was in security, I know one time**
7  **that they used some material that we got from 3M**
8  **working on a special project.  Before that, no, I do**
9  **not know of any particular.**
10    Q.   So during the time you were in parts
11 fabrication from '79 to approximately '82, do you have
12 any information about who supplied the component parts
13 that made up these panels?
14    MR. ZIMMERMAN:  Asked and answered twice
15 now.
16    **A.   Nothing more than they stunk.**
17 BY MS. DENNIS:
18    Q.   Okay.  All right.  Do you know -- let me
19 ask you this.  Do you know whether or not there were
20 other types used other than the FMS 3018, as far as
21 the adhesives?
22    **A.   The only thing I know is that was used on**
23 **the panel that was tested on the air quality.**
24    Q.   Okay.
25       MS. DENNIS:  Okay.  I think that's all the