**Dust Respirator**

Part No.
021200 08710

Quantity:
1 Box    20 Respirators

**3M**

# 8710
# Dust
# Respirator



NIOSH/MSHA approved
for dusts (including
asbestos & lead dusts)*

Contents: 20 Respirators

**Exhibit 8**

3M 1054482

All Porter & Malouf cases in the Circuit Court of Jefferson County, Arkansas, December 2015, 1.0-129

34-7014-2465-6

# 8710

## Simple to put on



1. Before wearing prestretch each strap by grasping and pulling the strap between both hands at 1-2 inch intervals around the entire length of the strap.



2. Cup respirator in hand, with nosepiece at fingertips, allowing headbands to hang freely below hand.



3. Cup respirator under chin with nosepiece up. Hold firmly to the face.



4. Pull top band over head and position at top back of head. Pull bottom band over head and position around neck below ears.



5. Using both hands, mold metal nosepiece to shape of nose.



6. To check fit, cup both hands over respirator and exhale vigorously. If air flows around nose, tighten nosepiece. If air leaks at respirator edges, work straps back along the side of the head.

## Warning

1. This product is not designed for use as protection against fumes, mists, gases and vapors. NOT FOR USE IN SPRAY PAINT OPERATIONS.

2. This device does NOT supply oxygen.

3. Use only in adequately ventilated areas containing sufficient oxygen to support life.

4. Do not use when concentrations of contaminants are immediately dangerous to life.

5. Leave area immediately if (a) breathing becomes difficult, (b) dizziness or other distress occurs. Use strictly in accordance with instructions, labels, and limitations pertaining to this device.

6. Never alter or modify this device.

**3M 1054483**

All Porter & Malouf cases in the Circuit Court of Jefferson County, Arkansas, December 2015, 1.0-129

**8710**

3M

*Add production*

NIOSH/MSHA approved
for dusts (including
asbestos & lead dusts)*

**CLEAR VISION**
Low profile design
lets you see where
you are going, what
you are doing. Easily
wear glasses or
safety goggles.

**LIGHTWEIGHT**
Weighs less than half
the weight of a
handkerchief.

**CONTOUR FIT**
Soft metal nosepiece
adjusts closely over
bridge of nose.
Non-woven filter
material conforms
comfortably to facial
features.

**MAINTENANCE
FREE**
At the end of a day,
throw it away. Nothing
to clean.

**EASY
BREATHING/
SPEAKING**
Breathe and speak
normally. You'll be
easily understandable
at normal tones.

ANOTHER STEP TOWARDS BETTER OCCUPATIONAL HEALTH AND SAFETY

**Occupational Health and Safety Products Division /3M**
220-7W, 3M Center
St. Paul, MN 55144
Made in U.S.A.

**3M**

**3M 1054484**



## *NIOSH/MSHA Approved

NIOSH/MSHA have approved the #8710 for "protection against dusts (1) having a permissible exposure level (PEL) not less than 0.05 milligram per cubic meter of air, including but not limited to coal, cadmium, chromium, lead, and manganese; or (2) dusts having a permissible exposure level (PEL) not less than 2 million particles per cubic foot of air, including but not limited to aluminum, cotton, flour, iron ore, and free silica, resulting principally from the disintegration of a solid, e.g. dust clouds produced in mining, quarrying, and tunneling, and in dust produced during industrial operations, such as grinding, crushing, and the general processing of minerals and other materials...and asbestos-containing dusts."

**PERMISSIBLE RESPIRATOR FOR DUSTS**

**MSHA** | **NIOSH**

APPROVAL NO. TC-21C-132

ISSUED TO
**MINNESOTA MINING AND MANUFACTURING COMPANY**
St. Paul, Minnesota, U. S. A.

LIMITATIONS

Approved for respiratory protection against dusts having a time-weighted average not less than 0.05 milligram per cubic meter or 2 million particles per cubic foot and asbestos containing dusts.

Not for use in atmosphere containing less than 19.5 percent oxygen.

Not for use in atmosphere immediately dangerous to life and health.

Not for use in atmosphere containing toxic gases or vapors.

CAUTION

This respirator shall be selected, fitted, used, and maintained in accordance with Mine Safety and Health Administration, Occupational Safety and Health Administration, and other applicable regulations.

MSHA-NIOSH APPROVAL TC-21C-132
ISSUED TO MINNESOTA MINING AND MANUFACTURING COMPANY
July 10, 1980

FOR DUSTS
The approved assembly consists of the following 3M part numbers 8710, 8720 or 8860 (TC-21C-132) respirator.

## Important Notice to Purchaser

THE FOLLOWING WARRANTY IS MADE IN LIEU OF ALL OTHER WARRANTIES EXPRESSED OR IMPLIED, INCLUDING BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR PURPOSE. 3M OH&SP products sold will meet the physical standards and properties set forth in the applicable product specification data sheets issued by 3M. 3M's only obligation under this warranty shall be to replace such quantity of 3M OH&SP products proved to be defectively manufactured by failing to meet the aforementioned specification data sheets, and to be responsible for any third party personal injuries directly caused by said defects. Except as provided above, 3M shall not be liable or responsible for any loss, damage, or liability direct, indirect, incidental, special or consequential, arising out of the sale, use or misuse of, or the inability to use products by the user.

**3M 1054485**

All Porter & Malouf cases in the Circuit Court of Jefferson County, Arkansas, December 2015, 1.0-129



I 0377 32
134 824

3M 1054486