FACILITY: General Dynamics- Ft. Worth   SAMPLING DATE: 2-26-80
SAMPLE #: 80-74   EMPLOYEE NAME: J. B. Lafrentz 30-552692
SOCIAL SECURITY #: [redacted]   SHIFT: 1st
LOCATION: col.35 L, Bldg. 5
JOB DESCRIPTION: Parts Fabrication and Finish

TYPE, MAKE, MODEL OF RESPIRATOR: 3 M model 8710

SOURCE(S) OF CONTAMINANT(S): Belt Sanding P 653 Panels

MATERIALS USED: FMS 3018 is used in adhesive of P 653 Panels

SAMPLING TIME: ON 2:19pm   OFF 2:20pm   TOTAL (Min.) 1
FLOW RATE (LPM): 2.85   VOLUME (L): 2.85
SAMPLED BY: B. J. Hallstein

| CONTAMINANT(S) | ALLOWED AMOUNT | CONCENTRATION |
|---|---|---|
| Asbestos | 2 fibers/cc | 28.8 fibers/cc |
| " (ceiling level) | 10 fibers/cc | |

ANALYSIS BY: J. D. Eastes   DATE: 2-27-80

REMARKS, etc.: During sampling employee wore a disposable respirator approved for use in asbestos contaminated atmosphere.

REVIEW CONDUCTED WITH EMPLOYEE BY: F. L. Paschl, Jr.
ACKNOWLEDGMENT OF REVIEW BY EMPLOYEE (Signature) [signature]   DATE 7 March 1980

Exhibit 9