United States District Court
Southern District of Texas
**ENTERED**
September 10, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES B LAFRENTZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-4229 |
| | § | |
| LOCKHEED MARTIN CORPORATION, *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

The Court hereby enters a final judgment in favor of the Defendants. The Court orders that the Plaintiffs take nothing on any and all claims they have against the Defendant 3M Company. These claims are dismissed with prejudice. The parties have previously notified the Court that the Plaintiffs have resolved all of their claims against Defendant General Dynamics. (*See* Doc. No. 143). Accordingly, the claims against Defendant General Dynamics are also dismissed with prejudice.

All pending motions are denied as moot. All relief not granted in this judgment is denied.

Signed at Houston, Texas, this 10th day of September, 2021.

Andrew S. Hanen
United States District Judge